# EXHIBIT 1

**EXEMPLARY CLAIM CHART**
**ORACLE PROJECTS, RELEASE 11**

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| A system for supporting management of a collaborative activity by persons involved therein, | Oracle Projects is a central part of the complete software solution for project–oriented companies, providing you with a flexible approach to defining and structuring projects, tasks, and budgets by which to monitor project status.  P. 1-2. [1] |
| the persons not being specialists in information technology, | Oracle Projects has a highly responsive, multi–window graphical user interface (GUI) with full point–and–click capability. You can use your mouse or keyboard to operate graphical controls such as pull–down menus, buttons, poplists, check boxes, or alternative regions.  P. 1-2.<br><br>This section provides a list of steps you need to perform when adding an employee, changing an employee's name, and deleting an employee using Oracle Projects. Unless otherwise noted, you perform each step within Oracle Projects from the GUI form indicated in parentheses. P. 12-72. |
| the system being implemented using a processor and a storage device accessible to the processor, and the system comprising: | Oracle Applications [is] an integrated suite of more than 45 software modules for financial management, supply chain management, manufacturing, project systems, human resources, and sales and service management.<br><br>Oracle products are available for mainframes, minicomputers, personal computers, network computers, and personal digital assistants, allowing organizations to integrate different computers, different operating systems, different networks, and even different database management systems, into a single, unified computing and information resource.  Preface p. |

---

[1] The Oracle Projects User's Guide for Oracle Projects, Release 11 (March 1998), one piece of evidence concerning the Oracle Projects prior art system, is available at http://docs.oracle.com/cd/A60725_05/pdf/paug.pdf.  Volumes I and II of this User's Guide are included together at this link.  The page numbering herein tracks the page numbering format in the User's Guide, namely, chapter and page together.  For instance, "P. 1-2" refers to chapter 1, page 2.

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | xi.<br><br>Oracle Projects is a central part of the complete software solution for project-oriented companies.  P. 1-2. |
| a representation of a model of the collaborative activity in the storage device, | Oracle Projects is a central part of the complete software solution for project-oriented companies, providing you with a flexible approach to defining and structuring projects, tasks, and budgets by which to monitor project status.<br><br>Oracle Projects consists of three products:<br>• Oracle Project Costing<br>• Oracle Project Billing<br>• Oracle Personal Time and Expense.  P. 1-2.<br><br>Your implementation team should re–examine all your business procedures in light of the functionality in Oracle Projects. The terminology your business uses, your organization structure, your accounting practices, how you classify expenditures, and your reporting policies are just a few issues that will influence many decisions you make about your implementation of Oracle Projects.  P. 16-2. |
| the model of the collaborative activity including model entities, | With Oracle Project Costing, you can:<br>• Enter projects and tasks. You can define chargeability control to limit charges to your projects and tasks<br>• Enter cost budgets and baseline them<br>• Track committed costs of requisitions, purchase orders, and supplier invoices.  P. 1-2.<br><br>In addition to the functionality that Oracle Project Costing provides, you can perform the following functions:<br>• Enter project customers and contacts with whom you have negotiated and contracted project work<br>• Enter agreements (contracts) from your customers and fund projects with those agreements.  P. 1-3. |

EXHIBIT 1

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | A project is a primary unit of work that you can break down into one or more tasks. You charge the transactions you enter in Oracle Projects to a project and a task. When you set up a project, you must set up the work breakdown structure (WBS), and enter project and task information.  P. 2-2. |
| the model entities providing access to information concerning the collaborative activity, | A project is a primary unit of work that you can break down into one or more tasks. You charge the transactions you enter in Oracle Projects to a project and a task. When you set up a project, you must set up the work breakdown structure (WBS), and enter project and task information.  P. 2-2.<br>This section describes the fields you can enter when you create new tasks in the Tasks window.  P. 2-11.<br><br>The following task details default from the project to any new top or child tasks:<br>  • Organization<br>  • Start date<br>  • Completion date<br>  • Service type<br>  – For top tasks, this defaults from project type<br>  – For sub tasks, this defaults from the parent task<br>  • Task manager<br>  – No default for top tasks<br>  • Work Site<br>  – For top tasks, this defaults to the customer work site if only one<br>    customer<br>  – For sub tasks, this defaults from the parent task<br>  • Cost burden schedule<br>  • Capitalizable indicator (for capital projects only)<br>  – For top tasks, this defaults to capitalizable<br>  – For sub tasks, this defaults from the parent task<br>  • Billable indicator (for contract projects only)<br>  – For top tasks, this defaults to billable<br>  – For sub tasks, this defaults from the parent task<br>  • Billing schedules and discounts (for contract projects only). |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | P. 2-11 – 2-12.<br><br><br><br>P. 2-31 – "Project Entry" |
| [the model entities] being organized into a plurality of hierarchies having a plurality of types, | You can define a hierarchy of tasks called a work breakdown structure (WBS). Oracle Projects supports an unlimited work breakdown structure, in which you can define as many levels of tasks as you want. You can number and name the tasks as you wish.  P. 2-2.<br><br>Oracle Projects predefines the following standard dimensions, which serve as categories by which you can analyze your project data:<br>• Project<br>• Resource<br>• Project organization<br>• Expenditure organization<br>• Service type<br>• Time<br>• Budget type<br>• Expenditure type<br>• Operating unit (if you have implemented multiple organization support)<br><br>Oracle Projects also predefines levels, which serve as subcategories for these dimensions, and hierarchies that store the relationships between each dimension and its levels. If the |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | standard dimensions, levels, and hierarchies do not suit your business needs, you can create new dimensions, levels, and hierarchies. P. 14-3.<br><br>Organizations are departments, sections, divisions, companies, or other organizational units in your business.  P. 16-34.<br><br>An organization hierarchy illustrates the relationships between your organizations. When you define a hierarchy, you tell Oracle Projects which organizations are subordinate to which other organizations. The topmost organization of an organization hierarchy is generally the business group. P. 16-39.<br><br>A business group is a special classification of an organization, so you also need to specify its organization type, location, and whether it is an internal or external organization. P. 16-42.<br><br>To specify project burdening hierarchies:<br><br>    1.  Select an Oracle Projects responsibility with access to the Organization window associated with the Business Group for which you are entering Legal Entities and Operating Units.<br><br>        Note: Perform these steps in the corresponding Oracle Human Resources windows if you have installed that application.<br><br>    2.  Navigate to the Organizations window (Setup > Human Resources > Organizations > Define).<br><br>    3.  Define an organization or query organizations that you defined as a business group. You must define the hierarchy before you designate it as the project burdening hierarchy.  P. 16-43. |
| and a given model entity being capable of simultaneously belonging to a hierarchy having one of the types and a hierarchy having another of the | Because Oracle Applications tables are interrelated, any change you make using an Oracle Applications form can update many tables at once. But when you modify Oracle Applications data using anything other than Oracle Applications forms, you may change a row in one table without making corresponding changes in related tables. If your tables get |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| types; | out of synchronization with each other, you risk retrieving erroneous information and you risk unpredictable results throughout Oracle Applications. Preface p. v.<br><br>Oracle Projects processes tasks based on their position in the WBS. The three distinct positions are:<br>    • Top Task: A task whose parent is the project<br>    • Mid Task: A task that is not a top task or a lowest task<br>    • Lowest Task A task that is at the bottom of the WBS, without any child tasks<br><br>A top task can also be considered a lowest task, if the task does not have any child tasks. For example, in Figure 2 – 1, Tasks 1 and 3 are lowest tasks as well as top tasks. Tasks 2.1 and 2.3 are lowest tasks although they are on the same level as Task 2.2, which is a mid task. A task that is the child of another task is commonly referred to as a subtask.  P. 2-2.<br><br>When specifying project classifications, you choose the class category for your project, then select one or more class codes for the class category. For example, you can specify a class category of Funding Source, and assign a class code of Federal to indicate project funding by a federal agency. You define class categories and codes when you set up project classifications.  P. 2-40.<br><br>Oracle Projects predefines the following standard dimensions, which serve as categories by which you can analyze your project data:<br>    • Project<br>    • Resource<br>    • Project organization<br>    • Expenditure organization<br>    • Service type<br>    • Time<br>    • Budget type<br>    • Expenditure type<br>    • Operating unit (if you have implemented multiple organization support) |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | Oracle Projects also predefines levels, which serve as subcategories for these dimensions, and hierarchies that store the relationships between each dimension and its levels. If the standard dimensions, levels, and hierarchies do not suit your business needs, you can create new dimensions, levels, and hierarchies. P. 14-3.<br><br>Project/Task Owning Organizations can own projects and/or tasks in the operating unit. To own projects and tasks in an operating unit, an organization must have the following characteristics:<br>    • The Project/Task Owning Organization Classification must be enabled.<br>    • The organization must belong to the Project/Task Owning Organization<br>    Hierarchy Branch assigned to the operating unit.<br><br>Expenditure/Event Organizations can own project events, incur expenditures, and hold budgets for projects in the processing operating unit. To have these capabilities in the operating unit, an organization must have the following characteristics:<br>    • The Project Expenditure/Event Organization classification must be<br>    enabled.<br>    • The organization must belong to the Expenditure/Event Organization<br>    Hierarchy Branch assigned to the operating unit.  P. 15-7.<br><br>Customers are shared across operating units.  P. 15-23.<br><br>Expenditures can be charged or transferred to any project as long as the expenditure operating unit and project operating unit share the same GL set of books, business group, and PA period type.  P. 15-24.<br><br>The Expenditure Inquiry window can be viewed in one of two modes:<br><br>   – Project Mode<br><br>    In project mode, Expenditure Inquiry displays expenditures specific to a project in the project operating unit. |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | – Cross–Project Mode<br><br>In cross–project mode, Expenditure Inquiry displays expenditures in all chargeable projects in the expenditure operating unit.  P. 15-24 – 15-25.<br><br>Example A: Multi–Org Model<br><br><br><br>P. 15-35.<br><br>Alternative B: HR Organizations, Labor Resources, and Projects |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | 

Compared with Example A, implementing Alternative B above will give Company XYZ:

• More flexibility in sharing resources. Projects owned by Los Angeles will also be in the chargeable project list of values for EMPNY. P. 15-41. |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | To control how an organization is used in Oracle Projects, you enable one or more of the following Organization Classifications:<br>• Project/Task Owning Organization. Project/Task Owning Organizations are organizations that can own projects and/or tasks in the operating unit.<br>• Project Expenditure/Event Organization. Expenditure/Event Organizations are organizations that can own project events (labor and non–labor) and can incur expenditures for projects in the processing operating unit.<br>• Project Invoice Collection Organization. If your business decentralizes its invoice collection within an operating unit, you must enable the Project Invoice Collection Organizations classification for each organization in which you want to process invoices. P. 16-34 – 16-35.<br><br>In a multiple organization environment, customers are shared across operating units. P. 16-53. |
| and said processor being configured to provide a graphical user interface to a person of the persons for providing outputs to the person and responding to inputs from the person | Oracle Projects has a highly responsive, multi–window graphical user interface (GUI) with full point–and–click capability. You can use your mouse or keyboard to operate graphical controls such as pull–down menus, buttons, poplists, check boxes, or alternative regions.  P. 1-2.<br><br>This section provides a list of steps you need to perform when adding an employee, changing an employee's name, and deleting an employee using Oracle Projects. Unless otherwise noted, you perform each step within Oracle Projects from the GUI form indicated in parentheses. P. 12-72. |
| by performing operations on a model entity, | To create a new project, you find a template or an existing project that best matches your project needs, copy the template, use Quick Entry to modify information unique to the new project, and then modify or add tasks and any other project options that are required for your project definition. P. 2-31. |

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| | To review or change task details:<br><br>In the Tasks window, choose the task you want to review or change. Choose Options to display the Task Options. Choose Task Detail in the Task Options window. Edit your task detail information.  P. 2-36. |
| as limited by a type of access which the person has to the model entity, | Key members are employees who are assigned a role on the project. You assign employees as key members who need access to:<br>   • Enter or maintain project data in Oracle Projects<br>   • View project expenditure information<br><br>Key members are a part of the project–based security in Oracle Projects; key members can view project expenditure detail transactions and update project information on any project to which they are assigned. The role that an employee is assigned also controls if they can view the labor costs on the project.  P. 2-42.<br><br>Use function security to control user access to Oracle Projects functions. By default, access to Oracle Projects functionality is NOT restricted; you must ask your system administrator to customize your responsibilities to restrict access. Your system administrator customizes each responsibility at your site by including or excluding registered functions and menus of functions for a responsibility in the Responsibilities window.  P. C-2.<br><br>Tables B-2 and B-3 (listing various aspects for which security can be limited).  P. C2-C12. |
| the operations including controlling access to the model entity, creating, modifying, and/or deleting the model entity, assigning the model entity to a location in a hierarchy, accessing and/or modifying the information concerning the collaborative activity via the model entity viewing model entities as ordered by a hierarchy to | To create a new project, you find a template or an existing project that best matches your project needs, copy the template, use Quick Entry to modify information unique to the new project, and then modify or add tasks and any other project options that are required for your project definition. P. 2-31.<br><br>To review or change task details:<br><br>In the Tasks window, choose the task you want to review or change. Choose Options to display the Task Options. Choose Task Detail in the Task Options window. Edit your task |

EXHIBIT 1

| U.S. Patent 8,095,413 - Claim 1 | Prior Art Disclosure – Oracle Projects User's Guide, Release 11, March 1998 |
|---|---|
| which the entities belong, and viewing model entities as ordered by a value in the information concerning the collaborative activity to which the entities give access | detail information.  P. 2-36.<br><br>Choose the Details button to open the Task Budgets window, which displays different levels of tasks, depending on the budget entry method you enter. Choose from the available list in the tasks list of values to view different task level combinations.  P. 3-18.<br><br>See also Appendix C ("Function Security") (listing operations that can be performed on data records.  "This appendix describes which Oracle Projects transactions and features are controlled by function security."  P. C-1. |