IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTUALAGILITY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SALESFORCE.COM, INC.; DELL, INC.; DR PEPPER SNAPPLE GROUP, INC.; KIMBERLY-CLARK CORP.; NBCUNIVERSAL, INC.; LIVINGSOCIAL, INC.; FEDEX CORP.; FEDEX CORPORATE SERVICES, INC.; BMC SOFTWARE, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; MERRILL LYNCH & CO., INC.; and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Defendants. | CIVIL ACTION NO. 2:13-CV-011<br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANTS' JOINT MOTION TO TRANSFER VENUE**

Having considered Defendants, salesforce.com, inc., Dell Inc., Dr Pepper Snapple Group, Inc., Kimberly-Clark Corp., NBCUniversal, Inc., LivingSocial, Inc., FedEx Corporation, FedEx Corporate Services, Inc., BMC Software, Inc., Bank of America Corporation, Bank of America, National Association, Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively "Defendants") Joint Motion to Transfer Venue, and finding good cause in support of said motion, it is hereby ORDERED that:

The Court grants Defendants' Joint Motion to Transfer Venue, and the above-captioned matter is hereby TRANSFERRED to the United States District Court for the Northern District of California.