# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **VIRTUALAGILITY, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SALESFORCE.COM, INC., DELL, INC.** | § | |
| **DR. PEPPER SNAPPLE GROUP, INC.,** | § | |
| **KIMBERLY-CLARK CORP.,** | § | |
| **NBCUNIVERSAL, INC.,** | § | |
| **LIVINGSOCIAL, INC., FEDEX CORP.,** | § | **CIVIL ACTION NO. 2:13-CV-11-JRG** |
| **FEDEX CORPORATE SERVICES,** | § | |
| **INC., BMC SOFTWARE, INC., BANK** | § | |
| **OF AMERICA CORPORATION, BANK** | § | |
| **OF AMERICA NATIONAL** | § | |
| **ASSOCIATION, MERRILL LYNCH &** | § | |
| **CO. INC., and MERRILL LYNCH,** | § | |
| **PIERCE, FENNER & SMITH** | § | |
| **INCORPORATED,** | § | |
| | § | |
| *Defendants.* | | |

## DECLARATION OF STUART E. RUDOLPH

I, Stuart E. Rudolph, declare and state under penalty of perjury the following:

1.      I submit this declaration in connection with VirtualAgility, Inc.'s Response to Defendants' Joint Motion to Transfer Venue to the United States District Court for the Northern District of California.  I make this declaration based on my personal knowledge.  I am over the age of eighteen, and I am competent to testify as to the matters set forth herein if called upon to do so.

2.      I live in Winchester, Massachusetts and have lived in Winchester since 1982.

3. I am the President, CEO, and Chairman of the Board of VirtualAgility, Inc., ("VirtualAgility"). I have been the President of VirtualAgility since December 2004, and later became CEO. I was also President of Agility Management Partners, Inc., a predecessor company to VirtualAgility.

4. VirtualAgility, Inc. is a corporation duly organized and existing under the laws of the State of Delaware that maintains its principal place of business in Winchester, Massachusetts, which is a suburb near the city of Boston. VirtualAgility has maintained its principal place of business in Winchester since its incorporation in 2004. VirtualAgility has never had a corporate presence in California.

5. VirtualAgility owns all rights and title to the patent-in-suit – U.S. Patent No. 8,095,413 ("the '413 Patent"), titled "Processing Management Information," covering inventions by VirtualAgility's founder Douglas Beaven. Mr. Beaven passed away in 2010.

6. I have been actively involved in and have personal knowledge of many aspects of VirtualAgility's background and business activities including but not limited to: VirtualAgility's initial formation and corporate history; VirtualAgility's intellectual property portfolio and patent prosecution efforts; VirtualAgility's day-to-day business activities; VirtualAgility's organizational structure; the development and operation of VirtualAgility's products and services; VirtualAgility's commercialization of the inventions of the '413 Patent; VirtualAgility's meetings and communications with actual and potential customers; and VirtualAgility's past and present employees and board members. Documents pertaining to these matters are located at VirtualAgility's offices in Winchester, on the computers of employees based in the Boston area, and at the offices of its Texas-based litigation counsel.

7.     I understand that I might be called to testify in deposition and/or at trial in the above referenced case about one or more of the aforementioned areas.  Thus, I expect to testify at the trial of this case.

8.     I understand that the defendants in the above referenced case seek severance and transfer of the case to the Northern District of California.  I understand that no single district will be convenient for all the parties, including all defendants.  As compared to the Northern District of California, the Eastern District of Texas is, in VirtualAgility's business judgment, a much more convenient and less expensive forum for VirtualAgility for several reasons.

9.     There is a close connection to Texas as a result of facts that I understand may be pertinent to this litigation.

a.     For example, beginning in 2005, VirtualAgility partnered with IBM regarding integration of VirtualAgility's OPS Center and WorkCenter software solutions with IBM products to create crisis management products to be distributed by IBM.  The IBM executive responsible for the VirtualAgility-IBM relationship worldwide was located at IBM's facilities in Dallas, Texas, and an IBM key technical lead was located at IBM's facilities in Coppell, Texas.  VirtualAgility has also worked closely with IBM technical and sales support personnel at other IBM facilities in several locations throughout Texas regarding the integration of VirtualAgility's and IBM's software, hardware, and technical resources.  IBM's facilities in Texas were used for staging and demonstration of the integrated products.  VirtualAgility personnel traveled to Texas regarding installation of VirtualAgility's solutions at IBM's facilities.  IBM now

offers a "Salesforce integration" service. *See* http://www-01.ibm.com/software/integration/cast-iron-cloud-integration/salesforce-integration/.

b.   Multiple companies that VirtualAgility believes have infringed the '413 Patent have their principal places of business either within or near this District. These companies include defendants Dr. Pepper Snapple Group, Inc., based in Plano, TX; Kimberly-Clark Corporation, based in Irving, TX; Dell, Inc., based in Round Rock, TX; and BMC Software, Inc., based in Houston, TX.

c.   Also, VirtualAgility believes that the remaining defendants – Salesforce.com, NBCUniversal, LivingSocial, FedEx, and Bank of America – have conducted business activities and/or infringing activities within or directed at this District. With the exception of SalesForce, these remaining defendants have their principal places of business on the East Coast or in the Southeast.

d.   I understand based on published information that Salesforce and Dell Services, located in Plano, Texas, have an extensive "Platinum Partner" relationship regarding the promotion, configuration and integration of Salesforce products. For example, Dell has a "Salesforce Consulting Practice," which it launched in September 2012, and has employees that are "Salesforce.com Developers" in Dallas, Texas. *See* http://www.dell.com/Learn/us/en/uscorp1/secure/2012-09-18-dell-services-salesforce-consulting?c=us&l=en&s=corp; (last accessed May

23, 2013); http://jobs.dell.com/texas/engineering/jobid3688279-salesforce.com-developer-jobs (last accessed May 23, 2013).

e.    The resulting heavy concentration of defendants within or near this District, coupled with the fact that all defendants are believed to conduct business activities and/or infringing activities within or directed at this District, including the close partnership of Salesforce and Dell, indicate that this District is an appropriate and highly sensible venue for this patent infringement action.

f.    I further understand that several of the defendants have appeared before this Court on multiple occasions. I also understand that this Court has extensive experience with patent infringement cases, and resolves these very complex cases effectively and efficiently. The familiarity of the various defendants with this Court and the Court's experience with patent infringement cases further indicated that this District is an appropriate venue for VirtualAgility's case.

10.    As compared to the Northern District of California, the Eastern District of Texas is, in VirtualAgility's business judgment, a much more convenient and less expensive forum for VirtualAgility for at least the following reasons:

a.    Given that I reside in the Boston area, it would be more convenient for me to travel to the federal courthouse in Marshall, Texas to attend and testify at trial than if the trial were held in the Northern District of California. Testifying at a trial in Northern California would be more burdensome and expensive as compared to testifying at trial in Marshall, Texas given that

Marshall is significantly closer in distance to the Boston area than Northern California. The cost of transportation, food and lodging for VirtualAgility's witnesses appearing at trial would also be significantly less.

b.  It would be less expensive and far more convenient for VirtualAgility's employees or contractors to attend trial, if required, in Texas than Northern California. Similarly, I have i) in Chart 1, determined based on the parties' and non-parties' locations their respective total travel times times from their nearest major airport to Marshall (via Shreveport, LA airport or Dallas-Fort Worth International Airport plus driving time) as compared to flying to the San Francisco (via San Francisco International Airport plus driving time). The shortest total times are in **bold**.; and ii) in Chart 2, determined the distance in road miles between the parties' principal places of business to the United States District Court for the Eastern District of Texas, Marshall Division as compared to the United States District Court for the Northern District of California in San Francisco. The shortest driving distance is in **bold**. My sources were Mapquest, Travelocity, and other travel/hotel web sites.

## CHART 1 – TOTAL TRAVEL TIME (Flying + Driving)

| Party and Non-Party Witnesses<br><br>* Designates Non-Party | Originating Airport Location | Marshall<br>(Flight to DFW or Shreveport + Drive Time) | San Francisco<br>(Flight to SF Airport + Drive Time) |
|---|---|---|---|
| VirtualAgility<br>*Gordon E. Nelson<br>*Janet Beaven<br>*Jason Reyes | Boston, MA | **5 hrs 58 mins.**<br>(5 hrs. 17 mins. to Shreveport + 41 mins. drive) | 6 hrs. 54 mins.<br>(6 hrs. 35 mins. flight + 19 mins. drive) |

| Party and Non-Party Witnesses  * Designates Non-Party | Originating Airport Location | Marshall (Flight to DFW or Shreveport + Drive Time) | San Francisco (Flight to SF Airport + Drive Time) |
|---|---|---|---|
| *Kevin Kelley  *Andy Chang  Stuart Rudolph  Janet Ahlgren  Gideon Moran  Nhat Phan | | | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc.  Merrill Lynch & Co., Inc.  NBC Universal  *John Hughes | New York, NY(LaGuardia) | **6 hrs. 39 min.** (4 hrs. to DFW + 2 hrs. 39 min. drive) | 8 hrs. 14 min. (7 hrs. 55 mins. flight + 19 mins. drive) |
| Hung Phan | Atlanta, GA | **2 hrs. 27 mins.** (1 hr. 46 mins. to Shreveport + 41 mins. drive) | 5 hrs. 34 mins. (5 hrs. 14 mins. flight + 19 mins. drive) |
| FedEx Defendants | Memphis, TN | **4 hrs. 14 mins.** (1 hr. 35 mins. to DFW + 2 hrs. 39 mins. drive) | 6 hrs. 29 mins. (6 hrs. 10 mins. flight + 19 mins. drive) |
| Dell | Austin, TX | **3 hr 23 mins.** (2 hr. 42 mins. to Shreveport + 41 mins. drive) | 4 hrs. 11 min. (3 hrs. 52 mins. flight + 19 mins. drive) |
| BMC Software | Houston, TX | **1 hr. 42 mins.** (1 hr. 1 min. to Shreveport + 41 mins. drive) | 4 hrs. 34 mins. (4 hrs. 15 mins. flight + 19 mins. drive) |
| *Rob Torchon | Los Angeles, CA (LAX) | 5 hrs. 29 mins. (2 hrs. 50 mins. to DFW + 2 hrs. 39 mins. drive) | **1 hr. 34 mins.** (1 hr. 15 mins. flight + 19 mins. drive) |
| LivingSocial  *John Harrop  *Zorana Ilic  *Steve Green | Washington, D.C. | **5 hrs. 1 mins.** (4 hrs. 20 mins. to Shreveport + 41 mins. drive) | 5 hrs. 54 mins. (5 hrs. 36 mins. flight + 19 mins. drive) |
| Bank of America, N.A.  Bank of America Corp. | Charlotte, N.C. | **4 hrs. 30 mins.** (3 hrs. 49 mins. to Shreveport + 41 mins. drive) | 5 hrs. 34 mins. (5 hrs. 15 mins. flight + 19 mins. drive) |
| *Gorham Palmer | London, UK | 12 hrs. 34 mins. (9 hrs. 55 mins. to DFW + 2 hrs. 39 min. drive) | **11 hrs. 9 mins.** (10 hrs. 50 mins. flight + 19 mins. drive) |
| Dr. Pepper Snapple Group  *Tom Roberts  *Hung Tack Kwan | Dallas, TX (DFW) | **1 hr. 31 mins.** (50 mins. to Shreveport + 41 mins. drive) | 4 hr. 4 mins. (3 hr. 45 mins. flight + 19 mins. drive) |

| Party and Non-Party Witnesses  * Designates Non-Party | Originating Airport Location | Marshall (Flight to DFW or Shreveport + Drive Time) | San Francisco (Flight to SF Airport + Drive Time) |
|---|---|---|---|
| | | Note: If to DFW, 2 hr. 39 mins. drive time to Marshall was added (171 miles); If to Shreveport, add 41 mins. (40 miles) to drive to Marshall | Note: 19 mins. (13.5 miles) drive time to San Francisco |

## CHART 2 – DISTANCE (Calculated by Driving Distance)

| Party | Originating Address | To U. S. District Court - Marshall, TX | To U. S. District Court - San Francisco, CA |
|---|---|---|---|
| VirtualAgility , Inc. | 17 Lakeview Road, Winchester, MA 01890 | **1,688 miles** | 3,104 miles |
| Salesforce.com, Inc. | The Landmark, One Market, Suite 3000, San Francisco, California, 94105 | 1,878 miles | **2.1 miles** |
| Dell, Inc. | One Dell Way, Round Rock, Texas 78682 | **285 miles** | 1,771 miles |
| Dr. Pepper Snapple Group, Inc. | 5301 Legacy Drive, Plano, Texas 75024 | **168 miles** | 1,719 miles |
| Kimberly Clark Corporation | 351 Phelps Drive, Irving Texas 75038 | **163 miles** | 1,717 miles |
| NBC Universal, Inc. | 30 Rockefeller Plaza, New York, New York 10112 | **1,454 miles** | 2,908 miles |
| LivingSocial, Inc. | 1445 New York Ave, NW FL 2nd, Washington DC 20005 | **1232 miles** | 2,815 miles |
| FedEx Corporation | 3630 Hacks Cross Road, Building C, Memphis, Tennessee 38125 | **370 miles** | 2,110 miles |
| BMC Software, Inc. | 2101CityWest Blvd. Houston, Texas 77042 | **234 miles** | 1,918 miles |
| Bank of America Corporation | 100 North Tryon Street, Charlotte, | **880 miles** | 2,710 miles |

| Party | Originating Address | To U. S. District Court - Marshall, TX | To U. S. District Court - San Francisco, CA |
|---|---|---|---|
| | North Carolina 28255 | | |
| Bank of America N.A. | 101 South Tryon Street, Charlotte, North Carolina 28202 | **880 miles** | 2,710 miles |
| Merrill Lynch & Co., Inc. | 7 Roszel Road, Floor 4, Princeton, New Jersey 08540-6287 | **1,413 miles** | 2,905 miles |
| Merrill, Lynch Pierce, Fenner & Smith Inc. | 2 World Financial Center, New York, New York 10281 | **1,451 miles** | 2,906 miles |

Addresses Used:
Marshall Courthouse - 100 E. Houston St. Marshall, TX 75670
San Francisco Courthouse – 450 Golden Gate Ave., San Francisco, CA 94102

      c.      As a small company with limited resources, it is extremely important that VirtualAgility be represented by competent and experienced patent litigation counsel with adequate resources to support a potentially multi-year litigation, irrespective of whether such counsel is located in VirtualAgility's home state of Massachusetts or elsewhere. VirtualAgility's chosen counsel at the law firm of Nix, Patterson & Roach, LLP ("Nix") have offices in Daingerfield, Texas and Texarkana, Texas, which are both in this District and in Irving, Texas, which is very close to this District. The firm also has offices in Austin, Texas, near defendant Dell's principal place of business in Round Rock, Texas. The Nix law firm's experience and prior success in litigating patent cases in this District were important to VirtualAgility. In addition, the close proximity of the Nix law firm to the Court and the Texas-based defendants in this

case is economically beneficial to VirtualAgility because of the expected lower expenses associated with travel for its attorneys to attend court hearings and depositions of those defendants that reside within or near the District. If this case were transferred to Northern California, it would be an increased burden on VirtualAgility because of the increased cost and time of travel required for its Texas-based counsel to attend hearings and trial in Northern California.

d. If this case was transferred to Northern California, VirtualAgility would have to endure the additional expense of its litigation and outside general counsel attending court hearings in a location far away from their offices, whereas attending court hearings in the Eastern District of Texas would result in far less travel expenses. And to the extent that VirtualAgility's employees choose to or are required to attend court hearings or trial, traveling from Boston to Marshall is less expensive and less time-consuming than traveling to Northern California.

11. I understand that the following non-parties may have relevant testimony to offer in this case, but do not reside or work in California and are not within the control of VirtualAgility such that they can be compelled to testify in Northern California simply at VirtualAgility's request and without a subpoena.

a. Janet Beaven is the surviving widow of Douglas Beaven, the sole inventor of the '413 Patent and founder of Agility Management Service, LLC, and Agility Management Partners, Inc., which later was acquired by and became part of VirtualAgility, Inc., which Mr. Beaven also founded. Ms.

Beaven lives in Boston, Massachusetts. I have known Ms. Beaven personally since 2002 and have come to believe that she has personal knowledge regarding at least Mr. Beaven's personal and work history; VirtualAgility's and its predecessor companies' early formation, beginning in 1998; Mr. Beaven's activities involving the Patent-in-Suit; business activities of Agility Management Partners, Inc.; VirtualAgility's corporate history; VirtualAgility's prior organizational structure; and the early development of VirtualAgility's products and services. Marshall is much closer to her residence in Boston than Northern California such that it will be less burdensome to her if she testifies at trial in Marshall.

b.     Gordon E. Nelson is a now-retired patent prosecution attorney and lives in Rowley, Massachusetts, which is about thirty miles from Boston. Mr. Nelson was active in and has personal knowledge regarding the prosecution of the '413 Patent, which is the patent at issue in the above referenced case. Marshall is much closer to Mr. Gordon's residence than Northern California such that it is less burdensome to him if he is requested or required to testify at trial.

c.     John K. Harrop is a patent attorney at the law firm of Dickinson Wright PLLC in Washington, D.C., and currently prosecutes VirtualAgility's patents. Mr. Harrop has personal knowledge regarding the prosecution of the '413 Patent, which is the patent at issue in the above referenced case, and other VirtualAgility patents. I understand that he lives and works in the Washington, D.C. area. Marshall is much closer to Washington, D.C.

than Northern California such that it should be more convenient and less costly to VirtualAgility if he is requested or required to testify at trial in Texas.

d.      Jason A. Reyes is a patent attorney and formerly at the law firm of Hale and Dorr in Boston.  Mr. Reyes is believed to have personal knowledge regarding the prosecution of the '413 Patent, which is the patent at issue in the above referenced case.  I understand that he presently works for EMC Corporation in Hopkinton, Massachusetts, which is less than thirty-five miles from Boston.  Marshall is much closer to Hopkinton than Northern California such that it should be less burdensome if he is requested or required to testify at trial in Texas.

e.      Tom Roberts is an IBM employee at IBM's facilities located in Dallas, Texas, and his title is Global Client Executive, ISV and Developer Relations.  Mr. Roberts was the Global Client Executive in charge of the VirtualAgility relationship with IBM worldwide.  I believe that Mr. Roberts is still employed at IBM in Dallas.

f.      Hung Tack Kwan is an IBM employee at IBM's facilities located in Coppell, Texas.  Mr. Kwan was one of the key technical leads and as Senior IT Architect was responsible for installation, testing, demonstration and integration of VirtualAgility technology in Coppell, Texas and elsewhere.  I believe that Mr. Kwan is still employed at IBM in Coppell.

12.    The defendants have raised the residence address of Mr. Michael P.C. Carns, who is on the VirtualAgility Board of Directors, in support of their motion to transfer.  Mr. Carns is a

retired general with the United States Air Force and currently a Special Government Employee (SGE) with the National Security Agency ("NSA"). He has a residence in Pebble Beach, California, but he works at the NSA headquarters in Fort Meade, Maryland, and travels extensively such that it is quite common for Mr. Carns to attend the Directors' meetings by telephonic conference. Mr. Carns is not and has never been involved in the development of VirtualAgility's technology or its products, and I do not believe that he has personal knowledge of the engineering involved in VirtualAgility's technology or VirtualAgility's products. Mr. Carns is not and has never been involved in the development of VirtualAgility's intellectual property, including its patents. Mr. Carns' role as a Director has been limited to that of an advisor typical of a member of a company's Board of Directors. Although Mr. Carns has some general knowledge concerning VirtualAgility based on his role as a Director, I do not believe that he is an essential trial witness.

13.  As noted earlier, the sole inventor of the '413 Patent is Mr. Douglas Beaven, who is deceased. VirtualAgility has other United States patents (U.S. Patent Nos. 7,698,160; 8,095,594; 8,082,301; 8,275,836) that are not currently asserted in this case. To the extent that any of the inventors of the non-asserted VirtualAgility patents are deemed to have relevant testimony to offer in this case, all of them except for Robert Torchon, currently live in Massachusetts, Georgia, or London, all of which are much closer to Texas than Northern California.

a.  I am one of several inventors on U.S. Patent Nos. 7,698,160; 8,095,594; 8,082,301; and 8,275,836. As noted earlier, testifying at trial in Texas is more convenient for me than in Northern California.

b.   Ms. Janet Ahlgren is one of several inventors on U.S. Patent Nos. 7,698,160; 8,095,594; 8,082,301; and 8,275,836.  Ms. Ahlgren is Vice President of Operations at VirtualAgility.  Ms. Ahlgren resides in Winchester, Massachusetts, which is much closer to Texas than Northern California.

c.   Mr. Kevin Kelley is one of several inventors on U.S. Patent Nos. 7,698,160; 8,095,594; 8,082,301; and 8,275,836.  Mr. Kelley is a former employee at VirtualAgility.  Mr. Kelley resides in Wakefield, Massachusetts, which is much closer to Texas than Northern California.

d.   Mr. Gorham Palmer is one of several inventors on U.S. Patent Nos. 7,698,160; 8,095,594; 8,082,301; and 8,275,836.  Mr. Palmer is recent Chief Creative Officer at VirtualAgility.  He resides in London, United Kingdom, which is much closer to Texas than Northern California.

e.   Mr. Andy Chang is one of several inventors on U.S. Patent No. 8,082,301. Mr. Chang is a former employee of VirtualAgility.  Mr. Chang resides in Winchester, Massachusetts, which is much closer to Texas than Northern California.

f.   Mr. Gideon Moran is one of several inventors on U.S. Patent No. 8,082,301.  Mr. Moran is Vice President of Product Development at VirtualAgility.  Mr. Moran resides in Westford, Massachusetts, which is much closer to Texas than Northern California.

g.   Mr. Hung Phan is one of several inventors on U.S. Patent No. 8,082,301. Mr. Phan is a recent Application and System Manager at VirtualAgility.

Mr. Phan resides in Norcross, Georgia, which is much closer to Texas than Northern California.

h.    Mr. Nhat Phan is of several inventors on U.S. Patent No. 8,082,301.  Mr. Phan is a Senior Engineer at VirtualAgility.  Mr. Phan resides in Canton, Massachusetts, which is much closer to Texas than Northern California.

i.    Rob Torchon is also one of several inventors on U.S. Patent No. 8,082,301, and he resides in California to the best of my knowledge. However, Mr. Torchon only worked with VirtualAgility for a little over a year, and only as a contractor, and has not been employed by VirtualAgility since September 2006.  I believe that any information Mr. Torchon has will be merely duplicative of that available from the other VirtualAgility employees and inventors that I have identified.

14.    I understand that the following additional former VirtualAgility employees might have relevant testimony to offer in this case, but do not reside or work in California and are not within the control of VirtualAgility such that they can be compelled to testify in California simply at VirtualAgility's request and without a subpoena.

a.    Mr. John Hughes is a former Configuration Manager for VirtualAgility. He currently lives and works in the New York City area, which is much closer to Texas than Northern California.

b.    Ms. Zorana Ilic is a former Director of Project Implementation at VirtualAgility.  She currently lives and works in Northern Virginia, which is much closer to Texas than Northern California.

c. Mr. Steve Green is a former Vice President of Business Development at VirtualAgility. He currently lives and works in Northern Virginia, which is much closer to Texas than Northern California.

16. VirtualAgility has on several occasions met with representatives of defendant Merrill Lynch in Boston relating to the demonstration and trial version of VirtualAgility's products and services. The Boston-based representatives of Merrill Lynch were Messrs. Raj Sharma and Ken Sharma. I understand that they are still employees of Merrill Lynch and work in the Boston area, which is closer to this District than the Northern District of California.

15. As noted above, VirtualAgility partnered with IBM for VirtualAgility's OPS Center and WorkCenter software solutions to be distributed by IBM for use by IBM's customers in the United States and globally. In addition to the IBM personnel throughout Texas, other IBM personnel were located in the Eastern United States, which is closer to this District than the Northern District of California.

16. Current and former customers of VirtualAgility's WorkCenter software platform, which practices the '413 Patent, include Forbes.com, IBM, Federal Emergency Management Agency, Federal Bureau of Investigation, State of Missouri, and the U.S. Customs and Border Protection. In each of these relationships, the people and entities that VirtualAgility met and worked with in implementing WorkCenter were located not in or near Northern California, but were much closer to Texas because they were in cities such as New York City and Washington, D.C.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that all statements made herein of my knowledge are true and that all statements made on information and belief are believed to be true.

Executed on May 24, 2013.


Stuart E. Rudolph
President, Chief Executive Officer, and Chairman of the Board
VirtualAgility, Inc.


Online Offers
Marshall Hotels
Marshall Restaurants

Clear Map

DFW Airport

100 E. Houston St. Marshall, TX 75670

Add Stop | ☐ Round Trip | Reverse                    Options

Get Directions

Via I-20 E                              Est. Fuel Cost
2 hrs 48 mins / 171.89 miles           Calculate

You can adjust your route by **Dragging the Route Line**

## Travel Options

| Hotel | Air | Car |
|-------|-----|-----|

Location
Marshall, TX

Check-in                Check-out
mm/dd/yyyy              mm/dd/yyyy

Number of Rooms  1 ▲▼          Book Now

View Suggested Hotels          Starting at $80

Print        Send        Link/Embed



Walgreens Travel Vaccines - www.Walgreens.com/TravelVaccine - Plan to Stay Healthy On Your Trip. Schedule Your Consultation
                                                                                          Sponsored Link
National® Car Rental - www.NationalCar.com - Book your car online & bypass the counter. National® official site.



Pin it    **Online Offers**
San Francisco Hotels
San Francisco Restaurants

Print    Send    Link/Embed

### Suggested Routes

| US-101 N | Est. Fuel Cost |
| 19 mins / 13.54 miles | Calculate |

| US-101 N to I-280 N | Est. Fuel Cost |
| 20 mins / 13.87 miles | Calculate |

Or you can adjust your route by **Dragging the Route Line**

### Travel Options

| **Hotel** | Air | Car |

Location
San Francisco, CA

Check-in                     Check-out
mm/dd/yyyy                   mm/dd/yyyy

Number of Rooms  1 ⏶        Book Now

View Suggested Hotels          Starting at $139

### Driving Directions

**A**  **San Francisco International Airport (SFO)**
Highway 101, San Francisco, CA 94128
(650) 821-8211  |  Website  |  More Info
Add a Note    Search Nearby    Zoom

Online Offers: Best San Francisco Hotels | San Francisco R...



San Francisco Hotels - BookIt.com/SanFrancisco - Up to 50% Off San Francisco Hotels Best Rate Guarantee, BookIt® Now!        Sponsored Link

National® Car Rental - www.NationalCar.com - Reserve now for last minute travel specials & Internet only deals!



Online Offers
Marshall Hotels
Marshall Restaurants

### Suggested Routes

| | |
|---|---|
| **I-20 W to FM-31**<br>41 mins / 39.91 miles | Est. Fuel Cost<br>Calculate |
| **I-20 W to US-80**<br>42 mins / 38.77 miles | Est. Fuel Cost<br>Calculate |

Or you can adjust your route by **Dragging the Route Line**

### Travel Options

| **Hotel** | Air | Car |
|---|---|---|

Location

Marshall, TX

Check-in                          Check-out

mm/dd/yyyy                   mm/dd/yyyy

Number of Rooms  1           Book Now

View Suggested Hotels                    Starting at $80

### Driving Directions

**Shreveport, LA**
Add a Note    Search Nearby

Online Offers:  Best Shreveport Hotels    Shreveport Restaura…

Print    Send    Link/Embed



LIVE TRAF

©2013 MapQuest - Portion

**Hertz® Extra Savings** - Hertz.com - No Fees For Drivers Under 25. That Means Savings Up To $25/Day!

**National® Car Rental** - www.NationalCar.com - Save up to 33% with a free weekend day from National. Go Like A Pro.

Sponsored Link

# travelocity

| Home | Vacation Packages | Flights | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

## Your Flight From Atlanta, GA to San Francisco, CA
Mon Jun 3, 2013 | 1 Adult

**Flights Starting at**

## $399.90
total per person

### Reset Filters

### Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ○ All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ US Airways
- ○ Frontier Airlines
- ○ United
- ○ AirTran Airways
- ○ Alaska Airlines
- ○ Delta Air Lines
- ○ American Airlines

### Reset Filters



**Change Your Search**

From:
Atlanta - ATL

To:
San Francisco - SFO

Depart:
06/03/2013

Airline and
Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options

Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

### Lowest Fare Summary

○ By Departure Time    ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| AirTran Airways | **$399.90** | --- | --- |
| Alaska Airlines | --- | $412.80 | --- |
| Delta Air Lines | **$459.90** | --- | --- |
| American Airlines | --- | $470.80 | --- |

To Show Original Results: Reset Filters          Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

**Delta Air Lines**
Flight 1649
Depart: 9:55 PM  Atlanta, GA (ATL)
Arrive: 12:07 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 12 mins

Non-Stop

Guaranteed Best Price
**$459.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**
Flight 1749
Depart: 7:09 PM  Atlanta, GA (ATL)
Arrive: 9:23 PM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 14 mins

Non-Stop

Guaranteed Best Price
**$459.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**AirTran Airways**
Flight 709
Depart: 8:50 PM  Atlanta, GA (ATL)
Arrive: 11:05 PM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 15 mins

Non-Stop

Guaranteed Best Price
**$399.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**
Flight 2423
Depart: 8:15 AM  Atlanta, GA (ATL)
Arrive: 10:30 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 15 mins

Non-Stop

Guaranteed Best Price
**$459.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**
Flight 2349
Depart: 1:56 PM  Atlanta, GA (ATL)
Arrive: 4:11 PM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 15 mins

Non-Stop

Guaranteed Best Price
**$459.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**

Non-Stop

Guaranteed Best Price

### Compare Travelo...

| From: | To: |
|---|---|
| ATL | SFO |

Depart:
06/03/2013

# of Travelers: 1

Compare With...
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt



Search

Start new search on the
**Advanced Search Page**

**Your Search History**

ATL to DFW        from
Jun 3            **$153.90**

ATL to DFW        from
Jun 3            **$153.90**

Flight 1899                                    Stop

Depart: **9:51 AM**   Atlanta, GA (ATL)
Arrive: **12:10 PM**   San Francisco, CA (SFO)
Total Travel Time: 5 hrs 19 mins

**$459.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

 AirTran Airways                    Non-
Stop
Flight 705

Depart: **10:20 AM**   Atlanta, GA (ATL)
Arrive: **12:40 PM**   San Francisco, CA (SFO)
Total Travel Time: 5 hrs 20 mins

Guaranteed Best Price
**$399.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

Delta Air Lines                          Non-
Stop
Flight 241

Depart: **4:26 PM**   Atlanta, GA (ATL)
Arrive: **6:49 PM**   San Francisco, CA (SFO)
Total Travel Time: 5 hrs 23 mins

Guaranteed Best Price
**$459.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

Ads by Google

**San Francisco Cheap Flights**
Get Today's Deal & Enjoy Your City At 50-90% Off
www.groupon.com/
903 people +1'd this

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue Now Redeem at the SFO Hudson News!
www.cosmopolitan.com/ FO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van Service, C/C 650-FOR-TAXI, Best Rates, Reliable
www.yellowcabsallied.com/

**San Francisco Tours**
Planning a Trip to San Francisco? Let Us Create A Custom Tour For You
www.worldviewtravel.com

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

**Compare Travelocity**

From:              To:                ☑ Orbitz          ☐ Priceline
ATL                SFO                ☐ Cheap Tickets   ☐ CheapOair
Depart:                               ☐ Onetravel
06/03/2013

# of Travelers:    1

Compare

More Options

Why Book a Flight with
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more



Ads by Google related to: flights SFO

**Fly Virgin America**
Earn 5 Frequent Flyer Points per $. Great Deals Everyday. Book a Flight
www.virginamerica.com/Flights
791 people +1'd this
Fares to Fly By       Earn Elevate Points for Flights
Route Map             Flight Status
Flight Alerts         Member Guide

**$155 SFO Round Trip Flight**
Low Fares Available on SFO Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/SFO_Cheap_Flights
Flight Deals Under $199      $150 Round Trip Flights
Top 25 Air Travel Deals      $83 One Way Round Trip
One Way Flights Under $89

**San Francisco Flights**
Upto 70% off San Francisco Flight. Book Now & Save Big. Limited Seats!
www.smartfares.com/

About Taxes + Airline & Agency Fees
**Travelocity Links:** Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

International Sites:
Argentina       Australia        Canada           Chile           Colombia        Costa Rica      Ecuador         France          Germany
Hong Kong       India            Ireland          Italy           Korea           Mexico          New Zealand     Paraguay        Peru
Singapore       Spain            United Kingdom   Uruguay         Venezuela

Partner Sites:   holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:** Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity LP. All rights reserved. Travelocity, the Stars Design, And The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.
Feedback
Click here to
rate this page



| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Atlanta, GA to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

## Flights Starting at

### $515.90
total per person

### Lowest Fare Summary

○ By Departure Time  ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| ✈ Multiple Airlines | --- | --- | $430.19 |
| ▲ Delta Air Lines | **$515.90** | $658.30 | --- |
| 🟦 United | --- | $525.30 | --- |
| A'A American Airlines | --- | $526.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Compare Travelo

From: ATL   To: SHV

Depart: 06/03/2013

# of Travelers: 1

Compare With...

☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

## Filter Your Results

**By Number of Stops**
○ All Flights
● Non-Stops
○ 1 Stops
○ 2+ Stops

**By Time**
● All Times
○ Morning (2 am to 10 am)
○ Mid-Day (10 am to 2 pm)
○ Afternoon (2 pm to 6 pm)
○ Evening (6 pm to 2 am)

**By Airlines**
● All Airlines
○ Multiple Airlines
○ Delta Air Lines
○ United
○ American Airlines

Reset Filters

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

Compare

More Opt

---

▲ Delta Air Lines

Flight 5441

Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: 9:39 AM  Atlanta, GA (ATL)
Arrive: 10:25 AM  Shreveport, LA (SHV)
Total Travel Time: 1 hr 46 mins

Non-Stop

**Guaranteed Best Price**
### $515.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

▲ Delta Air Lines

Flight 5199

Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: 12:49 PM  Atlanta, GA (ATL)
Arrive: 1:35 PM  Shreveport, LA (SHV)
Total Travel Time: 1 hr 46 mins

Non-Stop

**Guaranteed Best Price**
### $515.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

▲ Delta Air Lines

Flight 5345

Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: 10:00 PM  Atlanta, GA (ATL)
Arrive: 10:48 PM  Shreveport, LA (SHV)
Total Travel Time: 1 hr 48 mins

Non-Stop

**Guaranteed Best Price**
### $515.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

▲ Delta Air Lines

Flight 5271

Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: 3:45 PM  Atlanta, GA (ATL)
Arrive: 4:35 PM  Shreveport, LA (SHV)
Total Travel Time: 1 hr 50 mins

Non-Stop

**Guaranteed Best Price**
### $515.90
total per person

SELECT THIS DEPARTURE

See Flight Details

▲



### Change Your Search

From: Atlanta - ATL

To: Shreveport - SHV

Depart: 06/03/2013

Airline and
Non-Stop Options
Airline: Search All Airlines

☐ Show only non-stops

Passenger Options

Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

Start new search on the

Advanced Search Page

**Your Search History**

CLT to SHV
Jun 3          from
               **$329.20**

BOS to SHV
Jun 3          from
               **$400.69**

WAS to SHV
Jun 3          from
               **$332.79**

Delta Air Lines

Flight 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **5:09 PM**   Atlanta, GA (ATL)

Arrive: **5:59 PM**   Shreveport, LA (SHV)

Total Travel Time: 1 hr 50 mins

Non-Stop

**Guaranteed Best Price**

**$515.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

Delta Air Lines

Flight 5007

Flight 5007 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **11:04 AM**   Atlanta, GA (ATL)

Arrive: **11:55 AM**   Shreveport, LA (SHV)

Total Travel Time: 1 hr 51 mins

Non-Stop

**Guaranteed Best Price**

**$515.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

Delta Air Lines

Flight 5585

Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:26 PM**   Atlanta, GA (ATL)

Arrive: **8:17 PM**   Shreveport, LA (SHV)

Total Travel Time: 1 hr 51 mins

Non-Stop

**Guaranteed Best Price**

**$515.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Ads by Google**

**Cheap SHV Flights Tickets**
Upto 70%* Off on Shreveport Ticket Compare Prices. Save $15 or More.
shreveport-flights.smartfares.com/

**iShares SHV Ticker Symbol**
Get Product Overview & Holdings for SHV from iShares. Official Site.
www.ishares.com/

**Shreveport Flight: 65%Off**
Low Fare Guaranteed O All Flights. Why Pay More? Book Cheap Flights!
www.cheapflightnow.cc /ShreveportFlight

**Flights From Only $49**
Compare Cheap Flights From Over 30 Airlines Discount Travel Sites
www.bargaintravel4u.ne
CheapFlights

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

Why Book a Flight with
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more

## Compare Travelocity

From:
ATL

To:
SHV

Depart:
06/03/2013

☑ Orbitz
☐ Cheap Tickets
☐ Onetravel
☐ Priceline
☐ CheapOair

# of Travelers:   1

Compare

More Options

Ads by Google related to: flights SHV

**SHV Airport RT From $341**
Cheap Fares Available on Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/SHV-Cheap-Flight

Flight Deals Under $199        $150 Round Trip Flights
Top 25 Air Travel Deals        $83 One Way Round Trip
One Way Flights Under $89

**Shreveport Flights**
Cheap Fares for Shreveport. Book Now and Save at AA.com!
www.aa.com/
2,429 people +1'd this

Book Flights                Discount Flight Deals
Lowest Price Guarantee      Travel Deals
Where We Fly                American & US Airways Merger

**SHV Cheap Flights @ $309**
Searching Cheap Flights to SHV? Book Now & Save up to $15 OFF fees!
www.onetravel.com/SHV-Cheap-Flights

AdChoices ▷

About Taxes + Airline & Agency Fees

**Travelocity Links:**  Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

International Sites:

Argentina        Australia        Canada          Chile        Colombia        Costa Rica        Ecuador        France        Germany
Hong Kong        India            Ireland         Italy        Korea           Mexico            New Zealand    Paraguay      Peru
Singapore        Spain            United Kingdom  Uruguay      Venezuela

 **travelocity**

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Austin, TX to San Francisco, CA

Mon Jun 3, 2013  |  1 Adult

Flights Starting at
## $211.90
total per person

| Alternate Airport from: | $183.20 |
|---|---|
| | total per person |

Reset Filters

### Filter Your Results

**By Number of Stops**
- All Flights
- Non-Stops
- 1 Stops
- 2+ Stops

**By Time**
- All Times
- Morning (2 am to 10 am)
- Mid-Day (10 am to 2 pm)
- Afternoon (2 pm to 6 pm)
- Evening (6 pm to 2 am)

**By Airlines**
- All Airlines
- Delta Air Lines
- United
- JetBlue Airways
- American Airlines
- US Airways
- Virgin America

Reset Filters

### Change Your Search
From:
Austin - AUS
To:
San Francisco - SFO
Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines
- Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

 **Lowest Fare Summary**

By Departure Time    • By Airline



| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Delta Air Lines | --- | $232.80 | $211.20 |
| United | $211.90 | $221.30 | $508.70 |
| JetBlue Airways | $211.90 | --- | --- |
| American Airlines | --- | $222.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

**Compare Travelo**
From: AUS   To: SFO
Depart: 06/03/2013
# of Travelers: 1

**Compare With...**
- ☑ Orbitz
- ☐ American Airlines
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

**United**
Flight 6508
Flight 6508 operated by SKYWEST DBA UNITED EXPRESS
Depart: 6:05 PM  Austin, TX (AUS)
Arrive: 7:57 PM  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 52 mins

Non-Stop

Guaranteed Best Price
**$211.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 5523
Flight 5523 operated by SKYWEST DBA UNITED EXPRESS
Depart: 7:54 PM  Austin, TX (AUS)
Arrive: 9:46 PM  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 52 mins

Non-Stop

Guaranteed Best Price
**$211.90** total per person
SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 7693
Flight 7693 operated by SKYWEST DBA UNITED EXPRESS
Depart: 6:05 PM  Austin, TX (AUS)
Arrive: 7:57 PM  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 52 mins

Non-Stop

Guaranteed Best Price
**$232.01** total per person
SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 7899
Flight 7899 operated by SKYWEST DBA UNITED EXPRESS
Depart: 7:54 PM  Austin, TX (AUS)
Arrive: 9:46 PM  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 52 mins

Non-Stop

Guaranteed Best Price
**$232.01** total per person
SELECT THIS DEPARTURE

See Flight Details

**JetBlue Airways**
Flight 1513
Depart: 9:50 PM  Austin, TX (AUS)
Arrive: 11:45 PM  San Francisco, CA (SFO)

Non-Stop

Guaranteed Best Price
**$211.90** total per person
SELECT THIS DEPARTURE

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

**ATL to SFO**                    from
Jun 3                          **$294.30**

**MEM to SFO**                    from
Jun 3                          **$262.80**

**MEM to DFW**                    from
Jun 3                          **$275.00**

Total Travel Time: 3 hrs 55 mins

**United**                                    Non-Stop        Guaranteed Best Price
Flight 1087                                                   **$211.90**  total
Depart: **2:45 PM**  Austin, TX (AUS)                                      per person
Arrive: **4:41 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 56 mins                             SELECT THIS DEPARTURE

See Flight Details

**JetBlue Airways**                           Non-Stop        Guaranteed Best Price
Flight 1403                                                   **$295.90**  total
Depart: **8:15 AM**  Austin, TX (AUS)                                      per person
Arrive: **10:11 AM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 56 mins                             SELECT THIS DEPARTURE

See Flight Details

**Virgin America**                            Non-Stop        1 Seat Left at this Price
Flight 221                                                    **$291.90**  total
Depart: **5:00 PM**  Austin, TX (AUS)                                      per person
Arrive: **7:00 PM**  San Francisco, CA (SFO)
Total Travel Time: 4 hrs                                     SELECT THIS DEPARTURE

See Flight Details

**United**                                    Non-Stop        Guaranteed Best Price
Flight 6476                                                   **$211.90**  total
Flight 6476 operated by SKYWEST DBA UNITED EXPRESS                         per person
Depart: **1:12 PM**  Austin, TX (AUS)
Arrive: **3:15 PM**  San Francisco, CA (SFO)                 SELECT THIS DEPARTURE
Total Travel Time: 4 hrs 3 mins

See Flight Details

**US Airways**                                Non-Stop        Guaranteed Best Price
Flight 7729                                                   **$232.01**  total
Flight 7729 operated by SKYWEST DBA UNITED EXPRESS                         per person
Depart: **1:12 PM**  Austin, TX (AUS)
Arrive: **3:15 PM**  San Francisco, CA (SFO)                 SELECT THIS DEPARTURE
Total Travel Time: 4 hrs 3 mins

See Flight Details

**US Airways**                                Non-Stop        1 Seat Left at this Price
Flight 7263                                                   **$1441.90**  total
Flight 7263 operated by SKYWEST DBA UNITED EXPRESS                         per person
Depart: **8:00 AM**  Austin, TX (AUS)
Arrive: **10:05 AM**  San Francisco, CA (SFO)                SELECT THIS DEPARTURE
Total Travel Time: 4 hrs 5 mins

See Flight Details

**United**                                    Non-Stop        Guaranteed Best Price
Flight 723                                                    **$211.90**  total
Depart: **6:00 AM**  Austin, TX (AUS)                                      per person
Arrive: **8:05 AM**  San Francisco, CA (SFO)
Total Travel Time: 4 hrs 5 mins                             SELECT THIS DEPARTURE

See Flight Details

**US Airways**                                Non-Stop        Guaranteed Best Price
Flight 6229                                                   **$232.01**  total
Flight 6229 operated by United                                             per person
Depart: **6:00 AM**  Austin, TX (AUS)
Arrive: **8:05 AM**  San Francisco, CA (SFO)                 SELECT THIS DEPARTURE
Total Travel Time: 4 hrs 5 mins

See Flight Details

Ads by Google

**San Francisco Cheap Flights**
Get Today's Deal & Enjoy Your City At 50-90% Off
www.groupon.com/
903 people +1'd this

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue Now Redeem at the SFO Hudson News!
www.cosmopolitan.com/FO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van Service, C/C 650-FOR-TAXI, Best Rates, Reliable
www.yellowcabsallied.com/

**Flights From Only $49**
Compare Cheap Flights From Over 30 Airlines & Discount Travel Sites
www.bargaintravel4u.net/CheapFlights

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more



salesforce
**FREE eBook**
What if you could find 2.5 more weeks of selling time per year?    Download now

Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities

# Your Flight From Austin, TX to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $276.30

total per person

### Reset Filters

### Filter Your Results

**By Number of Stops**
- ● All Flights
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ United
- ○ American Airlines
- ○ Delta Air Lines

### Reset Filters

### Change Your Search

From:
Austin - AUS

To:
Shreveport - SHV

Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

Start new search on the **Advanced Search Page**

Your Search History

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| United | --- | $276.30 | --- |
| American Airlines | --- | $277.80 | --- |
| Delta Air Lines | --- | $959.30 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

---

**United**                                                              1 Stop
Flights 5191 / 5670
Flight 5191 operated by SKYWEST DBA UNITED EXPRESS
Flight 5670 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **1:02 PM**  Austin, TX (AUS)
Arrive: **3:44 PM**  Shreveport, LA (SHV)
Connect in: Houston
Total Travel Time: 2 hrs 42 mins

Guaranteed Best Price
**$276.30** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**                                                   1 Stop
Flights 1379 / 2522
Flight 2522 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **5:45 PM**  Austin, TX (AUS)
Arrive: **8:35 PM**  Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 2 hrs 50 mins

1 Seat Left at this Price
**$338.80** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**                                                   1 Stop
Flights 1401 / 2532
Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **7:50 AM**  Austin, TX (AUS)
Arrive: **10:50 AM**  Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs

Guaranteed Best Price
**$277.80** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**United**                                                              1 Stop
Flights 1573 / 3268
Flight 3268 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **7:08 AM**  Austin, TX (AUS)
Arrive: **10:18 AM**  Shreveport, LA (SHV)
Connect in: Houston
Total Travel Time: 3 hrs 10 mins

Guaranteed Best Price
**$276.30** total per person
SELECT THIS DEPARTURE

See Flight Details

---

## Compare Travelo

From:  AUS    To:  SHV

Depart:
06/03/2013

# of Travelers:  1

**Compare With...**
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt

**AUS to SHV**
Jun 3 — from **$276.30**

---

**American Airlines** — 1 Stop
Flights 2295 / 2932
Flight 2932 operated by AMERICAN EAGLE AIRLINES

Depart: **2:30 PM** Austin, TX (AUS)
Arrive: **5:40 PM** Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs 10 mins

Guaranteed Best Price
**$277.80** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**American Airlines** — 1 Stop
Flights 2044 / 2555
Flight 2555 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **5:50 AM** Austin, TX (AUS)
Arrive: **9:00 AM** Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs 10 mins

Guaranteed Best Price
**$425.80** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**United** — 1 Stop
Flights 5172 / 4640
Flight 5172 operated by SKYWEST DBA UNITED EXPRESS
Flight 4640 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **5:10 PM** Austin, TX (AUS)
Arrive: **8:21 PM** Shreveport, LA (SHV)
Connect in: Houston
Total Travel Time: 3 hrs 11 mins

Guaranteed Best Price
**$276.30** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**American Airlines** — 1 Stop
Flights 1662 / 2574
Flight 2574 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **1:20 PM** Austin, TX (AUS)
Arrive: **4:35 PM** Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs 15 mins

1 Seat Left at this Price
**$297.80** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**American Airlines** — 1 Stop
Flights 1280 / 2592
Flight 2592 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **8:35 AM** Austin, TX (AUS)
Arrive: **11:55 AM** Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs 20 mins

2 Seats Left at this Price
**$277.80** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**American Airlines** — 1 Stop
Flights 1501 / 2768
Flight 2768 operated by AMERICAN EAGLE AIRLINES

Depart: **12:05 PM** Austin, TX (AUS)
Arrive: **3:25 PM** Shreveport, LA (SHV)
Connect in: Dallas/Ft Worth
Total Travel Time: 3 hrs 20 mins

1 Seat Left at this Price
**$677.80** total per person
SELECT THIS DEPARTURE
See Flight Details

---

**United** — 1 Stop
Flights 1178 / 5670
Flight 5670 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **12:20 PM** Austin, TX (AUS)
Arrive: **3:44 PM** Shreveport, LA (SHV)
Connect in: Houston
Total Travel Time: 3 hrs 24 mins

Guaranteed Best Price
**$276.30** total per person
SELECT THIS DEPARTURE
See Flight Details

Ads by Google

**Cheap SHV Flights Tickets**
Upto 70%* Off on Shreveport Ticket Compare Prices. Save $15 or More.
shreveport-flights.smartfares.com/

**iShares SHV Product Info**
Get Fund Details & Holdings for SHV from iShares. Official Site.
www.ishares.com/

**Cheap (SHV) Flights**
Cheapest Flight Announced Today. Get The Cheapest Price Only @ LCA!
www.lowcostairlines.com/ Shreveport

**Flights From Only $49**
Compare Cheap Flights From Over 30 Airlines & Discount Travel Sites
www.bargaintravel4u.net/ CheapFlights

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight
read more

**Delta Air Lines**

1 Stop

Guaranteed Best Price

**$959.30** total per person

Flights 4995 / 5360

Flight 4995 operated by EXPRESSJET DBA DELTA CONNECTION

Flight 5360 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **5:10 PM**   Austin, TX (AUS)

Arrive: **8:54 PM**   Shreveport, LA (SHV)

Connect in: Memphis

Total Travel Time: 3 hrs 44 mins

SELECT THIS DEPARTURE

See Flight Details

---

**United**

1 Stop

Guaranteed Best Price

**$341.30** total per person

Flights 5191 / 3273

Flight 5191 operated by SKYWEST DBA UNITED EXPRESS

Flight 3273 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **1:02 PM**   Austin, TX (AUS)

Arrive: **4:48 PM**   Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 3 hrs 46 mins

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

1 Stop

Guaranteed Best Price

**$277.80** total per person

Flights 1136 / 2564

Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **6:45 PM**   Austin, TX (AUS)

Arrive: **10:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 3 hrs 50 mins

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

1 Stop

1 Seat Left at this Price

**$297.80** total per person

Flights 1646 / 2532

Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:00 AM**   Austin, TX (AUS)

Arrive: **10:50 AM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 3 hrs 50 mins

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

1 Stop

Guaranteed Best Price

**$959.30** total per person

Flights 5106 / 4872

Flight 5106 operated by EXPRESSJET DBA DELTA CONNECTION

Flight 4872 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **11:06 AM**   Austin, TX (AUS)

Arrive: **3:01 PM**   Shreveport, LA (SHV)

Connect in: Memphis

Total Travel Time: 3 hrs 55 mins

SELECT THIS DEPARTURE

See Flight Details

---

**United**

1 Stop

Guaranteed Best Price

**$276.30** total per person

Flights 1272 / 3268

Flight 3268 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **6:20 AM**   Austin, TX (AUS)

Arrive: **10:18 AM**   Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 3 hrs 58 mins

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

1 Stop

Guaranteed Best Price

**$277.80** total per person

Flights 1401 / 2592

Flight 2592 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:50 AM**   Austin, TX (AUS)

Arrive: **11:55 AM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 5 mins

SELECT THIS DEPARTURE

See Flight Details

**AA** American Airlines                                1 Stop

Flights 1560 / 2522

Flight 2522 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **4:30 PM**   Austin, TX (AUS)

Arrive: **8:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 5 mins

Guaranteed Best Price

**$277.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

United                                                  1 Stop

Flights 5178 / 4640

Flight 5178 operated by SKYWEST DBA UNITED EXPRESS

Flight 4640 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **4:05 PM**   Austin, TX (AUS)

Arrive: **8:21 PM**   Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 4 hrs 16 mins

Guaranteed Best Price

**$276.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

See More Flights

## Compare Travelocity

From:        To:              ☑ Orbitz              ☐ Priceline
[AUS]        [SHV]            ☐ Cheap Tickets       ☐ CheapOair
                             ☐ Onetravel
Depart:
[06/03/2013]

# of Travelers:   [1 ▼]                              Compare

                                                     More Options

Ads by Google related to: **flights SHV**

**SHV** Airport RT From $341

Cheap Fares Available on **Flights**. Book Now & Save Big. Limited Seats!

www.cheapoair.com/**SHV**-Cheap-**Flight**

Flight Deals Under $199          $150 Round Trip Flights
Top 25 Air Travel Deals          $83 One Way Round Trip
One Way Flights Under $89

**Shreveport Flights**

Cheap Fares for Shreveport. Book Now and Save at AA.com!

www.aa.com/

2,419 people +1'd this

Book Flights              Discount Flight Deals
Lowest Price Guarantee    Travel Deals
Where We Fly              American & US Airways Merger

**SHV** Cheap **Flights** @ $309

Up to $15 OFF fees on All **Flights**. Low Fare Promise. Book Now & Save!

www.onetravel.com/**SHV**-Cheap-**Flights**

---

About Taxes + Airline & Agency Fees

Travelocity Links:    Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

International Sites:

Argentina       Australia      Canada         Chile        Colombia      Costa Rica    Ecuador        France        Germany
Hong Kong       India          Ireland        Italy        Korea         Mexico        New Zealand    Paraguay      Peru
Singapore       Spain          United Kingdom Uruguay      Venezuela

Partner Sites:    holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

Travelocity Information:    Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50



| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

## Boston, MA to San Francisco, CA

Mon, Jun 3, 2013 | 1 Adult

Change Your Search

**Find Cheap Flights!** continue

About Taxes + Airline & Agency Fees    Additional baggage fees may apply.

### Lowest Fare Summary

| | United Airways | US Airways | Sun Country Airlines | JetBlue Airways | American Airlines | Virgin America | Delta Air Lines |
|---|---|---|---|---|---|---|---|
| **All 17 Nonstops** displayed below | $329.90 7 nonstops | $361.79 4 nonstops | 0 nonstops | $329.90 3 nonstops | 0 nonstops | $329.90 3 nonstops | 0 nonstops |
| **All Flights** 78 flights | $209.60 16 flights | $235.80 18 flights | $266.80 1 flight | $298.80 4 flights | $325.70 19 flights | $329.90 3 flights | $340.80 17 flights |

### Select Flight for Mon, Jun 3

Search more airlines  Show All Airlines ▾  Search

Sort By: Price  Duration  Departure Time  Arrival Time  Airline

17 flight options: 1

| Airline | Departure Time | Arrival Time | Total Travel Time | One Way Price includes taxes and fees |
|---|---|---|---|---|
| **United** Flight 1472 Flight Details | 5:59pm Boston, MA (BOS) | 9:29pm San Francisco, CA (SFO) | 6hrs 30min - Nonstop | $329.90 total price per person Select |
| **United** Flight 587 Flight Details | 3:38pm Boston, MA (BOS) | 7:10pm San Francisco, CA (SFO) | 6hrs 32min - Nonstop | $329.90 total price per person Select |
| **Virgin America** Flight 351 Flight Details | 8:50am Boston, MA (BOS) | 12:25pm San Francisco, CA (SFO) | 6hrs 35min - Nonstop | $329.90 total price per person Select |
| **Virgin America** Flight 357 Flight Details | 7:10pm Boston, MA (BOS) | 10:45pm San Francisco, CA (SFO) | 6hrs 35min - Nonstop | $329.90 total price per person Select |
| **JetBlue Airways** Flight 633 Flight Details | 4:25pm Boston, MA (BOS) | 8:01pm San Francisco, CA (SFO) | 6hrs 36min - Nonstop | $329.90 total price per person Select |
| **JetBlue Airways** Flight 637 Flight Details | 7:10pm Boston, MA (BOS) | 10:51pm San Francisco, CA (SFO) | 6hrs 41min - Nonstop | $329.90 total price per person Select |
| **United** Flight 1619 Flight Details | 5:00pm Boston, MA (BOS) | 8:44pm San Francisco, CA (SFO) | 6hrs 44min - Nonstop | $329.90 total price per person Select |
| **US Airways** Flight 6340 operated United Flight Details | 3:38pm Boston, MA (BOS) | 7:10pm San Francisco, CA (SFO) | 6hrs 32min - Nonstop | $361.79 total price per person Select |
| **Virgin America** Flight 353 Flight Details | 4:35pm Boston, MA (BOS) | 8:10pm San Francisco, CA (SFO) | 6hrs 35min - Nonstop | $361.90 total price per person Select |
| **United** Flight 719 | 11:07am Boston, MA (BOS) | 2:45pm San Francisco, CA (SFO) | 6hrs 38min - Nonstop | $361.90 total price per person 1 seat left at this price |



| | | | | | |
|---|---|---|---|---|---|
| **Flight** Details | | | | | Select |
| **United** Flight 551 | 9:10am Boston, MA (BOS) | 12:40pm San Francisco, CA (SFO) | 6hrs 30min - Nonstop | **$416.90** total price per person | |
| **Flight** Details | | | | | Select |
| **United** Flight 735 | 8:00am Boston, MA (BOS) | 11:40am San Francisco, CA (SFO) | 6hrs 40min - Nonstop | **$416.90** total price per person | |
| **Flight** Details | | | | | Select |
| **US Airways** Flight 6376 operated United | 9:10am Boston, MA (BOS) | 12:40pm San Francisco, CA (SFO) | 6hrs 30min - Nonstop | **$457.50** total price per person | |
| **Flight** Details | | | | | Select |
| **US Airways** Flight 6335 operated United | 8:00am Boston, MA (BOS) | 11:40am San Francisco, CA (SFO) | 6hrs 40min - Nonstop | **$457.50** total price per person | |
| **Flight** Details | | | | | Select |
| **United** Flight 433 | 6:00am Boston, MA (BOS) | 9:40am San Francisco, CA (SFO) | 6hrs 40min - Nonstop | **$468.90** total price per person | |
| **Flight** Details | | | | | Select |
| **JetBlue Airways** Flight 635 | 7:45am Boston, MA (BOS) | 11:23am San Francisco, CA (SFO) | 6hrs 38min - Nonstop | **$568.90** total price per person | |
| **Flight** Details | | | | | Select |
| **US Airways** Flight 6906 operated United | 6:00am Boston, MA (BOS) | 9:40am San Francisco, CA (SFO) | 6hrs 40min - Nonstop | **$1,635.90** total price per person | |
| **Flight** Details | | | | | Select |

**Change Your Search**            17 flight options:  1

# Find Cheap Flights!

**1. Enter Travel Information**

From:

To:

Adults: 1

Depart:

Return:

**2. Select websites to compare rates**

☐ priceline    ☐ travelocity

☐ Expedia    ☐ ORBITZ

**continue**

About Taxes + Airline & Agency Fees

Travelocity Links:   Vacation Packages  |  Flights  |  Hotels  |  Cars  |  Cruises  |  Activities  |  Travelocity Merchandise  |  Travelocity Guarantee  |  Subscribe

International Sites:

| | | | | | |
|---|---|---|---|---|---|
| Argentina | Australia | Canada | Chile | Colombia | Costa Rica | Ecuador |
| France | Germany | Hong Kong | India | Ireland | Italy | Korea |
| Mexico | New Zealand | Paraguay | Peru | Singapore | Spain | United Kingdom |
| Uruguay | Venezuela | | | | | |

Partner Sites:   holiday autos  |  IgoUgo®  |  Latin America  |  Vacations.com  |  Window Seat Blog  |  World Choice Travel®  |  Zuji

Travelocity Information:   Customer Support  |  About Travelocity  |  Press Releases  |  Advertising  |  Become an Affiliate  |  Travelocity Business  |  Site Map  |  Jobs  |  TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.

Feedback

Click here to
rate this page

 **travelocity**

salesforce
**FREE eBook**
What if you could find 2.5 more weeks of selling time per year?
Download now

| Home | Vacation Packages | Flights | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Boston, MA to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

## Flights Starting at
## $400.69
total per person

| Alternate Airport from: | $381.19 total per person |

Reset Filters

### Filter Your Results

**By Number of Stops**
- ⦿ All Flights
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ⦿ All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ⦿ All Airlines
- ○ Multiple Airlines
- ○ United
- ○ American Airlines
- ○ Delta Air Lines

Reset Filters

### Change Your Search
From:
Boston - BOS
To:
Shreveport - SHV
Depart:
06/03/2013

**Airline and Non-Stop Options**
Airline:
Search All Airlines
☐ Show only non-stops

**Passenger Options**
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

 Search

## Lowest Fare Summary

○ By Departure Time   ⦿ By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Multiple Airlines | --- | --- | $400.69 |
| United | --- | $575.30 | $459.70 |
| American Airlines | --- | $576.80 | $459.70 |
| Delta Air Lines | --- | $572.30 | $680.70 |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

### Delta Air Lines — 1 Stop
Flights 2101 / 5585
Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **4:00 PM** Boston, MA (BOS)
Arrive: **8:17 PM** Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 5 hrs 17 mins

**Guaranteed Best Price**
**$576.80** total per person
SELECT THIS DEPARTURE
See Flight Details

### Delta Air Lines — 1 Stop
Flights 1801 / 5271
Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **12:15 PM** Boston, MA (BOS)
Arrive: **4:35 PM** Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 5 hrs 20 mins

**Guaranteed Best Price**
**$576.80** total per person
SELECT THIS DEPARTURE
See Flight Details

### Delta Air Lines — 1 Stop
Flights 1401 / 5441
Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **6:00 AM** Boston, MA (BOS)
Arrive: **10:25 AM** Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 5 hrs 25 mins

**Guaranteed Best Price**
**$681.80** total per person
SELECT THIS DEPARTURE
See Flight Details

### Delta Air Lines — 1 Stop
Flights 3323 / 5360
Flight 3323 operated by PINNACLE DBA DELTA CONNECTION
Flight 5360 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **4:25 PM** Boston, MA (BOS)
Arrive: **8:54 PM** Shreveport, LA (SHV)
Connect in: Memphis
Total Travel Time: 5 hrs 29 mins

**Guaranteed Best Price**
**$572.30** total per person
SELECT THIS DEPARTURE
See Flight Details

### Compare Travelocity

| From: | To: |
|---|---|
| BOS | SHV |

Depart:
06/03/2013
# of Travelers: 1

**Compare With...**
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt

 Nationwide Insurance

WHEN YOU TRAVEL YOU CAN COUNT ON NATIONWIDE

Get your FREE online auto insurance quote today.

 GO



Start new search on the
**Advanced Search Page**

Your Search History

**DFW to SHV**          from
Jun 3            **$184.90**

**CLT to SHV**          from
Jun 3            **$329.20**

**Delta Air Lines**

Flights 443 / 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **1:30 PM**   Boston, MA (BOS)

Arrive: **5:59 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 5 hrs 29 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**

Flights 1501 / 5007

Flight 5007 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:15 AM**   Boston, MA (BOS)

Arrive: **11:55 AM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 5 hrs 40 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**

Flights 841 / 2574

Flight 2574 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **11:45 AM**   Boston, MA (BOS)

Arrive: **4:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 5 hrs 50 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**

Flights 541 / 2564

Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **5:35 PM**   Boston, MA (BOS)

Arrive: **10:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**

Flights 1847 / 2532

Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **5:45 AM**   Boston, MA (BOS)

Arrive: **10:50 AM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 5 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**

Flights 1901 / 5199

Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **8:30 AM**   Boston, MA (BOS)

Arrive: **1:35 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 5 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**

Flights 2201 / 5345

Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **5:15 PM**   Boston, MA (BOS)

Arrive: **10:48 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 33 mins

1 Stop

**Guaranteed Best Price**

**$576.80**   total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**

Flights 1897 / 2768

1 Stop

**Guaranteed Best Price**

Ads by Google

**iShares SHV Product Info**
Get Fund Details &
Holdings for **SHV** from
iShares. Official Site.
www.ishares.com/

**Shreveport Flight:** 65%Off
Low Fare Guaranteed
All **Flights**. Why Pay
More? Book Cheap
**Flights**!
www.cheapflightnow.co
/ShreveportFlight

**Flights From Only $49**
Compare Cheap **Flights**
From Over 30 Airlines &
Discount Travel Sites
www.bargaintravel4u.ne
Cheap**Flights**

**New - $69 Airline Tickets**
Fly Anywhere In The U.
As Low As $69
www.insanelycheapflig
s.com/
583 people +1'd this
   Cheap Flights
   Save On Hotels
   Airline Tickets

**Why Book a Flight with**
• Guaranteed best price
• Cancel within 24 Hours,
  Worry-Free
• Earn airline miles
  on each flight
read more

Flight 2768 operated by AMERICAN EAGLE AIRLINES

Depart: **9:50 AM**   Boston, MA (BOS)

Arrive: **3:25 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 35 mins

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **Delta Air Lines**   1 Stop

Flights 1001 / 5271

Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **11:00 AM**   Boston, MA (BOS)

Arrive: **4:35 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 35 mins

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **United**   1 Stop

Flights 1038 / 3269

Flight 3269 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **1:02 PM**   Boston, MA (BOS)

Arrive: **6:43 PM**   Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 6 hrs 41 mins

Guaranteed Best Price

**$575.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **Delta Air Lines**   1 Stop

Flights 1801 / 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **12:15 PM**   Boston, MA (BOS)

Arrive: **5:59 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 44 mins

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **Delta Air Lines**   1 Stop

Flights 1601 / 5585

Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **2:30 PM**   Boston, MA (BOS)

Arrive: **8:17 PM**   Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 47 mins

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **American Airlines**   1 Stop

Flights 1281 / 2522

Flight 2522 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **2:45 PM**   Boston, MA (BOS)

Arrive: **8:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 50 mins

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **American Airlines**   1 Stop

Flights 2289 / 2564

Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **4:45 PM**   Boston, MA (BOS)

Arrive: **10:35 PM**   Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 50 mins

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

 **American Airlines**   1 Stop

Flights 841 / 2932

Flight 2932 operated by AMERICAN EAGLE AIRLINES

Guaranteed Best Price

**$576.80** total
per person

SELECT THIS DEPARTURE

Depart: **11:45 AM** Boston, MA (BOS)

Arrive: **5:40 PM** Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 55 mins

**See Flight Details**

 Delta Air Lines

Flights 1401 / 5007

Flight 5007 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:00 AM** Boston, MA (BOS)

Arrive: **11:55 AM** Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 6 hrs 55 mins

1 Stop

**Guaranteed Best Price**

**$681.80** total per person

SELECT THIS DEPARTURE

**See Flight Details**

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

**See More Flights**

## Compare Travelocity

| From: | To: |
|---|---|
| BOS | SHV |

Depart:
06/03/2013

# of Travelers: 1

☑ Orbitz        ☐ Priceline

☐ Cheap Tickets  ☐ CheapOair

☐ Onetravel

**Compare**

**More Options**

Ads by Google related to: **flights SHV**

**SHV Flight** From $341
Cheap Fares Available on **Flights**. Book Now & Save Big. Limited Seats!
www.cheapoair.com/SHV-Airport-**Flights**

Flight Deals Under $199      $150 Round Trip Flights
Top 25 Air Travel Deals      $83 One Way Round Trip
One Way Flights Under $89

**SHV Cheap Flights @ $309**
Searching Cheap **Flights** to **SHV**? Book Now & Save up to $15 OFF fees!
www.onetravel.com/SHV-Cheap-**Flights**

Cheap **SHV Flights** Tickets
Upto 70%* Off on Shreveport Ticket Compare Prices. Save $15 or More.
shreveport-**flights**.smartfares.com/

About Taxes + Airline & Agency Fees

**Travelocity Links:** Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

**International Sites:**

| Argentina | Australia | Canada | Chile | Colombia | Costa Rica | Ecuador | France | Germany |
| Hong Kong | India | Ireland | Italy | Korea | Mexico | New Zealand | Paraguay | Peru |
| Singapore | Spain | United Kingdom | Uruguay | Venezuela | | | | |

**Partner Sites:** holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:** Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.

Feedback

Click here to
rate this page

 travelocity

Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities

# Your Flight From Charlotte, NC to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $581.40

total per person

### Reset Filters

### Filter Your Results

**By Number of Stops**
- All Flights
- Non-Stops
- 1 Stops
- 2+ Stops

**By Time**
- All Times
- Morning (2 am to 10 am)
- Mid-Day (10 am to 2 pm)
- Afternoon (2 pm to 6 pm)
- Evening (6 pm to 2 am)

**By Airlines**
- All Airlines
- United
- Delta Air Lines
- American Airlines
- JetBlue Airways
- Multiple Airlines
- US Airways

### Reset Filters

### Change Your Search
From:
Charlotte - CLT
To:
San Francisco - SFO
Depart:
06/03/2013
Airline and Non-Stop Options
Airline:
Search All Airlines
☐ Show only non-stops
Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

## Lowest Fare Summary

○ By Departure Time    ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| United | **$581.40** | $104.30 | $260.20 |
| Delta Air Lines | --- | $256.30 | $260.10 |
| American Airlines | --- | $256.30 | --- |
| JetBlue Airways | --- | $442.30 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Price (Low to High)



US Airways
Flight 465
Non-Stop
Depart: 7:35 AM  Charlotte, NC (CLT)
Arrive: 9:50 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 15 mins

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

United
Flight 2622
Non-Stop
Flight 2622 operated by US Airways
Depart: 7:35 AM  Charlotte, NC (CLT)
Arrive: 9:50 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 15 mins

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

US Airways
Flight 467
Non-Stop
Depart: 9:30 AM  Charlotte, NC (CLT)
Arrive: 11:50 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 20 mins

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

United
Flight 2960
Non-Stop
Flight 2960 operated by US Airways
Depart: 9:30 AM  Charlotte, NC (CLT)
Arrive: 11:50 AM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 20 mins

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details



US Airways
Flight 469
Non-Stop
Depart: 4:40 PM  Charlotte, NC (CLT)
Arrive: 7:04 PM  San Francisco, CA (SFO)
Total Travel Time: 5 hrs 24 mins

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

Compare Traveloc

From:  To:
CLT  SFO
Depart:
06/03/2013
# of Travelers: 1
Compare With...
☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare
More Opt

AdChoice

EARN
30,000
BONUS MILES
TOWARD
AWARD TRAVE


APPLY NOW
TERMS, CONDITIONS, AND
RESTRICTIONS APPLY.

Start new search on the
**Advanced Search Page**

**Your Search History**

LAX to DFW — from
Jun 3 — **$148.90**

IAD to DFW — from
Jun 3 — **$201.30**

IAD to SFO — from
Jun 3 — **$290.30**

**United**
Flight 2623
Flight 2623 operated by US Airways
Depart: **4:40 PM** Charlotte, NC (CLT)
Arrive: **7:04 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 24 mins

Non-Stop

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**US Airways**
Flight 705
Depart: **6:13 PM** Charlotte, NC (CLT)
Arrive: **8:37 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 24 mins

Non-Stop

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**United**
Flight 2718
Flight 2718 operated by US Airways
Depart: **6:13 PM** Charlotte, NC (CLT)
Arrive: **8:37 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 24 mins

Non-Stop

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**US Airways**
Flight 463
Depart: **8:10 PM** Charlotte, NC (CLT)
Arrive: **10:30 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 20 mins

Non-Stop

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**United**
Flight 2616
Flight 2616 operated by US Airways
Depart: **8:10 PM** Charlotte, NC (CLT)
Arrive: **10:30 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 20 mins

Non-Stop

Guaranteed Best Price
**$581.40** total per person
SELECT THIS DEPARTURE
See Flight Details

Ads by Google

**San Francisco Cheap Flights**
Get Today's Deal & Enjoy
Your City At 50-90% Off
www.groupon.com/
903 people +1'd this

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest
Issue From the **SFO**
Hudson News Now!
www.cosmopolitan.com/
FO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.com/



**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight

read more

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**



**Compare Travelocity**

From: CLT  To: SFO

Depart: 06/03/2013

# of Travelers: 1

☑ Orbitz  ☐ Priceline
☐ Cheap Tickets  ☐ CheapOair
☐ Onetravel

Compare
More Options



Hello! | Sign Up | My Account | Feedback | Customer Support 1.888.872.8356

FREE eBook
What if you could find 2.5 more weeks of selling time per year?
Download now

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |
|------|-------------------|-------------|--------|-----------|---------|--------------|------------|

# Your Flight From Charlotte, NC to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult



Flights Starting at

## $329.20

total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- ◉ All Flights
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ◉ All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ◉ All Airlines
- ○ Delta Air Lines
- ○ United
- ○ American Airlines
- ○ Multiple Airlines

### Reset Filters



**Change Your Search**

From:
Charlotte - CLT

To:
Shreveport - SHV

Depart:
06/03/2013

Airline and
Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options

Adults (18-64):  1
Seniors (65+):  0
Children (2-17):  0

Search

Start new search on the
**Advanced Search Page**

### Lowest Fare Summary

○ By Departure Time   ◉ By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|-----------|---------|----------|
| Delta Air Lines | --- | $545.80 | $329.20 |
| United | --- | $548.80 | $531.20 |
| American Airlines | --- | $550.30 | $531.20 |
| Multiple Airlines | --- | --- | $541.19 |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

**Delta Air Lines**                                        1 Stop

Flights 4021 / 5360
Flight 4021 operated by PINNACLE DBA DELTA CONNECTION
Flight 5360 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:05 PM**   Charlotte, NC (CLT)
Arrive: **8:54 PM**   Shreveport, LA (SHV)
Connect in: Memphis
Total Travel Time: 3 hrs 49 mins

Guaranteed Best Price
## $545.80
total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                        1 Stop

Flights 6073 / 4872
Flight 6073 operated by CHAUTAUQUA DBA DELTA CONNECTION
Flight 4872 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **12:11 PM**   Charlotte, NC (CLT)
Arrive: **3:01 PM**   Shreveport, LA (SHV)
Connect in: Memphis
Total Travel Time: 3 hrs 50 mins

Guaranteed Best Price
## $545.80
total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                        1 Stop

Flights 2087 / 5345
Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:45 PM**   Charlotte, NC (CLT)
Arrive: **10:48 PM**   Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 4 hrs 3 mins

Guaranteed Best Price
## $550.30
total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                        1 Stop

Flights 944 / 5441
Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:15 AM**   Charlotte, NC (CLT)
Arrive: **10:25 AM**   Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 4 hrs 10 mins

Guaranteed Best Price
## $550.30
total per person

SELECT THIS DEPARTURE

See Flight Details

**Compare Travelo...**

From:
CLT

To:
SHV

Depart:
06/03/2013

# of Travelers:  1

**Compare With...**
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt

AdChoice

**Your Search History**

**DFW to SHV**     from
Jun 3              **$184.90**

**▲ Delta Air Lines**                                    1 Stop

Flights 335 / 5585

Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **5:00 PM**  Charlotte, NC (CLT)

Arrive: **8:17 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 17 mins

**Guaranteed Best Price**

**$550.30** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**AA American Airlines**                                 1 Stop

Flights 683 / 2564

Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:15 PM**  Charlotte, NC (CLT)

Arrive: **10:35 PM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 20 mins

**Guaranteed Best Price**

**$550.30** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**▲ Delta Air Lines**                                    1 Stop

Flights 1591 / 5007

Flight 5007 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **8:30 AM**  Charlotte, NC (CLT)

Arrive: **11:55 AM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 25 mins

**Guaranteed Best Price**

**$550.30** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**United**                                               1 Stop

Flights 5167 / 4640

Flight 5167 operated by SKYWEST DBA UNITED EXPRESS

Flight 4640 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **4:45 PM**  Charlotte, NC (CLT)

Arrive: **8:21 PM**  Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 4 hrs 36 mins

**Guaranteed Best Price**

**$548.80** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**United**                                               1 Stop

Flights 4234 / 5670

Flight 4234 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Flight 5670 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **12:00 PM**  Charlotte, NC (CLT)

Arrive: **3:44 PM**  Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 4 hrs 44 mins

**Guaranteed Best Price**

**$548.80** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**AA American Airlines**                                 1 Stop

Flights 831 / 2532

Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:05 AM**  Charlotte, NC (CLT)

Arrive: **10:50 AM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 45 mins

**Guaranteed Best Price**

**$550.30** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

---

**AA American Airlines**                                 1 Stop

Flights 1343 / 2768

Flight 2768 operated by AMERICAN EAGLE AIRLINES

Depart: **11:40 AM**  Charlotte, NC (CLT)

Arrive: **3:25 PM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 45 mins

**Guaranteed Best Price**

**$550.30** total
per person

**SELECT THIS DEPARTURE**

See Flight Details

Ads by Google

**SHV Cheap Flights @ $309**
Searching Cheap Flights to SHV? Book Now & Save up to $15 OFF fees
www.onetravel.com/SHV Cheap-Flights

**iShares SHV Product Info**
Get Fund Details & Holdings for SHV from iShares. Official Site.
www.ishares.com/

**Flights From Only $49**
Compare Cheap Flights From Over 30 Airlines & Discount Travel Sites
www.bargaintravel4u.ne CheapFlights

**New - $69 Airline Tickets**
Fly Anywhere In The U. As Low As $69
www.insanelycheapfligh s.com/
583 people +1'd this

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more

**American Airlines**

Flights 1511 / 2522

Flight 2522 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **4:50 PM**  Charlotte, NC (CLT)

Arrive: **8:35 PM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 45 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1877 / 5199

Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **9:45 AM**  Charlotte, NC (CLT)

Arrive: **1:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 50 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1095 / 5271

Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **12:45 PM**  Charlotte, NC (CLT)

Arrive: **4:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 50 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1652 / 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **2:00 PM**  Charlotte, NC (CLT)

Arrive: **5:59 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 59 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 823 / 5441

Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:00 AM**  Charlotte, NC (CLT)

Arrive: **10:25 AM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 5 hrs 25 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**

Flights 4214 / 3268

Flight 4214 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Flight 3268 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **5:50 AM**  Charlotte, NC (CLT)

Arrive: **10:18 AM**  Shreveport, LA (SHV)

Connect in: Houston

Total Travel Time: 5 hrs 28 mins

1 Stop

**1 Seat Left at this Price**

**$548.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 826 / 5345

Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:15 PM**  Charlotte, NC (CLT)

Arrive: **10:48 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 5 hrs 33 mins

1 Stop

**Guaranteed Best Price**

**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flights 4229 / 3269
Flight 4229 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Flight 3269 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **2:09 PM**  Charlotte, NC (CLT)
Arrive: **6:43 PM**  Shreveport, LA (SHV)
Connect in: Houston
Total Travel Time: 5 hrs 34 mins

1 Stop

**Guaranteed Best Price**
**$548.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**
Flights 944 / 5007
Flight 5007 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:15 AM**  Charlotte, NC (CLT)
Arrive: **11:55 AM**  Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 5 hrs 40 mins

1 Stop

**Guaranteed Best Price**
**$550.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

**See More Flights**

**Compare Travelocity**

From:              To:
[CLT]              [SHV]

☑ Orbitz          ☐ Priceline
☐ Cheap Tickets   ☐ CheapOair
☐ Onetravel

Depart:
[06/03/2013]

# of Travelers:   [1]

Compare

**More Options**

Ads by Google related to: **flights SHV**

**SHV Airport RT From $341**
Cheap Fares Available on Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/SHV-Cheap-Flight
Flight Deals Under $199        $150 Round Trip Flights
Top 25 Air Travel Deals        $83 One Way Round Trip
One Way Flights Under $89

**Flights to SHV**
**Fly** American Airlines to Louisiana. Book Your **Flight** Online and Save.
www.aa.com/
2,429 people +1'd this
Book Flights             Discount Flight Deals
Lowest Price Guarantee   Travel Deals
Where We Fly             American & US Airways Merger

**Cheap Shreveport Flights**
Shreveport **Flights**, Upto 70% Off. Save Today to Lock the Best Fares.
shreveport-flights.smartfares.com/

**Largest Selection Of**
**Cheap Tires**
Find The Best Deals On Your Favorite Tire Brands!
Compare

About Taxes + Airline & Agency Fees
**Travelocity Links:**  Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

International Sites:
Argentina      Australia     Canada          Chile       Colombia     Costa Rica    Ecuador       France        Germany
Hong Kong      India         Ireland         Italy       Korea        Mexico        New Zealand   Paraguay      Peru
Singapore      Spain         United Kingdom  Uruguay     Venezuela

Partner Sites:   holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:**   Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996–2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.


*travelocity*

Hello! | Sign Up | My Account | Feedback | Customer Support 1.888.872.8356

**FREE eBook**
What if you could find 2.5 more weeks of selling time per year?
Download now

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Dallas/Ft Worth, TX to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

## Flights Starting at

### $281.90
total per person

| Alternate | $123.90 |
| Airport from: | total per person |

**Reset Filters**

### Filter Your Results

**By Number of Stops**
- ○ All Flights
- ○ Non-Stops
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ Sun Country Airlines
- ○ US Airways
- ○ Frontier Airlines
- ○ United
- ○ Virgin America
- ○ Delta Air Lines
- ○ American Airlines
- ○ Alaska Airlines

**Reset Filters**

### Change Your Search
From:
| Dallas/Ft Worth - DFW |
To:
| San Francisco - SFO |
Depart:
| 06/03/2013 |

**Airline and Non-Stop Options**
Airline:
| Search All Airlines |
☐ Show only non-stops

**Passenger Options**
Adults (18-64): | 1 |
Seniors (65+): | 0 |

### Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Ⓢ Sun Country Airlines | --- | $177.80 | --- |
| US Airways | --- | $262.80 | --- |
| Frontier Airlines | --- | $267.80 | --- |
| United | **$281.90** | $291.30 | --- |

To Show Original Results: Reset Filters          Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: | Total Travel Time (Shortest to Longest) |

---

**Alaska Airlines**
Flight 1118
Flight 1118 operated by AMERICAN AIRLINES
Depart: **8:30 PM**  Dallas/Ft Worth (DFW)
Arrive: **10:15 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

Guaranteed Best Price
### $1026.90
total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Alaska Airlines**
Flight 1025
Flight 1025 operated by AMERICAN AIRLINES
Depart: **9:35 PM**  Dallas/Ft Worth (DFW)
Arrive: **11:20 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

Guaranteed Best Price
### $1026.90
total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Virgin America**
Flight 715
Depart: **1:35 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **3:20 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

Guaranteed Best Price
### $281.90
total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Virgin America**
Flight 717
Depart: **6:55 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **8:40 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

Guaranteed Best Price
### $281.90
total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Virgin America**
Flight 713
Depart: **7:00 AM**  Dallas/Ft Worth, TX (DFW)
Arrive: **8:45 AM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

Guaranteed Best Price
### $330.90
total per person
SELECT THIS DEPARTURE

See Flight Details

---

### Compare Traveloc

From:
| DFW |
To:
| SFO |
Depart:
| 06/03/2013 |
# of Travelers: | 1 |

**Compare With...**
- ☑ Orbitz
- ☐ American Airlines
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt



Ads by Google

**San Francisco Flights**
Upto 70% off San
Francisco Flight. Book
Now & Save Big. Limited
Seats!
www.smartfares.com/

**Fairmont San Francisco**
Official site of Fairmont
Hotels. Exclusive Online
Packages & Rates.
www.fairmont.com/Sanfrancisco

**San Francisco Cheap Flights**
Get Today's Deal & Enjoy
Your City At 50-90% Off
www.groupon.com/
918 people +1'd this

**To & From SFO Airport**
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.com/

| Children (2-17): | 0 |
|---|---|

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

| WAS to SHV | from |
|---|---|
| Jun 3 | **$332.79** |

| ATL to SHV | from |
|---|---|
| Jun 3 | **$430.19** |

| DFW to LAX | from |
|---|---|
| Jun 3 | **$156.70** |

**American Airlines**
Flight 881
Depart: **8:30 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **10:15 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

**Guaranteed Best Price**
**$501.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**
Flight 1427
Depart: **9:35 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **11:20 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 45 mins

Non-Stop

**Guaranteed Best Price**
**$501.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 5509
Flight 5509 operated by SKYWEST DBA UNITED EXPRESS
Depart: **6:00 AM**  Dallas/Ft Worth, TX (DFW)
Arrive: **7:49 AM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 49 mins

Non-Stop

**1 Seat Left at this Price**
**$281.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight

read more

**Alaska Airlines**
Flight 1581
Flight 1581 operated by AMERICAN AIRLINES
Depart: **7:45 AM**  Dallas/Ft Worth, TX (DFW)
Arrive: **9:35 AM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
**$1026.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1914
Flight 1914 operated by AMERICAN AIRLINES
Depart: **8:45 AM**  Dallas/Ft Worth, TX (DFW)
Arrive: **10:35 AM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
**$1026.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1035
Flight 1035 operated by AMERICAN AIRLINES
Depart: **10:20 AM**  Dallas/Ft Worth, TX (DFW)
Arrive: **12:10 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
**$1026.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1587
Flight 1587 operated by AMERICAN AIRLINES
Depart: **12:45 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **2:35 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
**$1026.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1593
Flight 1593 operated by AMERICAN AIRLINES
Depart: **2:25 PM**  Dallas/Ft Worth, TX (DFW)
Arrive: **4:15 PM**  San Francisco, CA (SFO)
Total Travel Time: 3 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
**$1026.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**

Non-

**Guaranteed Best Price**

| | | |
|---|---|---|
| Flight 1801<br>Flight 1801 operated by AMERICAN AIRLINES<br><br>Depart: **3:45 PM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **5:35 PM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Stop | **$1026.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| Alaska Airlines<br>Flight 1591<br>Flight 1591 operated by AMERICAN AIRLINES<br><br>Depart: **5:00 PM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **6:50 PM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$1026.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| Alaska Airlines<br>Flight 1517<br>Flight 1517 operated by AMERICAN AIRLINES<br><br>Depart: **7:00 PM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **8:50 PM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$1026.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| American Airlines<br>Flight 451<br><br>Depart: **7:45 AM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **9:35 AM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$501.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| American Airlines<br>Flight 2297<br><br>Depart: **8:45 AM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **10:35 AM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$501.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| American Airlines<br>Flight 453<br><br>Depart: **10:20 AM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **12:10 PM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$501.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

| | | |
|---|---|---|
| American Airlines<br>Flight 1441<br><br>Depart: **12:45 PM** Dallas/Ft Worth, TX (DFW)<br>Arrive: **2:35 PM** San Francisco, CA (SFO)<br>Total Travel Time: 3 hrs 50 mins | Non-Stop | Guaranteed Best Price<br>**$501.90** total<br>per person<br><br>SELECT THIS DEPARTURE |

See Flight Details

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

See More Flights

 travelocity

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Dallas/Ft Worth, TX to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $184.90

total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ American Airlines
- ○ United
- ○ Multiple Airlines
- ○ Delta Air Lines

### Reset Filters

### Change Your Search

From:
[ Dallas/Ft Worth - DFW ]

To:
[ Shreveport - SHV ]

Depart:
[ 06/03/2013 ]

**Airline and Non-Stop Options**
Airline:
[ Search All Airlines ]

☐ Show only non-stops

**Passenger Options**
Adults (18-64): [ 1 ]
Seniors (65+): [ 0 ]
Children (2-17): [ 0 ]

Search

Start new search on the **Advanced Search Page**

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| American Airlines | **$184.90** | --- | --- |
| United | --- | $453.30 | --- |
| Multiple Airlines | --- | $463.29 | --- |
| Delta Air Lines | --- | $926.30 | --- |

To Show Original Results: **Reset Filters**

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:   [ Total Travel Time (Shortest to Longest) ]

American Airlines
Flight 2532
Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **10:00 AM** Dallas/Ft Worth, TX (DFW)
Arrive: **10:50 AM** Shreveport, LA (SHV)
Total Travel Time: 50 mins

Non-Stop

Guaranteed Best Price

### $184.90
total per person

SELECT THIS DEPARTURE

See Flight Details

American Airlines
Flight 2564
Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **9:45 PM** Dallas/Ft Worth, TX (DFW)
Arrive: **10:35 PM** Shreveport, LA (SHV)
Total Travel Time: 50 mins

Non-Stop

Guaranteed Best Price

### $184.90
total per person

SELECT THIS DEPARTURE

See Flight Details

American Airlines
Flight 2555
Flight 2555 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **8:05 AM** Dallas/Ft Worth, TX (DFW)
Arrive: **9:00 AM** Shreveport, LA (SHV)
Total Travel Time: 55 mins

Non-Stop

Guaranteed Best Price

### $184.90
total per person

SELECT THIS DEPARTURE

See Flight Details

American Airlines
Flight 2592
Flight 2592 operated by EXPRESSJET AS AMERICAN EAGLE
Depart: **11:00 AM** Dallas/Ft Worth, TX (DFW)
Arrive: **11:55 AM** Shreveport, LA (SHV)
Total Travel Time: 55 mins

Non-Stop

Guaranteed Best Price

### $184.90
total per person

SELECT THIS DEPARTURE

See Flight Details



### Compare Travelo

From: [ DFW ]   To: [ SHV ]

Depart: [ 06/03/2013 ]

# of Travelers: [ 1 ]

**Compare With...**
- ☑ Orbitz
- ☐ American Airlines
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt



Your Search History

**American Airlines**

Flight 2574

Flight 2574 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **3:40 PM**   Dallas/Ft Worth, TX (DFW)

Arrive: **4:35 PM**   Shreveport, LA (SHV)

Total Travel Time: 55 mins

Non-Stop

**Guaranteed Best Price**

**$184.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flight 2932

Flight 2932 operated by AMERICAN EAGLE AIRLINES

Depart: **4:45 PM**   Dallas/Ft Worth, TX (DFW)

Arrive: **5:40 PM**   Shreveport, LA (SHV)

Total Travel Time: 55 mins

Non-Stop

**Guaranteed Best Price**

**$184.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flight 2522

Flight 2522 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:40 PM**   Dallas/Ft Worth, TX (DFW)

Arrive: **8:35 PM**   Shreveport, LA (SHV)

Total Travel Time: 55 mins

Non-Stop

**Guaranteed Best Price**

**$184.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flight 2768

Flight 2768 operated by AMERICAN EAGLE AIRLINES

Depart: **2:30 PM**   Dallas/Ft Worth, TX (DFW)

Arrive: **3:25 PM**   Shreveport, LA (SHV)

Total Travel Time: 55 mins

Non-Stop

**Guaranteed Best Price**

**$428.90** total per person

SELECT THIS DEPARTURE

See Flight Details

---

Ads by Google

**Shreveport Flight: 65%Off**
Low Fare Guaranteed On All Flights. Why Pay More? Book Cheap Flights!
www.cheapflightnow.co
/ShreveportFlight

**iShares SHV Product Info**
Get Fund Details & Holdings for SHV from iShares. Official Site.
www.ishares.com/

**Cheap (SHV) Flights**
Cheapest Flight Announced Today. Get The Cheapest Price Onl @ LCA!
www.lowcostairlines.co
Shreveport

**Flights From Only $49**
Compare Cheap Flights From Over 30 Airlines a Discount Travel Sites
www.bargaintravel4u.ne
CheapFlights

**Why Book a Flight with**
- Guaranteed best price
- Cancel in 24 Hours, Worry-Free
- Earn airline miles on each flight

read more

---

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**



**Compare Travelocity**

From: DFW
To: SHV
Depart: 06/03/2013

☑ Orbitz   ☐ American Airlines
☐ Priceline   ☐ Cheap Tickets
☐ CheapOair   ☐ Onetravel

# of Travelers: 1

Compare

More Options

---

Ads by Google related to: flights SHV

**SHV Airport RT From $341**
Cheap Fares Available on Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/SHV-Cheap-Flight
Flight Deals Under $199       $150 Round Trip Flights
Top 25 Air Travel Deals       $83 One Way Round Trip
One Way Flights Under $89

**SHV Cheap Flights @ $309**
Up to $15 OFF fees on All Flights. Low Fare Promise. Book Now & Save!
www.onetravel.com/SHV-Cheap-Flights

**Cheap SHV Flights Tickets**
Upto 70%* Off on Shreveport Ticket Compare Prices. Save $15 or More.
shreveport-flights.smartfares.com/

 travelocity

| Home | Vacation Packages | Flights | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Houston, TX to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

**Flights Starting at**

## $615.40

total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ AirTran Airways
- ○ United
- ○ US Airways
- ○ Frontier Airlines
- ○ Multiple Airlines
- ○ American Airlines
- ○ Delta Air Lines

### Reset Filters



### Change Your Search

From:
Houston - QHO

To:
San Francisco - SFO

Depart:
06/03/2013

**Airline and Non-Stop Options**
Airline:
Search All Airlines

☐ Show only non-stops

**Passenger Options**

Adults (18-64): 1 ⬍
Seniors (65+): 0 ⬍
Children (2-17): 0 ⬍

Search

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| AirTran Airways | --- | $271.30 | --- |
| United | $615.40 | $275.30 | --- |
| US Airways | $676.00 | $293.30 | --- |
| Frontier Airlines | --- | $365.30 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

**United**
Flight 1083                                    Non-Stop
Depart: **2:42 PM** Houston, TX (IAH)
Arrive: **4:56 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 14 mins

Guaranteed Best Price
**$615.40** total per person
SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 570                                     Non-Stop
Depart: **9:40 AM** Houston, TX (IAH)
Arrive: **11:56 AM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 16 mins

Guaranteed Best Price
**$615.40** total per person
SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 499                                     Non-Stop
Depart: **3:48 PM** Houston, TX (IAH)
Arrive: **6:04 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 16 mins

Guaranteed Best Price
**$615.40** total per person
SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6642                                    Non-Stop
Flight 6642 operated by United
Depart: **9:40 AM** Houston, TX (IAH)
Arrive: **11:56 AM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 16 mins

Guaranteed Best Price
**$676.00** total per person
SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6046                                    Non-Stop
Flight 6046 operated by United
Depart: **3:48 PM** Houston, TX (IAH)
Arrive: **6:04 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 16 mins

Guaranteed Best Price
**$676.00** total per person
SELECT THIS DEPARTURE

See Flight Details

### Compare Traveloc

| From: | To: |
|---|---|
| QHO | SFO |

Depart:
06/03/2013

# of Travelers: 1 ⬍

**Compare With...**
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt

Start new search on the
**Advanced Search Page**

**Your Search History**

MEM to SFO     from
Jun 3     **$262.80**

MEM to DFW     from
Jun 3     **$275.00**

AUS to SFO     from
Jun 3     **$211.20**

**United**
Flight 734

Depart: **6:59 PM** Houston, TX (IAH)
Arrive: **9:17 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 18 mins

Non-Stop

Guaranteed Best Price
**$615.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flight 6713
Flight 6713 operated by United

Depart: **6:59 PM** Houston, TX (IAH)
Arrive: **9:17 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 18 mins

Non-Stop

Guaranteed Best Price
**$676.00** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flight 321

Depart: **7:12 AM** Houston, TX (IAH)
Arrive: **9:35 AM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 23 mins

Non-Stop

Guaranteed Best Price
**$615.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flight 6431
Flight 6431 operated by United

Depart: **7:12 AM** Houston, TX (IAH)
Arrive: **9:35 AM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 23 mins

Non-Stop

1 Seat Left at this Price
**$676.00** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flight 224

Depart: **12:51 PM** Houston, TX (IAH)
Arrive: **3:15 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 24 mins

Non-Stop

Guaranteed Best Price
**$615.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flight 6009
Flight 6009 operated by United

Depart: **12:51 PM** Houston, TX (IAH)
Arrive: **3:15 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 24 mins

Non-Stop

Guaranteed Best Price
**$676.00** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flight 565

Depart: **11:25 AM** Houston, TX (IAH)
Arrive: **1:50 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 25 mins

Non-Stop

Guaranteed Best Price
**$615.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flight 6401
Flight 6401 operated by United

Depart: **11:25 AM** Houston, TX (IAH)
Arrive: **1:50 PM** San Francisco, CA (SFO)
Total Travel Time: 4 hrs 25 mins

Non-Stop

Guaranteed Best Price
**$676.00** total
per person

SELECT THIS DEPARTURE

See Flight Details

Ads by Google

**San Francisco Cheap
Flights**
Get Today's Deal & Enjoy
Your City At 50-90% Off
www.groupon.com/
903 people +1'd this

**Cosmopolitan™
Magazine**
Get $1 Off Cosmo's Latest
Issue Now Redeem at the
SFO Hudson News!
www.cosmopolitan.com/
FO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.co
m/

**Cheap San Francisco
Trips**
Get your results now!
Search Cheap San
Francisco Trips
www.aolsearch.com/Vac
ions

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight

read more

| United | | Non-Stop | **Guaranteed Best Price** |
|---|---|---|---|
| Flight 459 | | | **$615.40** total per person |
| Depart: **9:10 PM** Houston, TX (IAH) | | | SELECT THIS DEPARTURE |
| Arrive: **11:37 PM** San Francisco, CA (SFO) | | | |
| Total Travel Time: 4 hrs 27 mins | | | See Flight Details |

| US Airways | | Non-Stop | **Guaranteed Best Price** |
|---|---|---|---|
| Flight 6349 | | | **$676.00** total per person |
| Flight 6349 operated by United | | | SELECT THIS DEPARTURE |
| Depart: **9:10 PM** Houston, TX (IAH) | | | |
| Arrive: **11:37 PM** San Francisco, CA (SFO) | | | See Flight Details |
| Total Travel Time: 4 hrs 27 mins | | | |

| United | | Non-Stop | **Guaranteed Best Price** |
|---|---|---|---|
| Flight 1257 | | | **$615.40** total per person |
| Depart: **6:08 PM** Houston, TX (IAH) | | | SELECT THIS DEPARTURE |
| Arrive: **8:36 PM** San Francisco, CA (SFO) | | | |
| Total Travel Time: 4 hrs 28 mins | | | See Flight Details |

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

### Compare Travelocity

From: QHO
To: SFO

Depart: 06/03/2013

# of Travelers: 1

☑ Orbitz
☐ Cheap Tickets
☐ Onetravel
☐ Priceline
☐ CheapOair

*Compare*

**More Options**

Ads by Google related to: flights SFO

**Fly Virgin America**
The Lowest Fares Online Guaranteed. Daily Non-Stops. Book a **Flight** Now.
www.virginamerica.com/**Flights**
791 people +1'd this

Fares to Fly By          Earn Elevate Points for Flights
Route Map              Flight Status
Flight Alerts            Member Guide

**$155 SFO Round Trip Flight**
Low Fares Available on SFO **Flights**. Book Now & Save Big. Limited Seats!
www.cheapair.com/**SFO_Cheap_Flights**

Flight Deals Under $199      $150 Round Trip Flights
Top 25 Air Travel Deals      $83 One Way Round Trip
One Way Flights Under $89

**San Francisco Flights**
Upto 70% off **San Francisco Flight**. Book Now & Save Big. Limited Seats!
www.smartfares.com/

About Taxes + Airline & Agency Fees

**Travelocity Links:** Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

**International Sites:**
Argentina      Australia      Canada          Chile          Colombia      Costa Rica      Ecuador          France          Germany
Hong Kong    India          Ireland          Italy          Korea          Mexico          New Zealand      Paraguay        Peru
Singapore                    United Kingdom  Uruguay        Venezuela

**Partner Sites:** holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:** Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.
Feedback
Click here to
rate this page



# Your Flight From Houston, TX to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at
## $373.40
total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ American Airlines
- ○ Multiple Airlines
- ○ United
- ○ Delta Air Lines

### Reset Filters

### Change Your Search
From:
Houston - QHO
To:
Shreveport - SHV
Depart:
06/03/2013

Airline and
Non-Stop Options
Airline:
Search All Airlines
☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

## Lowest Fare Summary

○ By Departure Time  ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| American Airlines | --- | $263.30 | --- |
| Multiple Airlines | --- | $273.29 | --- |
| United | **$373.40** | --- | --- |
| Delta Air Lines | --- | $1070.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

**United** — Non-Stop
Flight 4640
Flight 4640 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **7:20 PM** Houston, TX (IAH)
Arrive: **8:21 PM** Shreveport, LA (SHV)
Total Travel Time: 1 hr 1 min

Guaranteed Best Price
**$373.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**United** — Non-Stop
Flight 3268
Flight 3268 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **9:10 AM** Houston, TX (IAH)
Arrive: **10:18 AM** Shreveport, LA (SHV)
Total Travel Time: 1 hr 8 mins

Guaranteed Best Price
**$373.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**United** — Non-Stop
Flight 5670
Flight 5670 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **2:36 PM** Houston, TX (IAH)
Arrive: **3:44 PM** Shreveport, LA (SHV)
Total Travel Time: 1 hr 8 mins

Guaranteed Best Price
**$373.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**United** — Non-Stop
Flight 3273
Flight 3273 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **3:40 PM** Houston, TX (IAH)
Arrive: **4:48 PM** Shreveport, LA (SHV)
Total Travel Time: 1 hr 8 mins

Guaranteed Best Price
**$373.40** total per person
SELECT THIS DEPARTURE
See Flight Details

Compare Travelo...

From: QHO  To: SHV
Depart: 06/03/2013
# of Travelers: 1

Compare With...
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt

AdChoice

## Your Search History

**PHL to DFW**
Jun 3 — from **$133.90**

**TTN to DFW**
Jun 3 — from **$290.79**

**AUS to SHV**
Jun 3 — from **$276.30**

**United**

Flight 3269

Flight 3269 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **5:35 PM**   Houston, TX (IAH)

Arrive: **6:43 PM**   Shreveport, LA (SHV)

Total Travel Time: 1 hr 8 mins

Non-Stop

**Guaranteed Best Price**

**$373.40** total per person

SELECT THIS DEPARTURE

See Flight Details

**Additional fees** apply for paper tickets or bookings by phone

Flight statistics powered by FlightStats

Ads by Google

**Flights From Only $49**
Compare Cheap Flights
From Over 30 Airlines a
Discount Travel Sites
www.bargaintravel4u.ne
CheapFlights

**Cheap Flights to (SH**
New **SHV** Flights
Released Today. For the
Cheapest Price Only at
LCA!
shreveport.lowcostairlin
s.com/

**Cheap Flights from $49***
Super cheap flights to
**SHV** Airport! Book Onlin
at CheapFlightNow®.co
www.cheapflightnow.co
/SHV

**Cheap SHV Flights**
Looking for Best **SHV**
Rates? Compare **SHV**
Flight Deals
www.tripbase.com/SHV
Deals
567 people +1'd this pag

Super Cheap Flights
Shreveport Hotels

## Compare Travelocity

From: `QHO`   To: `SHV`

Depart: `06/03/2013`

# of Travelers: `1`

☑ Orbitz   ☐ Priceline
☐ Cheap Tickets   ☐ CheapOair
☐ Onetravel

**Compare**

**More Options**

Ads by Google related to: **flights SHV**

**SHV** Airport RT From $308
Cheap Fares Available on Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/**SHV**-Cheap-**Flight**

Flight Deals Under $199     $150 Round Trip Flights
Top 25 Air Travel Deals     $83 One Way Round Trip
One Way Flights Under $89

**SHV** Cheap Flights @ $308
Searching Cheap Flights to **SHV**? Book Now & Save up to $15 OFF fees!
www.onetravel.com/**SHV**-Cheap-Flights

iShares **SHV** Product Info
Get Fund Details & Holdings for **SHV** from iShares. Official Site.
www.ishares.com/

**Why Book a Flight with**
· Guaranteed best price
· Cancel within 24 Hours,
  Worry-Free
· Earn airline miles
  on each flight

read more

About Taxes + Airline & Agency Fees

**Travelocity Links:**   Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

**International Sites:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Argentina | Australia | Canada | Chile | Colombia | Costa Rica | Ecuador | France | Germany |
| Hong Kong | India | Ireland | Italy | Korea | Mexico | New Zealand | Paraguay | Peru |
| Singapore | Spain | United Kingdom | Uruguay | Venezuela | | | |

**Partner Sites:**   holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:**   Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, And The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.

Feedback

Click here to
rate this page



Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities

## New York, NY to Dallas/Ft Worth, TX

Mon, Jun 3, 2013 | 1 Adult

Change Your Search

**Find Cheap Flights!** continue

About Taxes + Airline & Agency Fees   Additional baggage fees may apply.

### Lowest Fare Summary

|  | Delta Air Lines | Spirit Airlines | US Airways | Frontier Airlines | American Airlines | United |
|---|---|---|---|---|---|---|
| **All 23 Nonstops** displayed below | **$90.90** 7 nonstops | **$233.90** 1 nonstop | ---- 0 nonstops | ---- 0 nonstops | **$546.90** 15 nonstops | ---- 0 nonstops |
| **All Flights** 79 flights | **$90.90** 39 flights | **$233.90** 1 flight | **$236.30** 12 flights | **$236.80** 1 flight | **$267.70** 19 flights | **$381.80** 7 flights |

### Select Flight for Mon, Jun 3

Search more airlines  Show All Airlines ▾  Search

Sort By: Price  Duration  Departure Time  Arrival Time  Airline

23 flight options: 1

| Airline | Departure Time | Arrival Time | Total Travel Time | One Way Price includes taxes and fees |
|---|---|---|---|---|
| **Delta Air Lines** Flight 5812 operated by COMPASS DBA DELTA CONNECTION Flight Details | 3:20pm New York, NY (LGA) | 6:31pm Dallas/Ft Worth, TX (DFW) | 4hrs 11min - Nonstop | **$90.90** total price per person 2 seats left at this price Select |
| **Delta Air Lines** Flight 5851 operated by COMPASS DBA DELTA CONNECTION Flight Details | 5:30pm New York, NY (LGA) | 8:35pm Dallas/Ft Worth, TX (DFW) | 4hrs 5min - Nonstop | **$90.90** total price per person 2 seats left at this price Select |
| **Delta Air Lines** Flight 6017 operated by SHUTTLE AMERICA - TA CONNECTION Flight Details | 7:30pm New York, NY (LGA) | 10:36pm Dallas/Ft Worth, TX (DFW) | 4hrs 6min - Nonstop | **$90.90** total price per person Select |
| **Spirit Airlines** Flight 917 Flight Details | 12:59pm New York, NY (LGA) | 3:44pm Dallas/Ft Worth, TX (DFW) | 3hrs 45min - Nonstop | **$233.90** total price per person Select |
| **American Airlines** Flight 707 Flight Details | 6:00am New York, NY (LGA) | 8:50am Dallas/Ft Worth, TX (DFW) | 3hrs 50min - Nonstop | **$546.90** total price per person Select |
| **American Airlines** Flight 711 Flight Details | 6:50am New York, NY (LGA) | 9:45am Dallas/Ft Worth, TX (DFW) | 3hrs 55min - Nonstop | **$546.90** total price per person Select |
| **American Airlines** Flight 715 Flight Details | 7:40am New York, NY (LGA) | 10:40am Dallas/Ft Worth, TX (DFW) | 4hrs - Nonstop | **$546.90** total price per person Select |
| **Delta Air Lines** Flight 5808 operated by COMPASS DBA DELTA CONNECTION Flight Details | 8:10am New York, NY (LGA) | 11:15am Dallas/Ft Worth, TX (DFW) | 4hrs 5min - Nonstop | **$546.90** total price per person 2 seats left at this price Select |
| **American Airlines** Flight 717 Flight Details | 8:35am New York, NY (LGA) | 11:35am Dallas/Ft Worth, TX (DFW) | 4hrs - Nonstop | **$546.90** total price per person Select |

| | | | | |
|---|---|---|---|---|
| **American Airlines** Flight 1097 | 9:25am New York, NY (LGA) | 12:35pm Dallas/Ft Worth, TX (DFW) | 4hrs 10min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **Delta Air Lines** Flight 5789 operated by COMPASS DBA DELTA jNECTION | 10:00am New York, NY (LGA) | 1:08pm Dallas/Ft Worth, TX (DFW) | 4hrs 8min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 731 | 10:15am New York, NY (LGA) | 1:10pm Dallas/Ft Worth, TX (DFW) | 3hrs 55min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 739 | 11:15am New York, NY (LGA) | 2:10pm Dallas/Ft Worth, TX (DFW) | 3hrs 55min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 743 | 12:10pm New York, NY (LGA) | 3:10pm Dallas/Ft Worth, TX (DFW) | 4hrs - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **Delta Air Lines** Flight 5852 operated by COMPASS DBA DELTA jNECTION | 12:25pm New York, NY (LGA) | 3:28pm Dallas/Ft Worth, TX (DFW) | 4hrs 3min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 745 | 12:50pm New York, NY (LGA) | 3:40pm Dallas/Ft Worth, TX (DFW) | 3hrs 50min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 753 | 1:40pm New York, NY (LGA) | 4:40pm Dallas/Ft Worth, TX (DFW) | 4hrs - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 759 | 2:55pm New York, NY (LGA) | 6:05pm Dallas/Ft Worth, TX (DFW) | 4hrs 10min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 763 | 3:50pm New York, NY (LGA) | 7:00pm Dallas/Ft Worth, TX (DFW) | 4hrs 10min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 773 | 4:55pm New York, NY (LGA) | 8:10pm Dallas/Ft Worth, TX (DFW) | 4hrs 15min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 785 | 5:45pm New York, NY (LGA) | 8:50pm Dallas/Ft Worth, TX (DFW) | 4hrs 5min - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **American Airlines** Flight 791 | 7:30pm New York, NY (LGA) | 10:30pm Dallas/Ft Worth, TX (DFW) | 4hrs - Nonstop | **$546.90** total price per person |
| Flight Details | | | | Select |
| **Delta Air Lines** Flight 5806 operated by COMPASS DBA DELTA jNECTION | 6:30am New York, NY (LGA) | 9:23am Dallas/Ft Worth, TX (DFW) | 3hrs 53min - Nonstop | **$596.90** total price per person |
| Flight Details | | | | Select |

**Change Your Search**                    23 flight options:  1



# Find Cheap Flights!

**1. Enter Travel Information**

From: _____    To: _____    Adults: 1 ▼

Depart: _____    Return: _____

**2. Select websites to compare rates**

☐ priceline    ☐ travelocity

☐ Expedia    ☐ ORBITZ

**continue**

About Taxes + Airline & Agency Fees

**Travelocity Links:**    Vacation Packages  |  Flights  |  Hotels  |  Cars  |  Cruises  |  Activities  |  Travelocity Merchandise  |  Travelocity Guarantee  |  Subscribe

International Sites:

Argentina        Australia        Canada        Chile        Colombia        Costa Rica        Ecuador

travelocity

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From New York, NY to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $233.80

total per person

| Alternate Airport from: | $228.70 |
|---|---|
| | total per person |

Reset Filters

### Filter Your Results

**By Number of Stops**
- ● All Flights
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ Delta Air Lines
- ○ US Airways
- ○ United
- ○ American Airlines

Reset Filters

### Change Your Search

From:
New York - LGA

To:
San Francisco - SFO

Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

## Lowest Fare Summary

○ By Departure Time  ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Delta Air Lines | --- | $233.80 | --- |
| US Airways | --- | $233.80 | $603.70 |
| United | --- | $300.30 | --- |
| American Airlines | --- | $301.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

---

**Delta Air Lines**
Flights 1819 / 1505

Depart: **2:40 PM** New York, NY (LGA)
Arrive: **7:35 PM** San Francisco, CA (SFO)
Connect in: Minneapolis/St Paul
Total Travel Time: 7 hrs 55 mins

1 Stop

**1 Seat Left at this Price**
## $233.80
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flights 1607 / 1489

Depart: **3:40 PM** New York, NY (LGA)
Arrive: **8:46 PM** San Francisco, CA (SFO)
Connect in: Philadelphia
Total Travel Time: 8 hrs 6 mins

1 Stop

**Guaranteed Best Price**
## $260.80
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**
Flights 4025 / 667
Flight 4025 operated by US AIRWAYS EXPRESS-AIR WISCONSIN

Depart: **6:25 PM** New York, NY (LGA)
Arrive: **11:31 PM** San Francisco, CA (SFO)
Connect in: Philadelphia
Total Travel Time: 8 hrs 6 mins

1 Stop

**Guaranteed Best Price**
## $301.80
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flights 5699 / 644
Flight 5699 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **2:30 PM** New York, NY (LGA)
Arrive: **7:42 PM** San Francisco, CA (SFO)
Connect in: Washington
Total Travel Time: 8 hrs 12 mins

1 Stop

**Guaranteed Best Price**
## $301.80
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**
Flights 1131 / 1145

1 Stop

**Guaranteed Best Price**
## $301.80
total per person

---

### Compare Travelo

| From: | To: |
|---|---|
| LGA | SFO |

Depart:
06/03/2013

# of Travelers: 1

**Compare With...**
- ☑ Orbitz
- ☑ United
- ☐ Cheap Tickets
- ☐ Priceline
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt



Start new search on the
**Advanced Search Page**

**Your Search History**

AUS to SHV        from
Jun 3            **$276.30**

QHO to SHV        from
Jun 3            **$263.30**

PWM to SFO        from
Jun 3            **$219.60**

Depart: **12:50 PM**  New York, NY (LGA)
Arrive: **6:04 PM**  San Francisco, CA (SFO)
Connect in: Detroit
Total Travel Time: 8 hrs 14 mins

SELECT THIS DEPARTURE

See Flight Details

**United**                                        1 Stop
Flights 741 / 330

Depart: **3:00 PM**  New York, NY (LGA)
Arrive: **8:16 PM**  San Francisco, CA (SFO)
Connect in: Chicago
Total Travel Time: 8 hrs 16 mins

2 Seats Left at this Price
**$351.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                               1 Stop
Flights 1919 / 2305

Depart: **6:10 AM**  New York, NY (LGA)
Arrive: **11:29 AM**  San Francisco, CA (SFO)
Connect in: Minneapolis/St Paul
Total Travel Time: 8 hrs 19 mins

1 Seat Left at this Price
**$301.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                               1 Stop
Flights 6251 / 1679
Flight 6251 operated by GOJET AIRLINES DBA DELTA CONNECTION

Depart: **6:05 AM**  New York, NY (LGA)
Arrive: **11:26 AM**  San Francisco, CA (SFO)
Connect in: Cincinnati
Total Travel Time: 8 hrs 21 mins

Guaranteed Best Price
**$301.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**United**                                        1 Stop
Flights 4741 / 558
Flight 4741 operated by CHAUTAUQUA AIRLINES DBA UNITED EXPRESS

Depart: **1:56 PM**  New York, NY (LGA)
Arrive: **7:19 PM**  San Francisco, CA (SFO)
Connect in: Cleveland
Total Travel Time: 8 hrs 23 mins

1 Seat Left at this Price
**$301.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**                                    1 Stop
Flights 894 / 463

Depart: **5:05 PM**  New York, NY (LGA)
Arrive: **10:30 PM**  San Francisco, CA (SFO)
Connect in: Charlotte
Total Travel Time: 8 hrs 25 mins

Guaranteed Best Price
**$300.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                               1 Stop
Flights 2231 / 1988

Depart: **4:30 PM**  New York, NY (LGA)
Arrive: **9:59 PM**  San Francisco, CA (SFO)
Connect in: Detroit
Total Travel Time: 8 hrs 29 mins

Guaranteed Best Price
**$233.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**                                    1 Stop
Flights 3339 / 667
Flight 3339 operated by US AIRWAYS EXPRESS-REPUBLIC AIRLINES

Depart: **5:59 PM**  New York, NY (LGA)
Arrive: **11:31 PM**  San Francisco, CA (SFO)
Connect in: Philadelphia
Total Travel Time: 8 hrs 32 mins

Guaranteed Best Price
**$233.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

Ads by Google

**Fairmont San Francisco**
Official site of Fairmont
Hotels. Exclusive Online
Packages & Rates.
www.fairmont.com/SanFrancisco

**San Francisco Flight**
Upto 70% off San
Francisco Flight. Book
Now & Save Big. Limited
Seats!
www.smartfares.com/

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest
Issue Now Redeem at the
SFO Hudson News!
www.cosmopolitan.com/SFO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.com/

Why Book a Flight with
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight
read more

**Delta Air Lines**

Flights 181 / 705

Depart: **9:00 AM**  New York, NY (LGA)
Arrive: **2:32 PM**  San Francisco, CA (SFO)
Connect in: Detroit
Total Travel Time: 8 hrs 32 mins

1 Stop

Guaranteed Best Price
**$351.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 2119 / 2105

Depart: **8:15 AM**  New York, NY (LGA)
Arrive: **1:48 PM**  San Francisco, CA (SFO)
Connect in: Minneapolis/St Paul
Total Travel Time: 8 hrs 33 mins

1 Stop

Guaranteed Best Price
**$301.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**

Flights 5699 / 1677

Flight 5699 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **2:30 PM**  New York, NY (LGA)
Arrive: **8:15 PM**  San Francisco, CA (SFO)
Connect in: Washington
Total Travel Time: 8 hrs 45 mins

1 Stop

2 Seats Left at this Price
**$301.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**

Flights 3495 / 1612

Flight 3495 operated by SHUTTLE AMERICA DBA UNITED EXPRESS

Depart: **2:00 PM**  New York, NY (LGA)
Arrive: **7:45 PM**  San Francisco, CA (SFO)
Connect in: Chicago
Total Travel Time: 8 hrs 45 mins

1 Stop

1 Seat Left at this Price
**$351.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**US Airways**

Flights 3967 / 1489

Flight 3967 operated by US AIRWAYS EXPRESS-AIR WISCONSIN

Depart: **2:59 PM**  New York, NY (LGA)
Arrive: **8:46 PM**  San Francisco, CA (SFO)
Connect in: Philadelphia
Total Travel Time: 8 hrs 47 mins

1 Stop

Guaranteed Best Price
**$260.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 781 / 241

Depart: **12:59 PM**  New York, NY (LGA)
Arrive: **6:49 PM**  San Francisco, CA (SFO)
Connect in: Atlanta
Total Travel Time: 8 hrs 50 mins

1 Stop

1 Seat Left at this Price
**$301.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flights 715 / 1045

Depart: **7:40 AM**  New York, NY (LGA)
Arrive: **1:35 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth
Total Travel Time: 8 hrs 55 mins

1 Stop

Guaranteed Best Price
**$301.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flights 759 / 1355

Depart: **2:55 PM**  New York, NY (LGA)
Arrive: **8:50 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth

1 Stop

Guaranteed Best Price
**$301.80** total
per person

SELECT THIS DEPARTURE

**Additional fees** apply for paper tickets or bookings by phone

**See More Flights**

Flight statistics powered by FlightStats

## Compare Travelocity

| From: | To: |
|---|---|
| LGA | SFO |

Depart:
06/03/2013

# of Travelers:   1

- ☑ Orbitz
- ☐ Priceline
- ☐ CheapOair
- ☑ United
- ☐ Cheap Tickets
- ☐ Onetravel

Compare

**More Options**

Ads by Google related to: **flights SFO**

**Fly** Virgin America
The Lowest Fares Online Guaranteed. Daily Non-Stops. Book a **Flight** Now.
www.virginamerica.com/**Flights**
791 people +1'd this

Fares to Fly By          Earn Elevate Points for Flights
Route Map                Flight Status
Flight Alerts            Member Guide

$155 **SFO** Round Trip **Flight**
Low Fares Available on **SFO** Flights. Book Now & Save Big. Limited Seats!
www.cheapoair.com/**SFO**_Cheap_**Flights**

Flight Deals Under $199          $150 Round Trip Flights
Top 25 Air Travel Deals          $83 One Way Round Trip
One Way Flights Under $89

Cheap **San Francisco** Fares
**Fly** American **Airlines** Nonstop to **San Francisco**. Book Now & Save!
www.aa.com/

About Taxes + Airline & Agency Fees

Travelocity Links:  Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

International Sites:

| Argentina | Australia | Canada | Chile | Colombia | Costa Rica | Ecuador | France | Germany |
|---|---|---|---|---|---|---|---|---|
| Hong Kong | India | Ireland | Italy | Korea | Mexico | New Zealand | Paraguay | Peru |
| Singapore | Spain | United Kingdom | Uruguay | Venezuela | | | | |

Partner Sites:   holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

Travelocity Information:   Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.
Feedback
Click here to
rate this page

Hello! | Sign Up | My Account | Feedback | Customer Support 1.888.872.8356



**Limited time only!** Get a Job Posting with Bolding for only $309! **Get Started** monster.com

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Los Angeles, CA to Dallas/Ft Worth, TX

Mon Jun 3, 2013 | 1 Adult

Flights Starting at
## $148.90
total per person

| Alternate Airport from: | $191.80 |
|---|---|
| | total per person |

**Reset Filters**

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ Spirit Airlines
- ○ American Airlines
- ○ Frontier Airlines
- ○ United
- ○ US Airways
- ○ Virgin America
- ○ Multiple Airlines
- ○ Delta Air Lines
- ○ Alaska Airlines

**Reset Filters**

### Change Your Search
From:
Los Angeles - LAX
To:
Dallas/Ft Worth - DFW
Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines
☐ Show only non-stops

Passenger Options

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Spirit Airlines | $148.90 | $159.80 | $176.70 |
| American Airlines | $511.90 | $185.80 | --- |
| Frontier Airlines | --- | $213.80 | --- |
| United | $281.90 | $285.80 | $429.70 |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

---

**Spirit Airlines**
Flight 868
Depart: **7:40 PM** Los Angeles, CA (LAX)
Arrive: **12:30 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
## $148.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**
Flight 2468
Depart: **7:15 PM** Los Angeles, CA (LAX)
Arrive: **12:05 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
## $511.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**Alaska Airlines**
Flight 1245
Flight 1245 operated by AMERICAN AIRLINES
Depart: **7:15 PM** Los Angeles, CA (LAX)
Arrive: **12:05 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 50 mins

Non-Stop

**Guaranteed Best Price**
## $1031.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**
Flight 1776
Depart: **12:05 AM** Los Angeles, CA (LAX)
Arrive: **5:00 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

**Guaranteed Best Price**
## $511.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**
Flight 1963
Depart: **1:20 AM** Los Angeles, CA (LAX)
Arrive: **6:15 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

**Guaranteed Best Price**
## $511.90
total per person

SELECT THIS DEPARTURE

See Flight Details

---

Compare Travelo...

From: LAX   To: DFW
Depart: 06/03/2013
# of Travelers: 1

Compare With...
- ☑ Orbitz
- ☐ American Airlines
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt

Adults (18-64): 1

Seniors (65+): 0

Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

AUS to SFO            from
Jun 3              **$211.20**

QHO to SFO           from
Jun 3              **$271.30**

LAX to SFO           from
Jun 3               **$68.90**

**American Airlines**
Flight 2410

Depart: **6:00 AM** Los Angeles, CA (LAX)
Arrive: **10:55 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$511.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**
Flight 2412

Depart: **6:30 AM** Los Angeles, CA (LAX)
Arrive: **11:25 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$511.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1530
Flight 1530 operated by AMERICAN AIRLINES

Depart: **6:00 AM** Los Angeles, CA (LAX)
Arrive: **10:55 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$1031.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**
Flight 1796
Flight 1796 operated by AMERICAN AIRLINES

Depart: **6:30 AM** Los Angeles, CA (LAX)
Arrive: **11:25 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 2 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$1031.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Virgin America**
Flight 874

Depart: **9:00 AM** Los Angeles, CA (LAX)
Arrive: **2:00 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

Non-Stop

Guaranteed Best Price
**$281.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Virgin America**
Flight 878

Depart: **11:45 AM** Los Angeles, CA (LAX)
Arrive: **4:45 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

Non-Stop

Guaranteed Best Price
**$281.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 5549
Flight 5549 operated by SKYWEST DBA UNITED EXPRESS

Depart: **12:49 PM** Los Angeles, CA (LAX)
Arrive: **5:49 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

Non-Stop

Guaranteed Best Price
**$281.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6942
Flight 6942 operated by SKYWEST DBA UNITED EXPRESS

Depart: **12:49 PM** Los Angeles, CA (LAX)
Arrive: **5:49 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

Non-Stop

Guaranteed Best Price
**$281.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Virgin America**
Flight 882

Depart: **5:15 PM** Los Angeles, CA (LAX)
Arrive: **10:15 PM** Dallas/Ft Worth, TX (DFW)

Non-Stop

Guaranteed Best Price
**$281.90** total
per person

SELECT THIS DEPARTURE

Ads by Google

**$235+ DFW Cheap Flights**
Up to $15 OFF fees on DFW Flights. Low Fare Promise. Book Now & Save!
www.onetravel.com/DFW/Cheap-Flights

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue Now Redeem at the DFW Hudson News!
www.cosmopolitan.com/FW-Offer

**Flights DFW**
Don't Miss Online Clearance! Get Flights DFW Cheaper
cheap-flight.dealhunter

**Flights DFW 65% Off**
Book Today And Fly To DFW For Up To 65% Off
www.insanelycheapflights.com/DFW
583 people +1'd this

**Why Book a Flight with**
• Guaranteed best price
• Cancel in 24 Hours, Worry-Free
• Earn airline miles on each flight
read more

Total Travel Time: 3 hrs

| | | |
|---|---|---|
| **United** | Non-Stop | **Guaranteed Best Price** |
| Flight 6296 | | **$281.90** total |
| Flight 6296 operated by SKYWEST DBA UNITED EXPRESS | | per person |
| Depart: **6:55 PM** Los Angeles, CA (LAX) | | SELECT THIS DEPARTURE |
| Arrive: **11:55 PM** Dallas/Ft Worth, TX (DFW) | | |
| Total Travel Time: 3 hrs | | |

See Flight Details

**US Airways**   Non-Stop   **Guaranteed Best Price**
Flight 7398
Flight 7398 operated by SKYWEST DBA UNITED EXPRESS
Depart: **6:55 PM** Los Angeles, CA (LAX)
Arrive: **11:55 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

**$281.90** total
per person
SELECT THIS DEPARTURE

See Flight Details

**American Airlines**   Non-Stop   **Guaranteed Best Price**
Flight 2444
Depart: **11:40 AM** Los Angeles, CA (LAX)
Arrive: **4:40 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

**$511.90** total
per person
SELECT THIS DEPARTURE

See Flight Details

**American Airlines**   Non-Stop   **Guaranteed Best Price**
Flight 2462
Depart: **5:45 PM** Los Angeles, CA (LAX)
Arrive: **10:45 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

**$511.90** total
per person
SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**   Non-Stop   **Guaranteed Best Price**
Flight 1071
Flight 1071 operated by AMERICAN AIRLINES
Depart: **11:40 AM** Los Angeles, CA (LAX)
Arrive: **4:40 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

**$1031.90** total
per person
SELECT THIS DEPARTURE

See Flight Details

**Alaska Airlines**   Non-Stop   **Guaranteed Best Price**
Flight 1273
Flight 1273 operated by AMERICAN AIRLINES
Depart: **5:45 PM** Los Angeles, CA (LAX)
Arrive: **10:45 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 3 hrs

**$1031.90** total
per person
SELECT THIS DEPARTURE

See Flight Details

**Additional fees** apply for paper tickets or bookings by phone      **See More Flights**
**Flight statistics powered by FlightStats**

### Compare Travelocity

From: **LAX**   To: **DFW**
Depart: **06/03/2013**

☑ Orbitz          ☐ American Airlines
☐ Priceline       ☐ Cheap Tickets
☐ CheapOair       ☐ Onetravel

# of Travelers:   [ 1 ▲▼ ]

Compare

**More Options**




Missed appointments. Lost work orders. Wrong parts. Cranky customers!
or manage field service with ServiceMax    FREE DEMO
appexchange
serviceMAX
RETHINK FIELD SERVICE

| Home | Vacation Packages | Flights | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |
|------|------|------|------|------|------|------|------|

# Your Flight From Los Angeles, CA to San Francisco, CA

Mon Jun 3, 2013  |  1 Adult

Flights Starting at

## $68.90

total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops

**By Time**
- ○ All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ○ All Airlines
- ○ Virgin America
- ○ Delta Air Lines
- ○ United
- ○ American Airlines
- ○ Alaska Airlines
- ○ US Airways

### Reset Filters

### Change Your Search
From:
Los Angeles - LAX
To:
San Francisco - SFO
Depart:
06/03/2013

**Airline and Non-Stop Options**
Airline:
Search All Airlines

**Passenger Options**
☐ Show only non-stops
Adults (18-64):  1
Seniors (65+):  0
Children (2-17):  0

Search

## Lowest Fare Summary

○ By Departure Time    ● By Airline

|  | Non-Stops | 1 Stops | 2+ Stops |
|------|------|------|------|
| ✈ Virgin America | $68.90 | --- | --- |
| ▲ Delta Air Lines | $86.90 | $619.80 | --- |
| ■ United | $86.90 | $309.80 | --- |
| ✈ American Airlines | $86.90 | --- | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

---

✈ **Virgin America**
Flight 929
Depart: **1:10 PM**  Los Angeles, CA (LAX)
Arrive: **2:25 PM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins

Non-Stop

Guaranteed Best Price
**$68.90** total per person
SELECT THIS DEPARTURE

See Flight Details

---

✈ **Virgin America**
Flight 933
Depart: **3:40 PM**  Los Angeles, CA (LAX)
Arrive: **4:55 PM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins

Non-Stop

Guaranteed Best Price
**$68.90** total per person
SELECT THIS DEPARTURE

See Flight Details

---

✈ **Virgin America**
Flight 941
Depart: **6:10 PM**  Los Angeles, CA (LAX)
Arrive: **7:25 PM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins

Non-Stop

Guaranteed Best Price
**$68.90** total per person
SELECT THIS DEPARTURE

See Flight Details

---

✈ **Virgin America**
Flight 945
Depart: **7:50 PM**  Los Angeles, CA (LAX)
Arrive: **9:05 PM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins

Non-Stop

Guaranteed Best Price
**$68.90** total per person
SELECT THIS DEPARTURE

See Flight Details

---

✈ **Virgin America**
Flight 947
Depart: **8:55 PM**  Los Angeles, CA (LAX)
Arrive: **10:10 PM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins

Non-Stop

Guaranteed Best Price
**$86.90** total per person
SELECT THIS DEPARTURE

See Flight Details

---

✈ **Virgin America**

Non-Stop

Guaranteed Best Price

## Compare Travelo

From:  LAX    To:  SFO
Depart:  06/03/2013
# of Travelers:  1

**Compare With...**
☑ Orbitz
☑ United
☐ Priceline
☐ American Airlines
☐ Cheap Tickets
☐ CheapOair

Compare

More Opt

AdChoice

Start new search on the
**Advanced Search Page**

**Your Search History**

**MEM to DFW**                    from
Jun 3                    **$275.00**

**AUS to SFO**                    from
Jun 3                    **$211.20**

**QHO to SFO**                    from
Jun 3                    **$271.30**

Flight 925                                                          Stop                    **$137.90**  total
per person

Depart: **7:00 AM**  Los Angeles, CA (LAX)
Arrive: **8:15 AM**  San Francisco, CA (SFO)
Total Travel Time: 1 hr 15 mins                                                          SELECT THIS DEPARTURE

See Flight Details

↗ Virgin America                              Non-                    **Guaranteed Best Price**
Stop                    **$137.90**  total
Flight 935                                                                                per person

Depart: **9:00 AM**  Los Angeles, CA (LAX)
Arrive: **10:15 AM**  San Francisco, CA (SFO)                                             SELECT THIS DEPARTURE
Total Travel Time: 1 hr 15 mins

See Flight Details

↗ Virgin America                              Non-                    **Guaranteed Best Price**
Stop                    **$137.90**  total
Flight 927                                                                                per person

Depart: **11:05 AM**  Los Angeles, CA (LAX)
Arrive: **12:20 PM**  San Francisco, CA (SFO)                                             SELECT THIS DEPARTURE
Total Travel Time: 1 hr 15 mins

See Flight Details

A'A American Airlines                          Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 2005                                                                               per person

Depart: **12:20 PM**  Los Angeles, CA (LAX)
Arrive: **1:40 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

A'A American Airlines                          Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 1967                                                                               per person

Depart: **3:20 PM**  Los Angeles, CA (LAX)
Arrive: **4:40 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

■ United                                      Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 1443                                                                               per person

Depart: **4:50 PM**  Los Angeles, CA (LAX)
Arrive: **6:10 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

A'A American Airlines                          Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 1559                                                                               per person

Depart: **5:40 PM**  Los Angeles, CA (LAX)
Arrive: **7:00 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

■ United                                      Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 1267                                                                               per person

Depart: **5:56 PM**  Los Angeles, CA (LAX)
Arrive: **7:16 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

A'A American Airlines                          Non-                    **Guaranteed Best Price**
Stop                    **$86.90**  total
Flight 1283                                                                               per person

Depart: **8:20 PM**  Los Angeles, CA (LAX)
Arrive: **9:40 PM**  San Francisco, CA (SFO)                                              SELECT THIS DEPARTURE
Total Travel Time: 1 hr 20 mins

See Flight Details

A'A American Airlines                          Non-                    **1 Seat Left at this Price**

Ads by Google

**PaloAlto Shuttle SFO**
**SJC**
Private Ride non Stop
Like Limo **SFO** $49From
PaloAlto $38sjc650-776
2636
www.paloaltoairporter.co
m/

**Cosmopolitan™**
**Magazine**
Get $1 Off Cosmo's Late
Issue Now Redeem at the
**SFO** Hudson News!
www.cosmopolitan.com
FO-Offer

**To & From SFO** Airpo
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.co
m/

**San Francisco** Tours
Planning a Trip to **San**
**Francisco**? Let Us Crea
A Custom Tour For You
www.worldviewtravel.co

**Why Book a Flight with**
• Guaranteed best price
• Cancel within 24 Hours,
  Worry-Free
• Earn airline miles
  on each flight

read more



Flight 1921

Depart: **7:00 AM**   Los Angeles, CA (LAX)
Arrive: **8:20 AM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Stop

**$88.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

Alaska Airlines

Flight 1852

Flight 1852 operated by AMERICAN AIRLINES

Depart: **7:00 AM**   Los Angeles, CA (LAX)
Arrive: **8:20 AM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Non-Stop

Guaranteed Best Price

**$137.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

Alaska Airlines

Flight 1861

Flight 1861 operated by AMERICAN AIRLINES

Depart: **12:20 PM**   Los Angeles, CA (LAX)
Arrive: **1:40 PM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Non-Stop

Guaranteed Best Price

**$137.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

Alaska Airlines

Flight 1856

Flight 1856 operated by AMERICAN AIRLINES

Depart: **3:20 PM**   Los Angeles, CA (LAX)
Arrive: **4:40 PM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Non-Stop

Guaranteed Best Price

**$137.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

Alaska Airlines

Flight 1873

Flight 1873 operated by AMERICAN AIRLINES

Depart: **5:40 PM**   Los Angeles, CA (LAX)
Arrive: **7:00 PM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Non-Stop

Guaranteed Best Price

**$137.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

Alaska Airlines

Flight 1187

Flight 1187 operated by AMERICAN AIRLINES

Depart: **8:20 PM**   Los Angeles, CA (LAX)
Arrive: **9:40 PM**   San Francisco, CA (SFO)
Total Travel Time: 1 hr 20 mins

Non-Stop

Guaranteed Best Price

**$137.90** total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

**See More Flights**

### Compare Travelocity

From:                To:
LAX                  SFO

Depart:
06/03/2013

# of Travelers:      1

☑ Orbitz            ☑ United
☐ American Airlines  ☐ Priceline
☐ Cheap Tickets     ☐ CheapOair
☐ Onetravel

Compare

More Options

 travelocity

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From London, Great Britain to Dallas/Ft Worth, TX

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $1403.79
total per person

Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ American Airlines
- ○ Delta Air Lines
- ○ Multiple Airlines
- ○ KLM Royal Dutch Airlines
- ○ Air France
- ○ US Airways
- ○ Air Canada
- ○ United
- ○ Lufthansa
- ○ British Airways
- ○ Iberia

Reset Filters

### Change Your Search

From:
London - LON

To:
Dallas/Ft Worth - DFW

Depart:
06/03/2013

**Airline and Non-Stop Options**

Airline:
Search All Airlines

☐ Show only non-stops

**Passenger Options**

Adults (18-64): 1

### Lowest Fare Summary

○ By Departure Time  ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| American Airlines | $1403.79 | $1410.79 | --- |
| Delta Air Lines | --- | $1650.89 | --- |
| Multiple Airlines | --- | $1655.09 | --- |
| KLM Royal Dutch Airlines | --- | $1678.49 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

**American Airlines**
Flight 6154
Flight 6154 operated by British Airways
Depart: **11:55 AM** London, Great Britain (LHR)
Arrive: **3:50 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 9 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**British Airways**
Flight 193
Depart: **11:55 AM** London, Great Britain (LHR)
Arrive: **3:50 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 9 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**Iberia**
Flight 4629
Flight 4629 operated by British Airways
Depart: **11:55 AM** London, Great Britain (LHR)
Arrive: **3:50 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 9 hrs 55 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**American Airlines**
Flight 51
Depart: **9:30 AM** London, Great Britain (LHR)
Arrive: **1:35 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 5 mins

Non-Stop

Guaranteed Best Price
**$1403.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**British Airways**
Flight 1504
Flight 1504 operated by American Airlines
Depart: **9:30 AM** London, Great Britain (LHR)
Arrive: **1:35 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 5 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

Compare Travelo

From: LON  To: DFW
Depart: 06/03/2013
# of Travelers: 1

Compare With...
☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare
More Opt







PUERTO RICO DOES IT BETTER

More Fun with Puerto Rico

Save up to 45% and More!

Book Now

Ads by Google

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue From the DFW Hudson News Now!
www.cosmopolitan.com/FW-Offer

**DFW Flights @ $275 RT**
Up to $15 OFF fees on DFW Flights. Low Fare Promise. Book Now & Save!
www.onetravel.com/DFW Cheap-Flights

**Flights DFW**
Don't Miss Online Clearance! Get Flights DFW Cheaper
cheap-flight.dealhunters/

**Flights DFW 65% Off**
Book Today And Fly To DFW For Up To 65% Off
www.insanelycheapflights.com/DFW
583 people +1'd this

Seniors (65+): 0

Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

AUS to SHV — from
Jun 3 — **$276.30**

LON to SFO — from
Jun 3 — **$1475.79**



**Iberia**
Flight 4193
Flight 4193 operated by American Airlines
Depart: **9:30 AM**  London, Great Britain (LHR)
Arrive: **1:35 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 5 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**American Airlines**
Flight 79
Depart: **3:00 PM**  London, Great Britain (LHR)
Arrive: **7:10 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 10 mins

Non-Stop

Guaranteed Best Price
**$1403.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**British Airways**
Flight 1520
Flight 1520 operated by American Airlines
Depart: **3:00 PM**  London, Great Britain (LHR)
Arrive: **7:10 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 10 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**Iberia**
Flight 4205
Flight 4205 operated by American Airlines
Depart: **3:00 PM**  London, Great Britain (LHR)
Arrive: **7:10 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 10 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**American Airlines**
Flight 81
Depart: **12:25 PM**  London, Great Britain (LHR)
Arrive: **4:45 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 20 mins

Non-Stop

Guaranteed Best Price
**$1403.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**British Airways**
Flight 1530
Flight 1530 operated by American Airlines
Depart: **12:25 PM**  London, Great Britain (LHR)
Arrive: **4:45 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 20 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details

**Iberia**
Flight 4207
Flight 4207 operated by American Airlines
Depart: **12:25 PM**  London, Great Britain (LHR)
Arrive: **4:45 PM**  Dallas/Ft Worth, TX (DFW)
Total Travel Time: 10 hrs 20 mins

Non-Stop

Guaranteed Best Price
**$1911.79** total per person
SELECT THIS DEPARTURE

See Flight Details



**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

**Compare Travelocity**



From: LON
To: DFW
Depart: 06/03/2013

☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

# travelocity

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From London, Great Britain to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

**Flights Starting at**

## $1665.79

total per person

**Reset Filters**

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ American Airlines
- ○ Scandinavian Airlines
- ○ Virgin Atlantic
- ○ Delta Air Lines
- ○ Air France
- ○ KLM Royal Dutch Airlines
- ○ Multiple Airlines
- ○ US Airways
- ○ United
- ○ Air Canada
- ○ Lufthansa
- ○ British Airways
- ○ Iberia

**Reset Filters**

### Change Your Search
From:
London - LON
To:
San Francisco - SFO
Depart:
06/03/2013

**Airline and Non-Stop Options**
Airline:
Search All Airlines
☐ Show only non-stops

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| American Airlines | **$2178.79** | $1475.79 | $2144.79 |
| Scandinavian Airlines | --- | $1584.89 | --- |
| Virgin Atlantic | **$1665.79** | --- | --- |
| Delta Air Lines | --- | $1898.79 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

### United
Flight 955

Non-Stop

Depart: **10:35 AM** London, Great Britain (LHR)
Arrive: **1:25 PM** San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

Guaranteed Best Price
**$2115.79** total per person
SELECT THIS DEPARTURE
See Flight Details

### Lufthansa
Flight 9378

Non-Stop

Flight 9378 operated by United
Depart: **10:35 AM** London, Great Britain (LHR)
Arrive: **1:25 PM** San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

Guaranteed Best Price
**$2117.09** total per person
SELECT THIS DEPARTURE
See Flight Details

### British Airways
Flight 285

Non-Stop

Depart: **11:45 AM** London, Great Britain (LHR)
Arrive: **2:35 PM** San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

Guaranteed Best Price
**$2178.79** total per person
SELECT THIS DEPARTURE
See Flight Details

### American Airlines
Flight 6188

Non-Stop

Flight 6188 operated by British Airways
Depart: **11:45 AM** London, Great Britain (LHR)
Arrive: **2:35 PM** San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

Guaranteed Best Price
**$2178.79** total per person
SELECT THIS DEPARTURE
See Flight Details

### Iberia
Flight 4669

Non-Stop

Flight 4669 operated by British Airways
Depart: **11:45 AM** London, Great Britain (LHR)
Arrive: **2:35 PM** San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

Guaranteed Best Price
**$2178.79** total per person
SELECT THIS DEPARTURE
See Flight Details

Compare Traveloc

From: LON   To: SFO
Depart: 06/03/2013
# of Travelers: 1

**Compare With...**
☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare
More Opt

## Passenger Options

Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

**AUS to SHV**          from
Jun 3              **$276.30**

---

**Iberia**          Non-Stop
Flight 4671
Flight 4671 operated by British Airways
Depart: **2:00 PM**  London, Great Britain (LHR)
Arrive: **4:50 PM**  San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

*Guaranteed Best Price*
**$2178.79** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**British Airways**          Non-Stop
Flight 287
Depart: **2:00 PM**  London, Great Britain (LHR)
Arrive: **4:50 PM**  San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

*Guaranteed Best Price*
**$2178.79** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**          Non-Stop
Flight 6190
Flight 6190 operated by British Airways
Depart: **2:00 PM**  London, Great Britain (LHR)
Arrive: **4:50 PM**  San Francisco, CA (SFO)
Total Travel Time: 10 hrs 50 mins

*Guaranteed Best Price*
**$2178.79** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Virgin Atlantic**          Non-Stop
Flight 19
Depart: **12:20 PM**  London, Great Britain (LHR)
Arrive: **3:25 PM**  San Francisco, CA (SFO)
Total Travel Time: 11 hrs 5 mins

*Guaranteed Best Price*
**$1665.79** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**United**          Non-Stop
Flight 931
Depart: **2:10 PM**  London, Great Britain (LHR)
Arrive: **5:15 PM**  San Francisco, CA (SFO)
Total Travel Time: 11 hrs 5 mins

*Guaranteed Best Price*
**$2115.79** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Lufthansa**          Non-Stop
Flight 9374
Flight 9374 operated by United
Depart: **2:10 PM**  London, Great Britain (LHR)
Arrive: **5:15 PM**  San Francisco, CA (SFO)
Total Travel Time: 11 hrs 5 mins

*Guaranteed Best Price*
**$2117.09** total per person
SELECT THIS DEPARTURE

See Flight Details

---

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

Ads by Google

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue From the SFO Hudson News Now!
www.cosmopolitan.com FO-Offer

**San Francisco Flight**
Upto 70% off **San Francisco Flight**. Book Now & Save Big. Limited Seats!
www.smartfares.com/

**Fairmont San Francisco**
Turning Moments into Memories. Luxury **San Francisco** Hotel-Book now
www.fairmont.com/Sanfrancisco

**To & From SFO Airport**
24 Hour Taxicab & Van Service, C/C 650-FOR-TAXI, Best Rates, Reliable
www.yellowcaballied.com/

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight
  read more



## Compare Travelocity

From: LON    To: SFO
☑ Orbitz   ☐ Priceline
☐ Cheap Tickets   ☐ CheapOair
Depart: 06/03/2013
☐ Onetravel
# of Travelers: 1

Compare

More Options

# Your Flight From Memphis, TN to Dallas/Ft Worth, TX

Mon Jun 3, 2013 | 1 Adult

## Flights Starting at

## $462.40

total per person

### Reset Filters

### Filter Your Results

**By Number of Stops**
- ○ All Flights
- ● Non-Stops
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ SeaPort Airlines
- ○ Multiple Airlines
- ○ American Airlines
- ○ Delta Air Lines
- ○ United

### Reset Filters

### Change Your Search

From:
Memphis - MEM

To:
Dallas/Ft Worth - DFW

Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

## Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Multiple Airlines | --- | $451.29 | $371.39 |
| American Airlines | $462.40 | --- | --- |
| Delta Air Lines | $462.40 | $473.30 | --- |
| United | --- | $471.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)



**American Airlines**
Flight 1499
Depart: **10:25 AM** Memphis, TN (MEM)
Arrive: **12:00 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 35 mins

Non-Stop

Guaranteed Best Price
**$462.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**
Flight 4869
Flight 4869 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **7:45 PM** Memphis, TN (MEM)
Arrive: **9:20 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 35 mins

Non-Stop

Guaranteed Best Price
**$462.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**
Flight 3442
Flight 3442 operated by PINNACLE DBA DELTA CONNECTION
Depart: **1:45 PM** Memphis, TN (MEM)
Arrive: **3:23 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 38 mins

Non-Stop

Guaranteed Best Price
**$462.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**American Airlines**
Flight 2235
Depart: **6:45 AM** Memphis, TN (MEM)
Arrive: **8:25 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 40 mins

Non-Stop

Guaranteed Best Price
**$462.40** total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**
Flight 5615
Flight 5615 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **8:40 AM** Memphis, TN (MEM)
Arrive: **10:20 AM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 40 mins

Non-Stop

Guaranteed Best Price
**$462.40** total per person
SELECT THIS DEPARTURE
See Flight Details

## Compare Travelo

From: MEM   To: DFW
Depart: 06/03/2013
# of Travelers: 1

☑ Compare With...
- ☑ Orbitz
- ☐ American Airlines
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare
More Opt


APTTUS

Manual quoting, bottlenecks, stacks of paper, inaccurate repor

Simplif quoting with Apttus

FREE DEMO

salesforce appexchange

Start new search on the
**Advanced Search Page**

**Your Search History**

ATL to DFW                    from
Jun 3              **$153.90**

ATL to SFO                    from
Jun 3              **$294.30**

MEM to SFO                    from
Jun 3              **$262.80**

 **American Airlines**
Flight 1857

Depart: **6:15 PM** Memphis, TN (MEM)
Arrive: **7:55 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 40 mins

Non-Stop

**Guaranteed Best Price**

**$462.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

 **American Airlines**
Flight 1389

Depart: **3:35 PM** Memphis, TN (MEM)
Arrive: **5:20 PM** Dallas/Ft Worth, TX (DFW)
Total Travel Time: 1 hr 45 mins

Non-Stop

**Guaranteed Best Price**

**$462.40** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Ads by Google**

**DFW Flights @ $235 RT**
Up to $15 Off fees on DFW Flights. Low Fares Promise. Book Now & Save!
www.onetravel.com/DFW-Cheap-Flights

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest Issue Now Redeem at the DFW Hudson News!
www.cosmopolitan.com FW-Offer

**Flights DFW**
Don't Miss Online Clearance! Get Flights DFW Cheaper
cheap-flight.dealhunters/

**Flights DFW 65% Off**
Book Today And Fly To DFW For Up To 65% Off
www.insanelycheapflights.com/DFW
583 people +1'd this

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

## Compare Travelocity

From:                    To:
MEM                     DFW

☑ Orbitz          ☐ American Airlines
☐ Priceline      ☐ Cheap Tickets
☐ CheapOair    ☐ Onetravel

Depart:
06/03/2013

# of Travelers:      1

Compare

More Options

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight
read more

**Ads by Google** related to: **flights DFW**

**DFW @ $232 Round Trip**
Cheap Round Trip **Flights** to Dallas. Book Today & Save. Limited Seats!
www.cheapoair.com/DFW-Cheap-Flights

Flight Deals Under $199          $150 Round Trip Flights
Top 25 Air Travel Deals          $83 One Way Round Trip
One Way Flights Under $89

**Fly Virgin America**
The Lowest Fares Online Guaranteed. Daily Non-Stops. Book a **Flight** Now.
www.virginamerica.com/Flights
791 people +1'd this

Fares to Fly By          Earn Elevate Points for Flights
Route Map               Flight Status
Flight Alerts            Member Guide

**Cheap DFW Flights**
Up to 70% + $15 off DFW Flight Best Price Guaranteed. Book Today!
dallas-flights.smartfares.com/

About Taxes + Airline & Agency Fees

**Travelocity Links:** Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

**International Sites:**

Argentina        Australia        Canada          Chile           Colombia        Costa Rica      Ecuador         France          Germany
Hong Kong       India            Ireland         Italy           Korea           Mexico          New Zealand     Paraguay        Peru
Singapore        Spain            United Kingdom   Uruguay         Venezuela

**Partner Sites:** holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:** Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.
Feedback
Click here to
rate this page




salesforce — See the world's #1 CRM sales app in action. | Watch the demo

| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Memphis, TN to San Francisco, CA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at

## $262.80

total per person

**Reset Filters**

### Filter Your Results

**By Number of Stops**
- ● All Flights
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ United
- ○ American Airlines
- ○ Delta Air Lines
- ○ AirTran Airways
- ○ US Airways

**Reset Filters**

---

**Change Your Search**

From:
Memphis - MEM

To:
San Francisco - SFO

Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options

Adults (18-64): 1

Seniors (65+): 0

Children (2-17): 0

Search

Start new search on the

---

### Lowest Fare Summary

○ By Departure Time   ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| American Airlines | --- | $264.30 | --- |
| Delta Air Lines | --- | $264.30 | --- |
| AirTran Airways | --- | $267.30 | --- |
| US Airways | --- | $311.80 | $384.70 |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

**American Airlines**                                                1 Stop

Flights 1499 / 1441

Depart: **10:25 AM**  Memphis, TN (MEM)

Arrive: **2:35 PM**  San Francisco, CA (SFO)

Connect in: Dallas/Ft Worth

Total Travel Time: 6 hrs 10 mins

1 Seat Left at this Price

**$264.30** total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                                1 Stop

Flights 3483 / 2375

Flight 3483 operated by PINNACLE DBA DELTA CONNECTION

Depart: **8:05 AM**  Memphis, TN (MEM)

Arrive: **12:17 PM**  San Francisco, CA (SFO)

Connect in: Salt Lake City

Total Travel Time: 6 hrs 12 mins

Guaranteed Best Price

**$328.30** total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                                1 Stop

Flights 1417 / 4657

Flight 4657 operated by SKYWEST DBA DELTA CONNECTION

Depart: **1:45 PM**  Memphis, TN (MEM)

Arrive: **6:01 PM**  San Francisco, CA (SFO)

Connect in: Salt Lake City

Total Travel Time: 6 hrs 16 mins

Guaranteed Best Price

**$264.30** total per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                                                1 Stop

Flights 2461 / 4607

Flight 4607 operated by SKYWEST DBA DELTA CONNECTION

Depart: **8:45 AM**  Memphis, TN (MEM)

Arrive: **1:22 PM**  San Francisco, CA (SFO)

Connect in: Los Angeles

Total Travel Time: 6 hrs 37 mins

Guaranteed Best Price

**$543.30** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**                                                1 Stop

Flights 5233 / 565

Guaranteed Best Price

---

### Compare Travelo

From:
MEM

To:
SFO

Depart:
06/03/2013

# of Travelers: 1

### Compare With...
- ☑ Orbitz
- ☐ Priceline
- ☐ Cheap Tickets
- ☐ CheapOair
- ☐ Onetravel

Compare

More Opt

Advanced Search Page

Your Search History

ATL to DFW        from
Jun 3           $153.90

ATL to DFW        from
Jun 3           $153.90

ATL to SFO        from
Jun 3           $294.30

Flight 5233 operated by SKYWEST DBA UNITED EXPRESS
Depart: **9:05 AM**  Memphis, TN (MEM)
Arrive: **1:50 PM**  San Francisco, CA (SFO)
Connect in: Houston
Total Travel Time: 6 hrs 45 mins

**$769.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

**United**                                     1 Stop
Flights 5273 / 1083
Flight 5273 operated by TRANS STATES AIRLINES DBA UNITED EXPRESS
Depart: **12:04 PM**  Memphis, TN (MEM)
Arrive: **4:56 PM**  San Francisco, CA (SFO)
Connect in: Houston
Total Travel Time: 6 hrs 52 mins

Guaranteed Best Price
**$541.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

**AirTran Airways**                            1 Stop
Flights 593 / 709
Depart: **6:04 PM**  Memphis, TN (MEM)
Arrive: **11:05 PM**  San Francisco, CA (SFO)
Connect in: Atlanta
Total Travel Time: 7 hrs 1 min

Guaranteed Best Price
**$267.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                            1 Stop
Flights 433 / 1505
Depart: **2:30 PM**  Memphis, TN (MEM)
Arrive: **7:35 PM**  San Francisco, CA (SFO)
Connect in: Minneapolis/St Paul
Total Travel Time: 7 hrs 5 mins

Guaranteed Best Price
**$264.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**                          1 Stop
Flights 1857 / 1427
Depart: **6:15 PM**  Memphis, TN (MEM)
Arrive: **11:20 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth
Total Travel Time: 7 hrs 5 mins

Guaranteed Best Price
**$264.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**American Airlines**                          1 Stop
Flights 1389 / 1355
Depart: **3:35 PM**  Memphis, TN (MEM)
Arrive: **8:50 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth
Total Travel Time: 7 hrs 15 mins

Guaranteed Best Price
**$264.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**Delta Air Lines**                            1 Stop
Flights 1064 / 2105
Depart: **8:30 AM**  Memphis, TN (MEM)
Arrive: **1:48 PM**  San Francisco, CA (SFO)
Connect in: Minneapolis/St Paul
Total Travel Time: 7 hrs 18 mins

Guaranteed Best Price
**$328.30** total
per person

SELECT THIS DEPARTURE

See Flight Details

**United**                                     1 Stop
Flights 4275 / 1257
Flight 4275 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS
Depart: **3:17 PM**  Memphis, TN (MEM)
Arrive: **8:36 PM**  San Francisco, CA (SFO)
Connect in: Houston
Total Travel Time: 7 hrs 19 mins

1 Seat Left at this Price
**$262.80** total
per person

SELECT THIS DEPARTURE

See Flight Details

Ads by Google

**San Francisco Cheap
Flights**
Get Today's Deal & Enjoy
Your City At 50-90% Off.
www.groupon.com/
903 people +1'd this

**Cosmopolitan™
Magazine**
Get $1 Off Cosmo's Latest
Issue From the **SFO**
Hudson News Now!
www.cosmopolitan.com/
FO-Offer

**To & From SFO** Airport
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.c
m/

**San Francisco** Tours
Planning a Trip to **San
Francisco**? Let Us Create
A Custom Tour For You.
www.worldviewtravel.co

Why Book a Flight with
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight

read more

**American Airlines**
Flights 2235 / 453

Depart: **6:45 AM**  Memphis, TN (MEM)
Arrive: **12:10 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth
Total Travel Time: 7 hrs 25 mins

1 Stop

**Guaranteed Best Price**
**$543.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flights 5271 / 459

Flight 5271 operated by TRANS STATES AIRLINES DBA UNITED EXPRESS

Depart: **6:07 PM**  Memphis, TN (MEM)
Arrive: **11:37 PM**  San Francisco, CA (SFO)
Connect in: Houston
Total Travel Time: 7 hrs 30 mins

1 Stop

**Guaranteed Best Price**
**$262.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**
Flights 1853 / 1649

Depart: **6:35 PM**  Memphis, TN (MEM)
Arrive: **12:07 AM**  San Francisco, CA (SFO)
Connect in: Atlanta
Total Travel Time: 7 hrs 32 mins

1 Stop

**Guaranteed Best Price**
**$264.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**
Flights 1974 / 241

Depart: **1:14 PM**  Memphis, TN (MEM)
Arrive: **6:49 PM**  San Francisco, CA (SFO)
Connect in: Atlanta
Total Travel Time: 7 hrs 35 mins

1 Stop

**Guaranteed Best Price**
**$543.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flights 5030 / 570

Flight 5030 operated by TRANS STATES AIRLINES DBA UNITED EXPRESS

Depart: **6:16 AM**  Memphis, TN (MEM)
Arrive: **11:56 AM**  San Francisco, CA (SFO)
Connect in: Houston
Total Travel Time: 7 hrs 40 mins

1 Stop

**Guaranteed Best Price**
**$769.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**
Flights 2461 / 4606

Flight 4606 operated by SKYWEST DBA DELTA CONNECTION

Depart: **8:45 AM**  Memphis, TN (MEM)
Arrive: **2:27 PM**  San Francisco, CA (SFO)
Connect in: Los Angeles
Total Travel Time: 7 hrs 42 mins

1 Stop

**Guaranteed Best Price**
**$328.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**
Flights 1499 / 1491

Depart: **10:25 AM**  Memphis, TN (MEM)
Arrive: **4:15 PM**  San Francisco, CA (SFO)
Connect in: Dallas/Ft Worth
Total Travel Time: 7 hrs 50 mins

1 Stop

**Guaranteed Best Price**
**$264.30**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**United**
Flights 4275 / 734

Flight 4275 operated by EXPRESSJET AIRLINES DBA UNITED EXPRESS

Depart: **3:17 PM**  Memphis, TN (MEM)
Arrive: **9:17 PM**  San Francisco, CA (SFO)

1 Stop

**Guaranteed Best Price**
**$262.80**  total
per person

SELECT THIS DEPARTURE



Online Offers
Marshall Hotels
Marshall Restaurants

## Suggested Routes

**I-78 W to I-81 S**
26 hrs 59 mins / 1687.91 miles     Est. Fuel Cost
                                   Calculate

I-495 S to I-81 S
27 hrs 25 mins / 1718.97 miles     Est. Fuel Cost
                                   Calculate

I-64 W
27 hrs 42 mins / 1697.28 miles     Est. Fuel Cost
                                   Calculate

Or you can adjust your route by **Dragging the Route Line**

## Travel Options



| Hotel | Air | Car |
|-------|-----|-----|

Location
Marshall, TX

Check-in                    Check-out
mm/dd/yyyy                  mm/dd/yyyy

Number of Rooms  1 ⬍        Book Now

View Suggested Hotels              Starting at $80

## Driving Directions



**17 Lakeview Rd**
Winchester, MA 01890-3801
Add a Note    Search Nearby    Zoom

Print    Send    Link/Embed





Nursing Asst Training - www.chcp.edu/medical-assistant - Be a Vital Part of a Medical Team. Job Placement Assistance Available!
                                                                                            Sponsored Link
Online Nursing College - drexel.com - Earn BSN, MSN & Certificates Online Same Degrees As On Campus-Get Info!

©2013 MapQuest - Portions ©

Pin it    **Online Offers**
San Francisco Hotels
San Francisco Restaurants

Print    Send    Link/Embed

### Suggested Routes

**I-90 W to I-80 W**
47 hrs 7 mins / 3104.19 miles          Est. Fuel Cost
                                        Calculate

US-30 W to I-80 W
49 hrs 7 mins / 3166.09 miles          Est. Fuel Cost
                                        Calculate

Or you can adjust your route by **Dragging the Route Line**

### Travel Options

| Hotel | Air | Car |
|-------|-----|-----|

Location
San Francisco, CA

Check-in                    Check-out
mm/dd/yyyy                  mm/dd/yyyy

Number of Rooms  1          Book Now

View Suggested Hotels          Starting at $185

### Driving Directions

**A**   **17 Lakeview Rd**
        Winchester, MA 01890-3801
        Add a Note    Search Nearby    Zoom

Online Offers:  Best Winchester Hotels | Winchester Restau...



**Lowest Mortgage Rates** - www.tatomlending.com - 100% Financing Options for 2013 Try our free online pricing engine
                                                                                    Sponsored Link
**Oasis Legal Finance** - www.OasisLegal.com - Need fast cash to get you through? Approvals in 24 hours. Apply Now!



| Home | Vacation Packages | Flights | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Washington, DC to San Francisco, CA

Mon Jun 3, 2013    |    1 Adult

Flights Starting at
## $450.90
total per person

| Alternate Airport from: | $179.70 |
|---|---|
| | total per person |

Reset Filters

## Filter Your Results

**By Number of Stops**
- ○ All Flights
- ○ Non-Stops
- ○ 1 Stops
- ○ 2+ Stops

**By Time**
- ● All Times
- ○ Morning (2 am to 10 am)
- ○ Mid-Day (10 am to 2 pm)
- ○ Afternoon (2 pm to 6 pm)
- ○ Evening (6 pm to 2 am)

**By Airlines**
- ● All Airlines
- ○ US Airways
- ○ Multiple Airlines
- ○ United
- ○ Delta Air Lines
- ○ JetBlue Airways
- ○ American Airlines
- ○ Virgin America

Reset Filters

### Change Your Search
From:
Washington - IAD

To:
San Francisco - SFO

Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines

☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0

---

## Lowest Fare Summary

○ By Departure Time    ● By Airline



| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| US Airways | **$494.90** | $290.30 | --- |
| Multiple Airlines | --- | $441.79 | $313.59 |
| United | **$450.90** | $363.80 | --- |
| Delta Air Lines | --- | $413.80 | --- |

To Show Original Results: Reset Filters    Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by:  Total Travel Time (Shortest to Longest)

| United Flight 647 | Non-Stop | Guaranteed Best Price |
|---|---|---|
| Depart: **8:36 PM** Washington, DC (IAD) | | **$450.90** total per person |
| Arrive: **11:12 PM** San Francisco, CA (SFO) | | SELECT THIS DEPARTURE |
| Total Travel Time: 5 hrs 36 mins | | See Flight Details |

| US Airways Flight 6761 | Non-Stop | Guaranteed Best Price |
|---|---|---|
| Flight 6761 operated by United | | **$494.90** total per person |
| Depart: **8:36 PM** Washington, DC (IAD) | | SELECT THIS DEPARTURE |
| Arrive: **11:12 PM** San Francisco, CA (SFO) | | |
| Total Travel Time: 5 hrs 36 mins | | See Flight Details |

| United Flight 715 | Non-Stop | Guaranteed Best Price |
|---|---|---|
| Depart: **3:45 PM** Washington, DC (IAD) | | **$450.90** total per person |
| Arrive: **6:26 PM** San Francisco, CA (SFO) | | SELECT THIS DEPARTURE |
| Total Travel Time: 5 hrs 41 mins | | See Flight Details |

| US Airways Flight 6583 | Non-Stop | Guaranteed Best Price |
|---|---|---|
| Flight 6583 operated by United | | **$494.90** total per person |
| Depart: **3:45 PM** Washington, DC (IAD) | | SELECT THIS DEPARTURE |
| Arrive: **6:26 PM** San Francisco, CA (SFO) | | |
| Total Travel Time: 5 hrs 41 mins | | See Flight Details |

| Virgin America Flight 67 | Non-Stop | Guaranteed Best Price |
|---|---|---|
| Depart: **7:10 AM** Washington, DC (IAD) | | **$450.90** total per person |
| Arrive: **9:55 AM** San Francisco, CA (SFO) | | SELECT THIS DEPARTURE |
| Total Travel Time: 5 hrs 45 mins | | See Flight Details |

---

Compare Travelo
From:  IAD    To:  SFO
Depart:  06/03/2013
# of Travelers:  1

☑ Compare With...
☑ Orbitz
☑ United
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare
More Opt

AdChoice

 

Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

**Your Search History**

LAX to SFO          from
Jun 3              **$68.90**

LAX to DFW          from
Jun 3              **$148.90**

IAD to DFW          from
Jun 3              **$201.30**

**Virgin America**
Flight 69
Depart: **10:00 AM** Washington, DC (IAD)
Arrive: **12:45 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 45 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**Virgin America**
Flight 77
Depart: **6:30 PM** Washington, DC (IAD)
Arrive: **9:15 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 45 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 225
Depart: **10:13 PM** Washington, DC (IAD)
Arrive: **12:59 AM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 46 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6587
Flight 6587 operated by United
Depart: **10:13 PM** Washington, DC (IAD)
Arrive: **12:59 AM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 46 mins

Non-Stop

Guaranteed Best Price
**$494.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 1677
Depart: **5:28 PM** Washington, DC (IAD)
Arrive: **8:15 PM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 47 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 584
Depart: **7:00 AM** Washington, DC (IAD)
Arrive: **9:50 AM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 50 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6429
Flight 6429 operated by United
Depart: **7:00 AM** Washington, DC (IAD)
Arrive: **9:50 AM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 50 mins

Non-Stop

Guaranteed Best Price
**$494.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 492
Depart: **8:06 AM** Washington, DC (IAD)
Arrive: **10:57 AM** San Francisco, CA (SFO)
Total Travel Time: 5 hrs 51 mins

Non-Stop

Guaranteed Best Price
**$450.90** total per person

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6571
Flight 6571 operated by United
Depart: **8:06 AM** Washington, DC (IAD)
Arrive: **10:57 AM** San Francisco, CA (SFO)

Non-Stop

Guaranteed Best Price
**$494.90** total per person

SELECT THIS DEPARTURE

Ads by Google

**Cosmopolitan™ Magazine**
Get $1 Off Cosmo's Latest
Issue Now Redeem at the
**SFO** Hudson News!
www.cosmopolitan.com/
FO-Offer

**To & From SFO Airport**
24 Hour Taxicab & Van
Service, C/C 650-FOR-
TAXI, Best Rates,
Reliable
www.yellowcabsallied.com/

**San Francisco Tours**
Planning a Trip to **San
Francisco**? Let Us Create
A Custom Tour For You
www.worldviewtravel.com

**San Francisco Cheap
Tickets**
1 Day Coupon. Food,
Spas & More. Limited
Availability- Act Now!
www.groupon.com/
903 people +1'd this

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours,
  Worry-Free
- Earn airline miles
  on each flight

read more

Total Travel Time: 5 hrs 51 mins

See Flight Details

**United**
Flight 1568

Non-Stop

**Guaranteed Best Price**
**$450.90** total
per person

Depart: **12:24 PM**   Washington, DC (IAD)
Arrive: **3:22 PM**   San Francisco, CA (SFO)
Total Travel Time: 5 hrs 58 mins

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 217

Non-Stop

**Guaranteed Best Price**
**$450.90** total
per person

Depart: **9:36 AM**   Washington, DC (IAD)
Arrive: **12:37 PM**   San Francisco, CA (SFO)
Total Travel Time: 6 hrs 1 min

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6535

Non-Stop

**Guaranteed Best Price**
**$494.90** total
per person

Flight 6535 operated by United

Depart: **9:36 AM**   Washington, DC (IAD)
Arrive: **12:37 PM**   San Francisco, CA (SFO)
Total Travel Time: 6 hrs 1 min

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 1648

Non-Stop

**Guaranteed Best Price**
**$450.90** total
per person

Depart: **6:00 AM**   Washington, DC (IAD)
Arrive: **9:02 AM**   San Francisco, CA (SFO)
Total Travel Time: 6 hrs 2 mins

SELECT THIS DEPARTURE

See Flight Details

**United**
Flight 644

Non-Stop

**Guaranteed Best Price**
**$450.90** total
per person

Depart: **4:38 PM**   Washington, DC (IAD)
Arrive: **7:42 PM**   San Francisco, CA (SFO)
Total Travel Time: 6 hrs 4 mins

SELECT THIS DEPARTURE

See Flight Details

**US Airways**
Flight 6585

Non-Stop

**Guaranteed Best Price**
**$494.90** total
per person

Flight 6585 operated by United

Depart: **4:38 PM**   Washington, DC (IAD)
Arrive: **7:42 PM**   San Francisco, CA (SFO)
Total Travel Time: 6 hrs 4 mins

SELECT THIS DEPARTURE

See Flight Details

**Additional fees** apply for paper tickets or bookings by phone
**Flight statistics powered by FlightStats**

**See More Flights**

## Compare Travelocity

| From: | To: |
|---|---|
| IAD | SFO |

Depart:
06/03/2013

☑ Orbitz          ☑ United
☐ Priceline       ☐ Cheap Tickets
☐ CheapOair       ☐ Onetravel

# of Travelers:   [ 1 ▲▼ ]

*Compare*
**More Options**



| Home | Vacation Packages | **Flights** | Hotels | Cars/Rail | Cruises | Travel Deals | Activities |

# Your Flight From Washington, DC to Shreveport, LA

Mon Jun 3, 2013 | 1 Adult

Flights Starting at
## $332.79
total per person

### Reset Filters

## Filter Your Results

**By Number of Stops**
- All Flights
- 1 Stops
- 2+ Stops

**By Time**
- All Times
- Morning (2 am to 10 am)
- Mid-Day (10 am to 2 pm)
- Afternoon (2 pm to 6 pm)
- Evening (6 pm to 2 am)

**By Airlines**
- All Airlines
- Multiple Airlines
- Delta Air Lines
- United
- American Airlines

### Reset Filters

### Change Your Search
From:
Washington - WAS
To:
Shreveport - SHV
Depart:
06/03/2013

Airline and Non-Stop Options
Airline:
Search All Airlines
☐ Show only non-stops

Passenger Options
Adults (18-64): 1
Seniors (65+): 0
Children (2-17): 0

Search

Start new search on the
**Advanced Search Page**

## Lowest Fare Summary

○ By Departure Time  ● By Airline

| | Non-Stops | 1 Stops | 2+ Stops |
|---|---|---|---|
| Multiple Airlines | --- | $332.79 | $683.19 |
| Delta Air Lines | --- | $412.30 | $688.70 |
| United | --- | $415.30 | $545.70 |
| American Airlines | --- | $416.80 | --- |

To Show Original Results: Reset Filters

Additional baggage fees may apply

## Step 1: Select A Departing Flight on Mon Jun 3, 2013

Sort the Flights Shown Below by: Total Travel Time (Shortest to Longest)

**Delta Air Lines**                                                    1 Stop
Flights 1925 / 5199
Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **10:15 AM** Baltimore, MD (BWI)
Arrive: **1:35 PM** Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 4 hrs 20 mins

Guaranteed Best Price
## $551.80
total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**                                                    1 Stop
Flights 3361 / 4872
Flight 3361 operated by PINNACLE DBA DELTA CONNECTION
Flight 4872 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **11:40 AM** Washington, DC (DCA)
Arrive: **3:01 PM** Shreveport, LA (SHV)
Connect in: Memphis
Total Travel Time: 4 hrs 21 mins

Guaranteed Best Price
## $412.30
total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**                                                    1 Stop
Flights 5601 / 5360
Flight 5601 operated by EXPRESSJET DBA DELTA CONNECTION
Flight 5360 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **5:31 PM** Washington, DC (DCA)
Arrive: **8:54 PM** Shreveport, LA (SHV)
Connect in: Memphis
Total Travel Time: 4 hrs 23 mins

Guaranteed Best Price
## $412.30
total per person
SELECT THIS DEPARTURE
See Flight Details

**Delta Air Lines**                                                    1 Stop
Flights 5079 / 5441
Flight 5079 operated by EXPRESSJET DBA DELTA CONNECTION
Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION
Depart: **7:00 AM** Washington, DC (IAD)
Arrive: **10:25 AM** Shreveport, LA (SHV)
Connect in: Atlanta
Total Travel Time: 4 hrs 25 mins

Guaranteed Best Price
## $667.80
total per person
SELECT THIS DEPARTURE

### Compare Traveloc
From: WAS   To: SHV
Depart: 06/03/2013
# of Travelers: 1

Compare With...
☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare
More Opt

AdChoice

**Your Search History**

| CLT to SHV | from |
| Jun 3 | $329.20 |

| BOS to SHV | from |
| Jun 3 | $400.69 |

| WAS to SHV | from |
| Jun 3 | $332.79 |

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 839 / 5441

Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:59 AM**  Washington, DC (DCA)

Arrive: **10:25 AM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 26 mins

Guaranteed Best Price

**$667.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1139 / 5199

Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **10:00 AM**  Washington, DC (DCA)

Arrive: **1:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 35 mins

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1439 / 5271

Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **12:59 PM**  Washington, DC (DCA)

Arrive: **4:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 36 mins

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1480 / 5585

Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **4:30 PM**  Washington, DC (IAD)

Arrive: **8:17 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 47 mins

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1425 / 5585

Flight 5585 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **4:30 PM**  Baltimore, MD (BWI)

Arrive: **8:17 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 47 mins

Guaranteed Best Price

**$551.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1839 / 5345

Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:00 PM**  Washington, DC (DCA)

Arrive: **10:48 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 48 mins

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

---

See Flight Details

🔺 **Delta Air Lines**                                    1 Stop

Flights 1525 / 5345

Flight 5345 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **7:00 PM**  Baltimore, MD (BWI)

Arrive: **10:48 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 48 mins

Guaranteed Best Price

**$551.80** total per person

SELECT THIS DEPARTURE

See Flight Details

Ads by Google

**iShares SHV Product Info**
Get Fund Details & Holdings for **SHV** from iShares. Official Site.
www.ishares.com/

**Shreveport Flight: 65%Off**
Low Fare Guaranteed On All **Flights**. Why Pay More? Book Cheap **Flights**!
www.cheapflightnow.cc /ShreveportFlight

**Flights From Only $49**
Compare Cheap **Flights** From Over 30 **Airlines** a Discount Travel Sites
www.bargaintravel4u.ne **CheapFlights**

**Cheap SHV Flights**
Looking for Best **SHV** Rates? Compare **SHV Flight** Deals
www.tripbase.com/**SHV** Deals
570 people +1'd this

Super Cheap Flights
Shreveport Hotels

**Why Book a Flight with**
- Guaranteed best price
- Cancel within 24 Hours, Worry-Free
- Earn airline miles on each flight

read more

**American Airlines**

Flights 339 / 2532

Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **7:00 AM**  Baltimore, MD (BWI)

Arrive: **10:50 AM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 50 mins

1 Stop

Guaranteed Best Price

**$521.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 2125 / 5271

Flight 5271 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **12:45 PM**  Baltimore, MD (BWI)

Arrive: **4:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 50 mins

1 Stop

Guaranteed Best Price

**$551.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 5080 / 5199

Flight 5080 operated by EXPRESSJET DBA DELTA CONNECTION

Flight 5199 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **9:44 AM**  Washington, DC (IAD)

Arrive: **1:35 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 51 mins

1 Stop

Guaranteed Best Price

**$667.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**American Airlines**

Flights 895 / 2564

Flight 2564 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **6:40 PM**  Washington, DC (DCA)

Arrive: **10:35 PM**  Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 4 hrs 55 mins

1 Stop

Guaranteed Best Price

**$416.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1625 / 5441

Flight 5441 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **6:30 AM**  Baltimore, MD (BWI)

Arrive: **10:25 AM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 55 mins

1 Stop

Guaranteed Best Price

**$551.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1463 / 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **2:00 PM**  Washington, DC (DCA)

Arrive: **5:59 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 59 mins

1 Stop

Guaranteed Best Price

**$416.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

---

**Delta Air Lines**

Flights 1003 / 5544

Flight 5544 operated by EXPRESSJET DBA DELTA CONNECTION

Depart: **2:00 PM**  Baltimore, MD (BWI)

Arrive: **5:59 PM**  Shreveport, LA (SHV)

Connect in: Atlanta

Total Travel Time: 4 hrs 59 mins

1 Stop

Guaranteed Best Price

**$551.80**  total
per person

SELECT THIS DEPARTURE

See Flight Details

**A'A** American Airlines

Flights 1893 / 2932

Flight 2932 operated by AMERICAN EAGLE AIRLINES

Depart: **1:40 PM** Washington, DC (DCA)

Arrive: **5:40 PM** Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 5 hrs

1 Stop

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

See Flight Details

---

**A'A** American Airlines

Flights 1243 / 2532

Flight 2532 operated by EXPRESSJET AS AMERICAN EAGLE

Depart: **6:40 PM** Washington, DC (IAD)

Arrive: **10:50 AM** Shreveport, LA (SHV)

Connect in: Dallas/Ft Worth

Total Travel Time: 5 hrs 10 mins

1 Stop

Guaranteed Best Price

**$416.80** total per person

SELECT THIS DEPARTURE

See Flight Details

---

**Additional fees** apply for paper tickets or bookings by phone

**Flight statistics powered by FlightStats**

See More Flights

### Compare Travelocity

From: **WAS**

To: **SHV**

Depart: **06/03/2013**

# of Travelers: 1

☑ Orbitz
☐ Priceline
☐ Cheap Tickets
☐ CheapOair
☐ Onetravel

Compare

More Options

Ads by Google related to: **flights SHV**

**SHV** Airport RT From $341

Cheap Fares Available on **Flights**. Book Now & Save Big. Limited Seats!

www.cheapoair.com/SHV-Cheap-Flight

Flight Deals Under $199          $150 Round Trip Flights
Top 25 Air Travel Deals          $83 One Way Round Trip
One Way Flights Under $89

Cheap Shreveport **Flights**

Shreveport **Flights**, Upto 70% Off. Save Today to Lock the Best Fares.

shreveport-flights.smartfares.com/

**SHV** Cheap **Flights** @ $309

Searching Cheap **Flights** to SHV? Book Now & Save up to $15 OFF fees!

www.onetravel.com/SHV-Cheap-Flights

---

About Taxes + Airline & Agency Fees

**Travelocity Links:** Vacation Packages | Flights | Hotels | Cars | Cruises | Activities | Travelocity Merchandise | Travelocity Guarantee | Subscribe

**International Sites:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Argentina | Australia | Canada | Chile | Colombia | Costa Rica | Ecuador | France | Germany |
| Hong Kong | India | Ireland | Italy | Korea | Mexico | New Zealand | Paraguay | Peru |
| Singapore | Spain | United Kingdom | Uruguay | Venezuela | | | |

**Partner Sites:** holiday autos | IgoUgo® | Latin America | Vacations.com | Window Seat Blog | World Choice Travel® | Zuji

**Travelocity Information:** Customer Support | About Travelocity | Press Releases | Advertising | Become an Affiliate | Travelocity Business | Site Map | Jobs | TV Ads

© 1996- 2013 Travelocity.com LP. All rights reserved. Travelocity, the Stars Design, and The Roaming Gnome Design are trademarks of Travelocity.com LP. Use of this Web site constitutes acceptance of the Travelocity User Agreement and Privacy Policy. CST# 2056372-50

Screen reader users: Please switch to forms mode for this link.

Feedback

Click here to
rate this page