# EXHIBIT "B"



Send a release
Become a member   Member sign in
For journalists   For bloggers
Global sites

**Search**   Advanced Search
○ Products & Services   ○ News Releases

Products & Services            Knowledge Center            Browse News Releases            Contact PR Newswire

See more news releases in Internet Technology | Computer Electronics | Computer Software | Licensing

# Dr Pepper Snapple Group Achieves 56% Annual ROI With Salesforce.com

ROI study by Nucleus Research documents how one of the America's largest beverage companies enhanced strategic decision making and productivity with Sales Cloud 2

    

SAN FRANCISCO, Feb. 12 /PRNewswire-FirstCall/ -- Salesforce.com (NYSE: CRM), the enterprise cloud computing company, today announced the success that Dr Pepper Snapple Group (http://www.drpeppersnapplegroup.com/) has achieved using Sales Cloud 2 (http://www.salesforce.com/crm/sales-force-automation/). One of the largest beverage companies in the Americas, Dr Pepper Snapple Group achieved a 56% annual ROI with a calculated pay back of 2.3 years by drastically improving sales management, sales productivity and strategic decision making. The ROI was documented by industry analyst firm Nucleus Research in a study sponsored by salesforce.com.



(Logo:  http://www.newscom.com/cgi-bin/prnh/20050216/SFW105LOGO)

**Success in the Cloud**

As Dr Pepper Snapple Group's business has grown, its legacy CRM application was no longer being supported by the vendor and was being used by only a small group of people. Instead, most groups had built complex spreadsheets to track and forecast more than 50 beverage brands that had to be consolidated monthly so managers could have a view of sales activity and pipeline forecasts.

Dr Pepper Snapple Group deployed Sales Cloud 2 in less than four months and has now streamlined its data entry, sales forecasting and reporting operations, enabling both greater visibility and greater productivity. Key benefits include:

- **Increased manager productivity**: Managers save a day a week because sales information is available at their fingertips when they need to make decisions.
- **Increased sales productivity**: Individual sales people can now keep all their sales information in one place, reducing the amount of time required for them to submit their sales forecasts each month.
- **Faster budgeting and forecasting**: Real time access to information enables managers to make faster budgeting and forecasting decisions and instead focus on leveraging the data to identify new strategic sales growth opportunities.
- **Greater visibility**: Now sales professionals and managers can rapidly access real-time information about sales performance by account, sector, and product, and rapidly identify opportunities for improvement.
- **Reduced report consolidation time**: An employee who used to spend 10 days per month compiling sales information for management has now been re-deployed to other activities.

**Comments on the News:**

- "Salesforce.com's Sales Cloud 2 has helped us take our business to a whole new level," said Tina Koppe , administrator, Dr Pepper Snapple Group. "With the customizations we've been able to make, we've optimized our visibility so we can better measure our volume gain. The insight is incredibly valuable."
- "Dr Pepper Snapple Group's experience is evidence of the potential for cloud computing to better run businesses," said Rebecca Wettemann , vice president, research, Nucleus Research. "The insight that companies like Dr Pepper Snapple Group can gain for decision making can have a large impact."

**Additional Resources:**

- A snapshot of the Dr Pepper Snapple Group story is available here http://www.salesforce.com/customers/distribution-retail/drpeppersnapple.jsp.
- More information on Sales Cloud 2 is available here: http://www.salesforce.com/crm/sales-force-automation/.
- Follow salesforce.com on Twitter @salesforce

Dr Pepper Snapple Group is one of the 67,900 companies of all sizes, industries and geographies that comprised the

**More by this Source**

 Obama for America's Technology Dream Team Taps Salesforce for Mission-Critical Engagement with Millions of Voters and Volunteers
Dec 10, 2012, 08:00 ET

 Salesforce.com to Participate in Susquehanna International Group Hosted Bus Tour
Dec 06, 2012, 16:30 ET

 Salesforce.com Grants Equity Awards Under Its Inducement Equity Incentive Plan
Nov 27, 2012, 17:00 ET

View All News by this Source

**Featured Video**

John Hancock Financial Network Introduces Retirement Ready iPad App to Engage Clients in Retirement Income Conversation

**Journalists and Bloggers**

Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized

salesforce.com customer base as of October 31, 2009. Revenue and subscribers are recognized as the service is delivered.

Nucleus Research quantified the initial and ongoing costs of software, consulting, personnel, training, and other related costs over a three-year period to quantify the total cost of Dr Pepper Snapple Group's investment in salesforce.com.

**About salesforce.com**

Salesforce.com is the enterprise cloud computing company. The company's portfolio of Salesforce CRM applications, available at http://www.salesforce.com/products/, has revolutionized the ways that companies collaborate and communicate with their customers across sales, marketing and service. The company's Force.com platform (http://www.salesforce.com/platform/) helps customers, partners and developers to quickly build powerful business applications to run every part of the enterprise in the cloud. Based on salesforce.com's real-time, multitenant architecture, Salesforce CRM (http://www.salesforce.com/and Force.com offer the fastest path to customer success with cloud computing.

As of October 31, 2009, salesforce.com manages customer information for approximately 67,900 customers including Allianz Commercial, Dell, Japan Post, Kaiser Permanente, KONE, and SunTrust Banks. Any unreleased services or features referenced in this or other press releases or public statements are not currently available and may not be delivered on time or at all. Customers who purchase salesforce.com applications should make their purchase decisions based upon features that are currently available. Salesforce.com has headquarters in San Francisco, with offices in Europe and Asia, and trades on the New York Stock Exchange under the ticker symbol "CRM". For more information please visit http://www.salesforce.com, or call 1-800-NO-SOFTWARE.

Copyright (c) 2010 salesforce.com, inc. All rights reserved. Salesforce and the "no software" logo are registered trademarks of salesforce.com, inc., and salesforce.com owns other registered and unregistered trademarks. Other names used herein may be trademarks of their respective owners.

SOURCE salesforce.com

RELATED LINKS
http://www.salesforce.com
http://www.drpeppersnapplegroup.com

feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.

Next in Internet Technology News

**Custom Packages**

Browse our custom packages or build your own to meet your unique communications needs.

Start today.

**PR Newswire Membership**

Fill out a PR Newswire membership form or contact us at (888) 776-0942.

**Learn about PR Newswire services**

Request more information about PR Newswire products and services or call us at (888) 776-0942.

Site Preview    Close Site Preview    View FullScreen



Search

Login    Free Trial    Menu

