# EXHIBIT "C"

**This was printed from Houston Business Journal**

## Sign Up for the HBJ Morning Call Newsletter

See All Newsletters »

A digest of important news from sources selected by our local editors. Delivered weekday mornings.

Enter your email address   Sign Up Now

Apr 4, 2013, 11:18am CDT

# BMC restructuring process comes with Houston layoffs



[Molly Ryan](#)
               Reporter- *Houston Business Journal*
     Email  |  Twitter  |  Google+

BMC Software Inc. (Nasdaq: BMC) has terminated an unknown number of employees at its Houston and worldwide operations after finishing the first phase of a strategic review.

Houston-based BMC first revealed that it had started a "company-wide operational review," during its third quarter earnings conference call at the end of January.

At the time of the announcement, Bob Beauchamp, BMC's CEO, said in his prepared remarks that through the review the company wanted to improve operations and profitability, focus and improve short-term execution and make the "appropriate" level of investment to grow its business.

In a Thursday blog about the progress of the review, Mark Stouse, BMC's vice president of global communications, said that in the first phase of the review, the company found customers "want to see much stronger integration between our product groups as well as in our global go-to market approach."

Therefore, BMC plans to form one solutions team for five product lines, one support organization for customers, one global marketing organization and one sales

organization that will have four customer categories.

The blog did not mention layoffs, but Stouse told the Houston Business Journal that layoffs will occur because of the new company strategy.

BMC currently has around 6,700 worldwide employees. The company did not disclose its current number of local employees, however, HBJ's 2012 Book of Lists reported that BMC had 1,104 Houston employees at the beginning of 2012.

More details about the restructuring are expected to be disclosed in early May during BMC's fourth quarter earnings call.

[BMC has recently been in the news](#) because of reports the company is in the process of taking bids from private equity firms interested in purchasing it. An analyst told HBJ that if BMC went private, it would have more access to capital and be able make more long-term investments.

Molly Ryan covers manufacturing, technology, the Port and logistics.

### Related links:

[Houston](#), [Jobs](#)

### Industries:

[Technology](#)

| We recommend | From around the web |
|---|---|
| - [United Airlines launches Newark-Anchorage summer service](#) | - [U.S. government confirms petroleum product exports not causing higher pump prices](#) ExxonMobil's Perspectives |
| - [Muggsy Bogues: Return of Charlotte Hornets is 'right decision'](#) | - [Leaders stuck on stupid](#) <br> Business Without Borders |
| - [Not guilty plea by 'Wife Swap' actress](#) | - [Student Loans: 5 Things You Need to Know](#) U.S. Department of Education |
| - [Health tech firms look beyond Nashville for talent to grow](#) | - [What Could Add 15% to Japan's GDP?](#) GoldmanSachs |
| - [Apartments set at old Strip District landmark](#) | - [11 Reasons Your Co-workers Secretly Hate You](#) Salary.com |

What's this?