# EXHIBIT "F"


Welcome - Already a member? [ Sign In ]   My Itineraries   My Account   Customer Support   Feedback

Home | Vacation Packages | Hotels | Cars | Flights | Cruises | Things to Do | DEALS & OFFERS | GROUPON Getaways | Rewards    Like 1.7m

## FILTER RESULTS

**Hotel Name Contains**
[     ] GO

**Star Rating**
- ☐ 5 stars (0)
- ☐ 4 stars (0)
- ☐ 3 stars (0)
- ☐ 2 stars (8)
- ☐ 1 star (1)

**Price (Avg. per night)**
- ☐ Less than $75 (5)
- ☐ $75 to $124 (5)
- ☐ $125 to $199 (0)
- ☐ $200 to $299 (0)
- ☐ $300 + (0)

**View Hotels On a Map**

**Accommodation Type**
- ● All
- ○ Hotel
- ○ Bed & Breakfast
- ○ Apartment
- ○ Condo
- ○ All-inclusive Resort

**Hotel Preferences**
Most popular
- ☐ High-speed Internet (5)
- ☐ Air conditioning (4)
- ☐ Swimming pool (11)
- ☐ Business services (9)
- ☐ Fitness equipment (5)
- ☐ Free breakfast (9)
- ☐ Free newspaper (5)
- ☐ Free parking (10)
- ☐ Hair dryer (10)
- ☐ Pets allowed (conditions apply) (3)
- ☐ Restaurant in hotel (2)

**Accessibility Options**
- ☐ Accessibility equipment for the deaf (1)
- ☐ Accessible bathroom (2)
- ☐ Accessible path of travel (2)
- ☐ Braille or raised signage (1)
- ☐ Handicapped parking (2)
- ☐ In-room accessibility (2)
- ☐ Roll-in shower (1)

---

**Hotels near 100 East Houston Street, Marshall, Texas, 75670 on Jun 3 – Jun 4 for 1 adult** Change Search
**11 results found** matching your search

BOOK ONLINE OR CALL 800-391-3613

SORT BY:   Distance   Price   Hotel Name   Star Rating   **Most Popular**

**Quality Inn Marshall**
4.1 out of 5  (79 reviews)
Marshall - Map
Distance from address: 3.14 mi
1-866-264-5744 • Expedia Rate
$74  $72 avg/night
FREE Cancellation

**Hampton Inn Marshall**
4.4 out of 5  (14 reviews)
Marshall - Map
Distance from address: 3.26 mi
1-866-267-9053 • Expedia Rate
$99  $85 avg/night

**Fairfield Suites Marshall by Marriott**
4.5 out of 5  (35 reviews)
Marshall - Map
Distance from address: 3.64 mi
1-866-272-4856 • Expedia Rate
$130  $120 avg/night
FREE Cancellation

**Days Inn & Suites Marshall**
3.0 out of 5  (79 reviews)
Marshall - Map
Distance from address: 3.57 mi
1-866-276-6393 • Expedia Rate
$55  $47 avg/night

**Holiday Inn Express & Suites Marshall**
4.5 out of 5  (68 reviews)
Marshall - Map
Distance from address: 3.80 mi
1-866-279-5332 • Expedia Rate
$109  $90 avg/night

**La Quinta Inn & Suites Marshall**
4.5 out of 5  (31 reviews)
Marshall - Map
Distance from address: 4.02 mi
$87 avg/night
Expedia Rate
FREE Cancellation

**Econo Lodge Marshall**
3.3 out of 5  (42 reviews)
Marshall - Map
Distance from address: 3.79 mi
1-866-286-0843 • Expedia Rate
$56 avg/night
FREE Cancellation

**Super 8 Marshall Tx**
3.7 out of 5  (27 reviews)
Marshall - Map
Distance from address: 4.28 mi
1-866-295-5798 • Expedia Rate
$56 avg/night
FREE Cancellation

**Best Western Executive Inn**
3.7 out of 5  (6 reviews)
Marshall - Map
Distance from address: 3.35 mi
1-866-298-0996
$69 rate per night

---

**SPONSORED LISTINGS**

**Crowne Plaza Houston**
Best Price Guarantee. Official Site! Amenities.
www.crowneplaza.com/Houston

**Hotels** - Up to 80% Off
Find Street Hotels. Compare Rates
www.travelzoo.com/

**Houston TX Hotels**
Compare Houston TX Hotels. 110%
www.houstontexashotels.net/Ho

| | |
|---|---|
| **Comfort Suites Marshall** <br> Marshall - Map <br> **Distance from address: 3.36 mi** <br> 1-866-313-6242 | $^$91 <br> rate per night |
| **Baymont Inn And Suites Marshall, TX** <br> **3.3** out of 5 (7 reviews) <br> Marshall - Map <br> **Distance from address: 3.41 mi** <br> 1-866-608-6760 | **No rooms available on the selected dates** <br> 06/03/2013 - 06/04/2013. <br> **Flexible dates?** <br> Change Your Search |

Back to top

**Note:** Expedia Rate hotels may qualify for special promotions and coupon redemption. **Expedia Rate** requires **that your credit card be charged for the full payment** upon reservation. Special offers may apply to specific room types and have additional terms and conditions.

† Savings based on Expedia Unpublished Rates hotel rates for last month, as compared to the regular rate for the same hotel on Expedia.com.

Expedia Links:
Low Cost Flights | Things to Do | Resorts | Airport Rental Cars | Expedia Coupon | Expedia Rewards
Expedia Sitemaps:
Hotels Sitemap | Flights Sitemap | Vacations Sitemap | Rental Cars Sitemap | Cruises Sitemap
**Partner Services:**
Add a Hotel | Become an Affiliate | Travel Agents Affiliate Program | Expedia Private Label | Expedia MasterCard | Expedia Franchise | Expedia CruiseShipCenters Agent
**Expedia Partners:**
Egencia Business Travel | Hotels.com | TripAdvisor | Venere | Hotwire | ClassicVacations.com | Bloglines | CarRentals.com | CitySearch | Evite | Gifts | Lending Tree | Match | Online Shopping | Pronto | HomeAdvisor | Shoes | The Daily Beast | TicketWeb | Travel Ticker | Expedia CruiseShipCenters



About Expedia | Advertising | Media Room | Jobs | Privacy Policy | Terms of Use | Site Map | Investor Relations | About Our Ads

**Global Sites:**

Expedia, Inc. is not responsible for content on external Web sites.

©2013 Expedia, Inc. All rights reserved.



Home | Vacation Packages | Hotels | Cars | Flights | Cruises | Things to Do | **DEALS & OFFERS** | **GROUPON Getaways** | Rewards

Like 1.7m

## FILTER RESULTS

**Hotel Name Contains**
[    ] GO

### Star Rating
- ☐ 5 stars (5)
- ☐ 4 stars (36)
- ☐ 3 stars (90)
- ☐ 2 stars (103)
- ☐ 1 star (15)

### Price (Avg. per night)
- ☐ Less than $75 (4)
- ☐ $75 to $124 (45)
- ☐ $125 to $199 (89)
- ☐ $200 to $299 (45)
- ☐ $300 + (22)

### View Hotels On a Map

### Accommodation Type
- ● All
- ○ Hotel
- ○ Bed & Breakfast
- ○ Apartment
- ○ Condo
- ○ All-inclusive Resort

### Hotel Preferences
**Most popular**
- ☐ High-speed Internet (210)
- ☐ Air conditioning (161)
- ☐ Swimming pool (55)
- ☐ Babysitting service (17)
- ☐ Business services (197)
- ☐ Childcare (7)
- ☐ Children's club (2)
- ☐ Children's pool (2)
- ☐ Fitness equipment (126)
- ☐ Free airport transportation (23)
- ☐ Free breakfast (95)
- ☐ Free newspaper (164)
- ☐ Free parking (90)
- ☐ Hair dryer (225)
- ☐ Insiders' Select (2)
- ☐ Pets allowed (conditions apply) (97)
- ☐ Restaurant in hotel (113)
- ☐ Room service (103)
- ☐ Spa services on site (24)

### Accessibility Options
- ☐ Accessibility equipment for the deaf (80)
- ☐ Accessible bathroom (145)
- ☐ Accessible path of travel (154)
- ☐ Braille or raised signage (92)
- ☐ Handicapped parking (120)
- ☐ In-room accessibility (155)
- ☐ Roll-in shower (104)

---

**Hotwire** 4-star hotels. 2-star prices™ Save up to 50% with LOW Hotwire Hot-Rates ▶ SHOW ME

**Hotels near 450 Golden Gate Avenue, San Francisco, California, 94102 on Jun 3 – Jun 4 for 1 adult** Change Search

**267 results found** matching your search

BOOK ONLINE OR CALL **800-391-3613**

SORT BY: Distance | Price | Hotel Name | Star Rating | **Most Popular**

| Hotel avg. | 3 star avg. | 4 star avg. | 5 star avg. |
|---|---|---|---|
| $192 | $182 | $288 | $629 |

**15:18:44** time left — Limited Time Offer! Save 20% on this reservation.

**Hotel Zetta San Francisco**
3.4 out of 5 (12 reviews)
San Francisco - Map
Distance from address: 0.61 mi
1-866-264-5744 • Expedia Rate
✓ Expedia Extras Pay with MasterCard and Win a Free Trip...
~~$325~~ **$260** avg/night

Sale — Summer on Sale! Save 10% on This Stay

**Fairmont Heritage Place, Ghirardelli Square**
4.9 out of 5 (67 reviews)
San Francisco - Map
Distance from address: 1.68 mi
1-866-267-9053 • Expedia Rate
Only 2 rooms left at this price ▶
~~$699~~ **$629** avg/night
FREE Cancellation

Sale — Sale! Save 40% on this Stay.

**Hotel Whitcomb, A Historic Hotel of America**
3.5 out of 5 (2415 reviews)
San Francisco - Map
Distance from address: 0.26 mi
1-866-272-4856 • Expedia Rate
✓ Expedia Extras Pay with MasterCard and Win a Free Trip...
~~$249~~ **$149** avg/night
FREE Cancellation

Sale — Book now and save!

**Hotel Nikko San Francisco**
4.3 out of 5 (2164 reviews)
San Francisco - Map
Distance from address: 0.55 mi
1-866-276-6393 • Expedia Rate
✓ Expedia Extras Pay with MasterCard and Win a Free Trip...
~~$289~~ **$269** avg/night

**Americas Best Value Inn Ext Stay San Francisco/Civic Ctr**
2.6 out of 5 (203 reviews)
San Francisco - Map
Distance from address: 0.11 mi
1-866-279-5332 • Expedia Rate
✓ Expedia Extras Pay with MasterCard and Win a Free Trip...
Only 4 rooms left at this price ▶
~~$510~~ **$84** avg/night

Sale — Stay 1 Night and Save 10% on Your Stay!

**COVA Hotel**
3.9 out of 5 (395 reviews)
San Francisco - Map
Distance from address: 0.21 mi
1-866-281-6817 • Expedia Rate
✓ Expedia Extras Pay with MasterCard and Win a Free Trip...
Only 4 rooms left at this price ▶
~~$188~~ **$169** avg/night
FREE Cancellation

**Phoenix Hotel, a Joie de Vivre Boutique Hotel**
3.9 out of 5 (204 reviews)
San Francisco - Map
~~$179~~ **$149** avg/night
FREE Cancellation

**SPONSORED LISTINGS**

**Lane Bryant Official Site**
Memorial Day Sale at Lane Bryant. Swim & More
www.lanebryant.com/

**Golden Gate Hotels**
Best Collection of SF Hotel Deals - Extras!
www.bookit.com/-sanfrancisco-h

**Holiday Inn Express**
Great Hotels Near Golden, CO. Best Now.
www.hiexpress.com/

Visit VALLEJO
So much to SEE and DO in Vallejo...
YOU HAVE TO STAY THE NIGHT!
◀ VALLEJO VISITORS GUIDE ▶

| | | |
|---|---|---|
| | **Distance from address: 0.13 mi** | |
| | 1-866-286-0843 • Expedia Rate | |
| | ✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip… | |

Sale    Sale! Save 20% on this Stay.

**Hotel Diva**
4.1 out of 5 (747 reviews)
San Francisco - Map
**Distance from address: 0.57 mi**
1-866-295-5798 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$~~211~~   $169 avg/night
FREE Cancellation

**Inn at the Opera**
4.4 out of 5 (189 reviews)
San Francisco - Map
**Distance from address: 0.29 mi**
1-866-298-0996 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$169 avg/night
FREE Cancellation

Sale    Save 30% on this stay!

**Handlery Union Square Hotel**
4.1 out of 5 (1501 reviews)
San Francisco - Map
**Distance from address: 0.64 mi**
1-866-313-6242 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$~~327~~   $229 avg/night

Sale    Book Now & Save 10%

**Villa Florence**
4.3 out of 5 (1852 reviews)
San Francisco - Map
**Distance from address: 0.66 mi**
1-866-608-6760 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

Only 2 rooms left at this price ▶

$~~239~~   $215 avg/night
FREE Cancellation

**Hotel Carlton, a Joie de Vivre Boutique Hotel**
4.2 out of 5 (1575 reviews)
San Francisco - Map
**Distance from address: 0.46 mi**
1-866-265-3604 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$179 avg/night
FREE Cancellation

Sale    Sale! Save 25% on this Stay.

**Regency Inn**
3.0 out of 5 (98 reviews)
San Francisco - Map
**Distance from address: 0.14 mi**
1-866-263-3710 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

Only 2 rooms left at this price ▶

$~~209~~   $157 avg/night
FREE Cancellation

**Monarch Hotel**
3.4 out of 5 (892 reviews)
San Francisco - Map
**Distance from address: 0.33 mi**
1-866-599-6675 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

Only 5 rooms left at this price ▶

$105 avg/night
FREE Cancellation

Sale    Save 15% on this stay!

**Prescott Hotel, a Kimpton Hotel**
4.2 out of 5 (1181 reviews)
San Francisco - Map
**Distance from address: 0.60 mi**
1-866-307-9227 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$~~260~~   $229 avg/night
FREE Cancellation

**Hotel Kabuki - a Joie de Vivre Boutique Hotel**
4.2 out of 5 (1521 reviews)
San Francisco - Map
**Distance from address: 0.66 mi**
1-866-280-5236 • Expedia Rate
✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip…

$~~229~~   $159 avg/night
FREE Cancellation

| Hotel | Rating | Details | Availability | Price |
|---|---|---|---|---|
| **Serrano Hotel, a Kimpton Hotel** | 4.3 out of 5 (1480 reviews) | San Francisco - Map<br>Distance from address: 0.49 mi<br>1-866-327-6247 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | | $~~319~~ **$189** avg/night<br>FREE Cancellation |
| | | | Sale | Summer Sale! Save 15% |
| **The Fairmont San Francisco** | 4.5 out of 5 (2101 reviews) | San Francisco - Map<br>Distance from address: 0.85 mi<br>1-866-310-3405 • Expedia Rate | | $~~369~~ **$314** avg/night |
| | | | Sale | Sale! Save 20% on this Stay. |
| **Hotel Union Square** | 3.8 out of 5 (675 reviews) | San Francisco - Map<br>Distance from address: 0.63 mi<br>1-866-299-0098 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 5 rooms left at this price | $~~236~~ **$189** avg/night<br>FREE Cancellation |
| | | | Sale | Advance purchase special |
| **Hotel Majestic** | 3.9 out of 5 (365 reviews) | San Francisco - Map<br>Distance from address: 0.57 mi<br>1-866-307-2219 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 3 rooms left at this price | $~~168~~ **$140** avg/night |
| **Embassy Hotel** | 3.0 out of 5 (431 reviews) | San Francisco - Map<br>Distance from address: 0.09 mi<br>1-888-553-7084 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 4 rooms left at this price | **$199** avg/night<br>FREE Cancellation |
| **King George Hotel - Union Square** | 3.9 out of 5 (1704 reviews) | San Francisco - Map<br>Distance from address: 0.58 mi<br>1-866-307-9141 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Limited rooms available | $~~159~~ **$149** avg/night<br>FREE Cancellation |
| **Hotel Monaco San Francisco, a Kimpton Hotel** | 4.6 out of 5 (802 reviews) | San Francisco - Map<br>Distance from address: 0.52 mi<br>1-866-699-9805 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | | $~~299~~ **$259** avg/night<br>FREE Cancellation |
| | | | Sale | Summer on Sale! Save 10% on This Stay |
| **Clift** | 4.2 out of 5 (1050 reviews) | San Francisco - Map<br>Distance from address: 0.52 mi<br>1-866-590-3173 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | | $~~449~~ **$404** avg/night<br>FREE Cancellation |
| **Hotel Mark Twain** | 3.7 out of 5 (1558 reviews) | San Francisco - Map<br>Distance from address: 0.47 mi<br>1-866-279-1761 • Expedia Rate<br>✓ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 1 room left at this price | $~~189~~ **$169** avg/night<br>FREE Cancellation |
| | | | Sale | Sale! Save 20% on this Stay. |
| **Kensington Park Hotel** | | | | |

| | | | |
|---|---|---|---|
| | 4.4 out of 5 (623 reviews)<br>San Francisco - Map<br>Distance from address: 0.67 mi<br>1-866-264-5744 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 2 rooms left<br>at this price | $~~224~~ $**179**<br>avg/night<br>**FREE Cancellation** |

Sale   Book Now & Save 15%

| | | | |
|---|---|---|---|
| | **Hotel Abri - Union Square**<br>4.4 out of 5 (869 reviews)<br>San Francisco - Map<br>Distance from address: 0.60 mi<br>1-866-267-9053 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 3 rooms left<br>at this price | $~~249~~ $**212**<br>avg/night |

| | | | |
|---|---|---|---|
| | **Post Hotel**<br>2.8 out of 5 (47 reviews)<br>San Francisco - Map<br>Distance from address: 0.14 mi<br>1-866-272-4856 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | | $~~160~~ $**116**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Warwick San Francisco Hotel**<br>4.0 out of 5 (528 reviews)<br>San Francisco - Map<br>Distance from address: 0.53 mi<br>1-866-276-6393 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 1 room left<br>at this price | $~~254~~ $**179**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **The Pickwick Hotel**<br>3.8 out of 5 (1055 reviews)<br>San Francisco - Map<br>Distance from address: 0.63 mi<br>1-866-279-5332 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | | $~~299~~ $**169**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Good Hotel**<br>3.8 out of 5 (490 reviews)<br>San Francisco - Map<br>Distance from address: 0.42 mi<br>1-866-281-6817 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Limited rooms available | $~~139~~ $**129**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Hilton San Francisco Union Square**<br>4.1 out of 5 (3289 reviews)<br>San Francisco - Map<br>Distance from address: 0.54 mi<br>1-866-286-0843 • Expedia Rate | | $~~329~~ $**279**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Hotel Metropolis**<br>3.6 out of 5 (547 reviews)<br>San Francisco - Map<br>Distance from address: 0.48 mi<br>1-866-295-5798 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 5 rooms left<br>at this price | $**129**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Carriage Inn**<br>4.1 out of 5 (242 reviews)<br>San Francisco - Map<br>Distance from address: 0.45 mi<br>1-866-298-0996 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 4 rooms left<br>at this price | $**149**<br>avg/night<br>**FREE Cancellation** |

| | | | |
|---|---|---|---|
| | **Adante Hotel, a C-Two Hotel**<br>3.7 out of 5 (1170 reviews)<br>San Francisco - Map<br>Distance from address: 0.44 mi<br>1-866-313-6242 • Expedia Rate<br>✔ **Expedia Extras** Pay with MasterCard and Win a Free Trip... | Only 1 room left<br>at this price | $**139**<br>avg/night<br>**FREE Cancellation** |

Sale   Book Now & Save 15%

| Hotel | Details | Availability | Price |
|---|---|---|---|
| **Cartwright Hotel Union Square** | 4.2 out of 5 (1163 reviews)<br>San Francisco - Map<br>Distance from address: 0.73 mi<br>1-866-608-6760 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 2 rooms left at this price | $~~179~~ **$152** avg/night |
| | | | Sale  Save 30% on this stay! |
| **Alexis Park Hotel** | 3.4 out of 5 (338 reviews)<br>San Francisco - Map<br>Distance from address: 0.23 mi<br>1-866-265-3604 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 2 rooms left at this price | $~~229~~ **$160** avg/night<br>FREE Cancellation |
| **The Powell Hotel** | 3.8 out of 5 (1304 reviews)<br>San Francisco - Map<br>Distance from address: 0.57 mi<br>1-866-263-3710 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | | $~~219~~ **$154** avg/night<br>FREE Cancellation |
| **Best Western Plus Americania** | 3.8 out of 5 (565 reviews)<br>San Francisco - Map<br>Distance from address: 0.46 mi<br>1-866-599-6675 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 4 rooms left at this price | **$209** avg/night<br>FREE Cancellation |
| **Hotel Bijou** | 3.7 out of 5 (596 reviews)<br>San Francisco - Map<br>Distance from address: 0.52 mi<br>1-866-307-9227 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Limited rooms available | $~~1,286~~ **$159** avg/night<br>FREE Cancellation |
| **Rodeway Inn Downtown** | 3.5 out of 5 (91 reviews)<br>San Francisco - Map<br>Distance from address: 0.40 mi<br>1-866-280-5236 • Expedia Rate | | $~~160~~ **$110** avg/night<br>FREE Cancellation |
| **Chancellor Hotel on Union Square** | 4.4 out of 5 (2235 reviews)<br>San Francisco - Map<br>Distance from address: 0.72 mi<br>1-866-327-6247 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 2 rooms left at this price | **$178** avg/night<br>FREE Cancellation |
| **Rodeway Inn Civic Center** | 3.2 out of 5 (304 reviews)<br>San Francisco - Map<br>Distance from address: 0.23 mi<br>1-866-310-3405 • Expedia Rate | | **$128** avg/night<br>FREE Cancellation |
| **Hotel Fusion, a C-Two Hotel** | 4.1 out of 5 (1095 reviews)<br>San Francisco - Map<br>Distance from address: 0.58 mi<br>1-866-299-0098 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 1 room left at this price | $~~269~~ **$239** avg/night<br>FREE Cancellation |
| **Oasis Inn** | 3.0 out of 5 (208 reviews)<br>San Francisco - Map<br>Distance from address: 0.26 mi<br>1-866-307-2219 • Expedia Rate<br>✓ Expedia Extras  Pay with MasterCard and Win a Free Trip... | Only 2 rooms left at this price | $~~185~~ **$153** avg/night<br>FREE Cancellation |

| | | | |
|---|---|---|---|
| | Queen Anne Hotel<br>4.2 out of 5 (289 reviews)<br>San Francisco - Map<br>Distance from address: 0.61 mi<br>1-888-553-7084 • Expedia Rate<br>✔ Expedia Extras Pay with MasterCard and Win a Free Trip... | Only 3 rooms left<br>at this price | $~~199~~ $185<br>avg/night<br>FREE Cancellation |
| | The Andrews Hotel<br>4.0 out of 5 (220 reviews)<br>San Francisco - Map<br>Distance from address: 0.54 mi<br>1-866-307-9141 • Expedia Rate<br>✔ Expedia Extras Pay with MasterCard and Win a Free Trip... | Only 1 room left<br>at this price | $~~169~~ $149<br>avg/night<br>FREE Cancellation |
| | Hotel Vertigo<br>4.0 out of 5 (379 reviews)<br>San Francisco - Map<br>Distance from address: 0.49 mi<br>1-866-699-9805 • Expedia Rate<br>✔ Expedia Extras Pay with MasterCard and Win a Free Trip... | Only 5 rooms left<br>at this price | $~~209~~ $189<br>avg/night<br>FREE Cancellation |
| | Holiday Inn Civic Center San Francisco<br>3.8 out of 5 (189 reviews)<br>San Francisco - Map<br>Distance from address: 0.31 mi<br>1-866-590-3173 • Expedia Rate | | $~~279~~ $268<br>avg/night |
| | Beresford Hotel<br>3.9 out of 5 (879 reviews)<br>San Francisco - Map<br>Distance from address: 0.65 mi<br>1-866-279-1761 • Expedia Rate<br>✔ Expedia Extras Pay with MasterCard and Win a Free Trip... | Only 2 rooms left<br>at this price | $139<br>avg/night<br>FREE Cancellation |

Showing Results 1-50 of 267   Previous   | Page 1 of 6 |   Next

Back to top

**Note:** Expedia Rate hotels may qualify for special promotions and coupon redemption. **Expedia Rate** requires **that your credit card be charged for the full payment** upon reservation. Special offers may apply to specific room types and have additional terms and conditions.

† Savings based on Expedia Unpublished Rates hotel rates for last month, as compared to the regular rate for the same hotel on Expedia.com.

Expedia Links:
Low Cost Flights | Things to Do | Resorts | Airport Rental Cars | Expedia Coupon | Expedia Rewards
Expedia Sitemaps:
Hotels Sitemap | Flights Sitemap | Vacations Sitemap | Rental Cars Sitemap | Cruises Sitemap

**Partner Services:**
Add a Hotel | Become an Affiliate | Travel Agents Affiliate Program | Expedia Private Label | Expedia MasterCard | Expedia Franchise | Expedia CruiseShipCenters Agent
**Expedia Partners:**
Egencia Business Travel | Hotels.com | TripAdvisor | Venere | Hotwire | ClassicVacations.com | Bloglines | CarRentals.com | CitySearch | Evite | Gifts | Lending Tree | Match | Online Shopping | Pronto | HomeAdvisor | Shoes | The Daily Beast | TicketWeb | Travel Ticker | Expedia CruiseShipCenters



About Expedia | Advertising | Media Room | Jobs | Privacy Policy | Terms of Use | Site Map | Investor Relations | About Our Ads

**Global Sites:**

Expedia, Inc. is not responsible for content on external Web sites.

©2013 Expedia, Inc. All rights reserved.