IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VIRTUALAGILITY, INC., | § |
| *Plaintiff*, | § § § |
| | § CIVIL ACTION NO. 2:13-CV-11-JRG |
| v. | § § |
| SALESFORCE.COM, INC., *et al.*, | § JURY TRIAL DEMANDED |
| *Defendants*. | § § § |

## ORDER DENYING DEFENDANTS' JOINT MOTION TO TRANSFER VENUE

COMES NOW Defendants' Joint Motion to Transfer Venue (Dkt No. 49). Having considered the parties' briefs and arguments, the Court finds that Defendants have failed to meet their burden of proving that the Northern District of California is a "clearly more convenient" venue than this District.

Accordingly, the Defendants' Motion is DENIED.

**IT IS SO ORDERED.**